IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                              )
                                    ) Chapter 7
                                    )
DENMAN TIRE, LLC                    ) Case No. 10-_____ (___)
                                    )
          Debtor.                   )
                                    )

## LIST OF EQUITY SECURITY HOLDERS

| Interest Holder | Percentage Ownership of Debtor |
|---|---|
| Pensler Capital Powder Corp.<br>132 Elm Road<br>Princeton, NJ 08540 | 76.53% |
| Interco Investment Group, LLC<br>2412 Abbeville Hwy.<br>Rayne, LA 70578 | 20.00% |
| Gary Hudson<br>2056 Golfview Drive<br>Celina, OH 45822 | 01.04% |
| Charles R. Wright<br>108 Fox Cross Dr.<br>Hendersonville, TN 37075 | 1.0% |
| Scott Tackett<br>140 St. Andrews<br>Cortland, OH 44410 | 00.93% |
| Joseph Fallon<br>1 Sandwood Dr.<br>Marlton, NJ 08053 | 0.5% |
| TOTAL | 100% |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: ) Chapter 7
)
DENMAN TIRE, LLC ) Case No. 10-_____ (___)
)
Debtor. )

## DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS

I, Seth A. Akabas, an Authorized Officer of the entity named as a debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

March 16, 2010

Seth A. Akabas-Sec. Pensler Capital Powder Corp.
Managing Member of Denman Tire, LLC