## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION – YOUNGSTOWN

|  |  |
|---|---|
| IN RE: | ) CASE NO. 10-40855 )<br>) CHAPTER 7 )<br>) JUDGE KAY WOODS |
| DENMAN TIRE, LLC | ) |
| Debtor. | ) MOTION OF THE TRUSTEE FOR AN<br>) ORDER, PURSUANT TO SECTIONS<br>) 105(A) AND 363(b) OF THE BANKRUPTCY<br>) CODE, AUTHORIZING THE TRUSTEE TO<br>) SELL CERTAIN ASSETS OF DENMAN<br>) TIRE , LLC BY PRIVATE SALE |

Pursuant to sections 105(a) and 363(b) of title 11 of the United States Code, (the "Bankruptcy Code"), Richard G. Zellers, Esq., the chapter 7 trustee appointed in this bankruptcy case (the "Trustee"), moves the Court for entry of an order authorizing the Trustee to approve selling certain assets of Denman Tire, LLC ("Debtor" or "Denman") described in the Asset Purchase Agreement attached as <u>Exhibit A</u> ("Asset Agreement"), free and clear of all liens, claims, encumbrances and interests ("Liens") (the "Motion"). In support of the Motion, the Trustee respectfully represents:

### <u>Jurisdiction</u>

1.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## MEMORANDUM IN SUPPORT

2. On March 17, 2010 (the "Petition Date"), the Debtor filed a voluntary petition under chapter 7 of the Bankruptcy Code.

3. On March 19, 2010, the United States Trustee appointed Richard G. Zellers, Esq., as the Trustee in the Debtor's chapter 7 case.

4. The Debtor operated a manufacturing plant in Leavittsburg, Ohio, (a) manufacturing for other tire sellers private label tires and related products at its plant located at 400 Diehl South Road, Leavittsburg, Ohio, 44430, and elsewhere, and (b) making and selling tires and related products under its own name or tradenames.

5. As of the Petition Date, Debtor was party to a certain Loan Agreement (the "Existing Senior Credit Agreement") with The CIT Group/Commercial Services, Inc., 11 West 42nd St., 11th Floor, New York, New York, 10036 (the "Bank") pursuant to which Bank committed to loan Debtor money. On information and belief, as of the Petition Date, the total due under the Existing Senior Credit Agreement was approximately $7.8 million. On information and belief, the Bank's loan under the Existing Senior Credit Agreement is secured by substantially all of Debtor's assets.

6. After due deliberation, the Trustee has determined that the sale contemplated herein is in the best interests of the Debtor's bankruptcy estate and the creditors. The Bank concurs.

### The Proposed Sale of the Acquired Assets

### A. Agreement and Term Sheet

7. Authorized representatives of Coker Tire Company ("Coker Tire") negotiated with the Trustee at arms-length and reached an agreement to purchase certain

assets of the Debtor for a purchase price of $1.2 million in cash to be paid at closing. The Acquired Assets are described in the Asset Agreement.

8.    The Trustee and Coker Tire executed the Asset Agreement, reflecting this negotiated agreement and describing the specific terms and conditions of the sale on April 28, 2010.

9.    Coker Tire has provided the Trustee a bid deposit of $250,000 (the "Deposit").

**B.    Terms of the sale[1]**

10.    <u>Assets</u>. Coker Tire will purchase certain assets of the Debtor, wherever located, including without limitation

(a)    all tire molds, bead rings, specified related building drums, and associated tooling and spacers for such tire molds, and related items, wherever located, including those identified on <u>Exhibit A</u>;

(b)    all trademarks, service marks, trade names, including, but not limited to "Denman Tire," patents, copyrights, domain names, internet URL's, telephone numbers, tire mold blueprints and plans, specifications, recipes and other intellectual property and intangible personal property including those set forth on <u>Exhibit B</u> and associated goodwill; and

(c) all of Denman Tire's production line information, books, plans, designs, data, customer lists and information, sales and marketing materials, operating manuals,

---

[1] The terms of sale stated herein are qualified in their entirety by the actual terms in the executed Asset Purchase Agreement.

10-40855-kw    Doc 50    FILED 04/27/10    ENTERED 04/27/10 15:33:48    Page 3 of 100

drawings, specifications, service and maintenance information and other materials pertaining to the Acquired Assets; and

11.    Other Bids.   Coker Tire and Trustee have agreed that, as a result of the pendency of the bankruptcy proceeding, Trustee will be required to entertain other offers from prospective bidders for the Acquired Assets, but time is of the essence. Accordingly, subject to approval of this Court, Trustee and Coker Tire have agreed that if other bids are received, they shall be subject to these terms and conditions:

(a)    subsequent minimum overbids shall be in the amount of at least $50,000 each;

(b)    each bidder submitting an overbid shall (1) provide written evidence satisfactory to Trustee, in his discretion, demonstrating that such bidder has the financial ability to consummate the proposed transaction at the overbid amount and (2) post a cash deposit in an amount equal to and not less than the Deposit; and

(c)    each bidder wishing to overbid shall submit a bid to the Trustee in writing that shall contain terms and conditions that are substantially identical to those set forth in the Asset Agreement (and, in any event, overbids shall not contain terms that are more burdensome to Trustee or contain more conditions than as provided in the Asset Agreement), and shall be accompanied by a copy of the Asset Agreement that is marked to show the changes to the Asset Agreement proposed by the competing bidder. The deadline for submission of higher or better offers or any other bids will be 5:00 p.m. Eastern Daylight Time, seven (7) business days prior to the date of hearing set y this

Court to approve the sale of the Acquired Assets (the "Sale Hearing") or as otherwise ordered by this Court.

12.   Auction. If he receives at least one qualified bid for the Acquired Assets (other than from Coker Tire), Trustee shall conduct an Auction on the date of the Sale Hearing. Only a qualified bidder who has submitted a qualified bid will be eligible to participate in the Auction; provided, however, Coker Tire shall be deemed a qualified bidder that is entitled to participate in the Auction. Trustee shall present to this Court for consideration and approval at the Sale Hearing the qualified bid which Trustee determines, in his reasonable discretion, constitutes the highest or otherwise best offer for the Acquired Assets. If the Trustee has not received any other qualified bid for the Acquired Assets, he shall seek approval of the sale to Coker Tire.

13.   Closing. Within twenty-four (24) hours of the Sale Hearing, Trustee shall return the Deposit of any unsuccessful bidder. Pursuant to the terms of the Asset Agreement, upon determination and acceptance of the winning bid by a qualified bidder at the Sale Hearing, the parties shall close the sale of the Acquired Assets within five (5) business days thereafter.

14.   Transfer Free of All Liens and Liabilities to Seller. The Acquired Assets will be transferred free and clear of all Liens, of any other person or entity. Liens, shall attach to the sale proceeds. Coker Tire shall not be liable or responsible in any way for any liabilities or obligations of, or relating in any way to, Denman Tire or the Acquired Assets, whether fixed or contingent, known or unknown, liquidated or unliquidated, arising now or in the future. Without limiting the foregoing, Coker Tire does not assume, and shall have no obligation or liability for, any liabilities or obligations of, or relating in

any way to, Denman Tire or the Acquired Assets relating to any contracts or agreements, products, products liability claims, employees, employment matters, employee benefit plans, environmental matters, hazardous materials, antitrust matters, income taxes, withholding taxes with respect to employees, sales and use taxes, franchise and excise taxes, real and personal property taxes, litigation, contractual obligations, regulatory compliance or otherwise.

15.    Purchase Price and Closing.  The purchase price will be $1,200,000 (or such higher price received at the Auction), to be paid in cash at closing.. Closing will occur within five (5) business days of the Sale Hearing on a date and at a location agreed to by Coker Tire and the Trustee (the "Closing").

16.    Conditions.  Conditions to Closing will include:

(a)    the Acquired Assets being sold to Coker Tire shall be sold pursuant to an order entered by the Court, pursuant to 11 U.S.C. § 363, at the Sale Hearing;

(b)    all necessary consents and approvals from third parties, if any, must be obtained;

(c)    the absence of any litigation with respect to interests in the Acquired Assets or challenging the transaction (or an order transferring the Acquired Assets free and clear of such litigation or challenges); and

(d)    the absence of any material adverse change with respect to the Acquired Assets.

17.    Earnest Money Deposit.  Upon execution of the Asset Agreement, Coker Tire deposited $250,000 with the Trustee as earnest money, which funds will be credited

toward the purchase price at Closing or refunded to Coker Tire if the Acquired Assets are not sold to Coker Tire.

18.     Expenses. Each party will bear its own expenses related to the transaction.

19.     Exclusivity. Prior to Closing, the Trustee will not seek or solicit the sale of the Acquired Assets to any person or entity other than Coker Tire. However, notice of the sale of the Acquired Assets has been served upon all creditors and all parties who have expressed an interest in the Acquired Assets. The Trustee shall advise any such persons that they may present higher and better bids, on the same terms as the Asset Agreement, but they may not be considered.

20.     Due Diligence. Before the Sale Hearing, Coker Tire shall have the right to conduct such due diligence as Coker Tire deems necessary. The Asset Purchase Agreement is not, however, conditioned on any due diligence. Coker Tire shall be provided access to (i) the Denham facilities, (ii) all records, documents and information relating to the Acquired Assets, and (iii) Debtors' personnel and representatives.

### Requested Relief

21.     Pursuant to sections 105 and 363 of the Bankruptcy Code, and Bankruptcy Rules 401 and 6004, the Trustee seeks authority to sell the Acquired Assets by private sale in accordance with the terms and conditions of the Asset Agreement, free and clear of all liens, claims, encumbrances and interests.

### The Proposed Transactions Is In the Best
### Interests of the Debtors, Their Estates and Creditors

22.     Section 105 of the Bankruptcy Code provides in pertinent part that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions" of the Bankruptcy Code. 11 U.S.C. § 105(a). Bankruptcy Code

section 363(b) provides, in relevant part, that the Trustee "after notice and hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1). "In determining whether to authorize the use, sale or lease of property of the estate under this section, courts require the debtor to show that a sound business purpose justifies such actions." Dai-ichi Kangyo Bank, Ltd. v. Montgomery Ward Holding Corp. (In re Montgomery Ward Holding Corp.), 242 B.R. 147, 153 (D. Del. 1999) (citing Committee of Equity Sec. Holders v. Lionel Corp. (In re Lionel Corp.), 722 F.2d 1063, 1071 (2d Cir. 1983) (setting forth the "sound business purpose" test in the context of a sale of assets under § 363(b))); see also In re Delaware & Hudson Ry. Co., 124 B.R. 169 (D. Del. 1991) (adoption Lionel in this District in the context of a sale of assets).

23.     Courts have considered four factors in determining whether a sound business purpose exists: (i) whether a sound business reason exists for the proposed transaction; (ii) whether fair and reasonable consideration is provided; (iii) whether the transaction has been proposed and negotiated in good faith; and (iv) whether adequate and reasonable notice is provided. Lionel, 722 F.2d at 1071; see also In re Abbotts Dairies, 788 F.2d 143, 145-47 (3d Cir. 1986) (implicitly adopting the articulated business justification test of Lionel and adding the "good faith" requirement); In re Delaware & Hudson Ry. Co., 124 B.R. at 176; Lubrizol Enters. v. Richmond Metal Finishers, Inc. (In re Richmond Metal Finishers, Inc.), 756 F2d 1043, 1047 (4th Cir. 1985), cert. denied, 475 U.S. 1057 (1986) (court should approve debtor's business decision unless that decision is the product of bad faith, whim, or caprice).

24.     The standards set forth above are plainly met in this case. The proposed transaction will allow the Trustee to recover for the estate at least $1.2 million in cash paid immediately upon closing. The assets being sold are depreciating assets with a limited resale market. Absent this sale, the Bank will likely foreclose upon the Acquired Assets. A foreclosure sale will most likely generate a significantly lower sale price for the Acquired Assets because, among other reasons, Coker Tire will not have the benefit of buying the Assets free and clear of liens, claims, encumbrances and interests under section 363 of the Bankruptcy Code. Such an outcome would prejudice the estate and ultimately diminish any recovery for creditors in this case. For these reasons, the private sale contemplated herein is time sensitive and should be approved.

25.     Fair and reasonable consideration is being provided for the Acquired Assets pursuant to the Asset Agreement. The Purchase Price to be paid by Coker Tire for the Acquired Assets is satisfactory to the Bank. Accordingly, the Trustee believes that the Purchase Price represents fair and reasonable consideration for the Acquired Assets.

26.     Further, the Asset Agreement is the product of good-faith, arm's-length negotiations between Coker Tire and the Trustee.

27.     Finally, adequate and reasonable notice of the proposed transaction has been provided. This Motion has been served on all parties scheduled by Debtor on the mailing matrix or having filed a request for service in this chapter 7 case. This motion discloses the Trustee's intent to sell the Acquired Assets pursuant to 11 U.S.C. § 363(b). Accordingly, the Trustee believes that adequate notice has been provided under the circumstances.

### The Assets Should Be Sold Free and Clear of Liens, Claims and Encumbrances

28.    Section 363(f) of the Bankruptcy Code provides that the trustee may sell property free and clear of Liens, if one of the following conditions is satisfied:

   (a)    applicable nonbankruptcy law permits the sale of such property free and clear of such interest;
   (b)    the lienholder or claimholder consents;
   (c)    such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
   (d)    such interest is in bona fide dispute; or
   (e)    the lienholder or claimholder could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

29.    The court also may authorize the sale of a debtor's assets free and clear of any Liens, under 11 U.S.C. § 105. See e.g., In re Trans Worlds Airlines, Inc., No. 01-0056, 2001 Bankr. LEXIS 723 at *9, 10 (Bankr. D. Del. March 27, 2001) (stating that "bankruptcy courts have long had the authority to authorize the sale of estate assets free and clear even in the absence of § 363(f)"); Volvo White Truck Corp. v. Chambersburg Beverage, Inc. (In re White Motor Credit Corp.), 75 B.R. 944, 948 (Bankr. N.D. Ohio 1987) ("Authority to conduct such sales [free and clear of liens] is within the court's equitable powers when necessary to carry out the provisions of Title 11").

30.    This Court should authorize the Trustee to sell the Acquired Assets free and clear of any and all Liens, with such Liens to be transferred and attached to the net proceeds from the sale with the same validity and priority that such Liens had against the Debtors.

                                   Respectfully submitted,

                                   /s/Richard G. Zellers
                                   Richard G. Zellers, Esq. (0011764)
                                   3810 Starrs Centre Drive
                                   Canfield, OH 44406
                                   *Chapter 7 Trustee*
                                   (330)702-0780[telephone]
                                   (330)702-0788[facsimile]
                                   zellersesq@cs.com
                                   17479_00/1001/BCB-935961_3  10

## ASSET PURCHASE AGREEMENT

THIS ASSET PURCHASE AGREEMENT (the "Agreement") is made and entered into as of the _____ day of April, 2010, by and between COKER TIRE COMPANY, a Tennessee corporation, or its designee ("Coker Tire"), and RICHARD G. ZELLERS, Esq., TRUSTEE FOR THE BANKRUPTCY ESTATE OF DENMAN TIRE, LLC ("Trustee").

### Premises

Denman Tire, LLC ("Denman Tire"), a Delaware limited liability company, was engaged in the business of (i) manufacturing private label tires and related products at its plant located at 400 Diehl South Road, Leavittsburg, Ohio, 44430, and elsewhere for other tire sellers, and (ii) making and selling tires and related products under its own name or tradenames.

Denman Tire commenced a case (the "Case") under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. Section 701 et seq. (the "Bankruptcy Code") on March 17, 2010, by filing a voluntary petition with the United States Bankruptcy Court for the Northern District of Ohio, Eastern Division, Case No. 10-40855 (the "Bankruptcy Court").

Richard G. Zellers, Esq. accepted a notice of appointment to serve as Chapter 7 Trustee for the Bankruptcy Estate of Denman Tire, LLC (the "Debtor's Estate") on or about March 19, 2010.

Coker Tire has offered to purchase the Acquired Assets (as defined below) free and clear of all liens, claims, encumbrances and interests pursuant to Sections 105 and 363 of the Bankruptcy Code and the applicable Federal Rules of Bankruptcy Procedure, and subject to the approval of the Bankruptcy Court, and Trustee wishes to accept this offer and sell the Acquired Assets to Coker Tire subject to the terms and conditions of this Agreement.

On or before Wednesday Friday, April 2823, 2010, Trustee shall file a motion with the Bankruptcy Court for approval of this sale to Coker Tire and shall notify creditors and other interested parties of the Trustee's intent to sell the Acquired Assets (as defined below) to Coker Tire pursuant to the terms of this Agreement.

Trustee has determined that the terms and conditions of the private sale set forth herein are fair and reasonable.

In consideration of the premises and the mutual promises and covenants herein contained, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

**"EXHIBIT A"**

## ARTICLE 1
## PURCHASE AND SALE OF ASSETS

1.1     Purchase of Assets. Subject to the provisions of this Agreement and in accordance with the Motion and Approval Order (both as defined in Section 5.1), Trustee shall sell, assign and deliver to Coker Tire, and Coker Tire shall purchase from Trustee, on the Closing Date (as defined in Section 1.7), free and clear of all liens, claims, encumbrances and interests of any other person or entity, the following tangible and intangible assets of Denman Tire (collectively, the "Acquired Assets"):

(a)     all tire molds, bead rings, specified related building drums, and associated tooling and spacers for such tire molds, and related items (excluding equipment), wherever located, including those identified on Exhibit A (provided that Trustee is not transferring to Coker Tire any trade names or brand names which are associated with the tire molds and owned by parties other than Denman);

(b)     all trademarks, service marks, trade names, including, but not limited to "Denman Tire," patents, copyrights, domain names, internet URL's, telephone numbers, tire mold blueprints and plans, specifications, recipes and other intellectual property and intangible personal property, including those set forth on Exhibit B, and all goodwill associated therewith; and

(c)     all of Denman Tire's production line information, books, plans, designs, data, customer lists and information, sales and marketing materials, operating manuals, drawings, specifications, service and maintenance information and other materials pertaining to the Acquired Assets.

1.2     Assumption of Liabilities. Coker Tire shall not be liable or responsible in any way for any liabilities or obligations of, or relating in any way to, Denman Tire or the Acquired Assets, whether fixed or contingent, known or unknown, liquidated or unliquidated, arising now or in the future. Without limiting the foregoing, Coker Tire does not assume, and shall have no obligation or liability for, any liabilities or obligations of, or relating in any way to, Denman Tire or the Acquired Assets relating to any contracts or agreements, products, products liability claims, employees, employment matters, employee benefit plans, environmental matters, hazardous materials, antitrust matters, income taxes, withholding taxes with respect to employees, sales and use taxes, franchise and excise taxes, real and personal property taxes, litigation, contractual obligations, regulatory compliance or otherwise.

1.3     Purchase Price. The purchase price (the "Purchase Price") for the Acquired Assets shall be $1,200,000. The Purchase Price shall be paid by Coker Tire by cashier's check, certified check or wire transfer, pursuant to written instructions from Trustee, of immediately available funds to Trustee at the Closing.

1.4     Deposit. Upon execution of this Agreement, Coker Tire will deposit $250,000 with Trustee as earnest money (the "Deposit"), which Deposit shall be held in

2

17479_00/1001/BCB-935936_3

escrow by Trustee. The Deposit will be credited toward the Purchase Price at the Closing; provided, however, that if the Acquired Assets are not sold to Coker Tire pursuant to this Agreement, then the Deposit will be refunded to Coker Tire within twenty-four (24) hours of the Sale Hearing (as defined in Section 1.5).

1.5     Closing. The closing of the transaction contemplated by this Agreement (the "Closing") shall take place within five (5) business days of the entry of the Order approving the sale after the hearing at which the Bankrputcy Court approves the sale of the Acquired Assets to Coker Tire ("Sale Hearing") and shall occur on such date (the "Closing Date") and at such location as the parties shall mutually agree. The Closing shall be effective as of 12:01 a.m. on the Closing Date.

1.6     Deliveries at Closing.

(a)     Trustee agrees to execute and/or deliver or cause to be delivered to Coker Tire the following at the Closing:

(i)     a bill of sale and an assignment (with respect to intellectual property and related intangible assets) in mutually acceptable forms which shall be effective to transfer, in accordance with the Approval Order, good and marketable title to the Acquired Assets to Coker Tire, free and clear of all liens, claims, encumbrances and interests of any kind;

(ii)     one certified copy of the Approval Order executed and entered by the Bankruptcy Court; and

(iii)     such other instruments of title, certificates, consents, endorsements, assignments, assumptions and other documents or instruments, in a form reasonably satisfactory to Coker Tire and its counsel, as may be reasonably requested by Coker Tire in order to confirm that the representations and warranties set forth in Article 2 are true and correct as of the Closing Date, to transfer the Acquired Assets to Coker Tire (including assignment documents as may be necessary to file with the United States Patent and Trademark Office), to carry out the transactions contemplated by this Agreement and to comply with the terms hereof.

(b)     Coker Tire agrees to execute and/or deliver or cause to be delivered to Trustee the following at the Closing:

(i)     the Purchase Price payable in accordance with Section 1.3 at Closing by cashier's check, certified check or wire transfer, pursuant to written instructions from Trustee; and

(ii)     such other certificates, consents, endorsements, assumptions and other documents or instruments, in a form reasonably satisfactory to Trustee and its counsel, as may be reasonably requested by

3          17479_00/1001/BCB-935936_3

Trustee in order to confirm that the representations and warranties set forth in Article 3 are true and correct as of the Closing Date, to carry out the transactions contemplated by this Agreement and to comply with the terms hereof.

## ARTICLE 2
## REPRESENTATIONS AND WARRANTIES
## OF TRUSTEE

Trustee represents and warrants to Coker Tire that the following statements, as of the date hereof and as of the Closing Date, are true and correct.

2.1    Authority; Binding Effect.  The individual signing this Agreement as or on behalf of Trustee has the legal right and power to do so and is duly authorized to bind Trustee on behalf of the Debtor's Estate to the terms of this Agreement and to perform in accordance with its terms.

2.2    Title to Acquired Assets.  Pursuant to the Motion and Approval Order, the Acquired Assets at Closing will be transferred to Coker Tire free and clear of any and all liens, claims, encumbrances and other interests of any person or entity of any kind.

2.3    Notice to Creditors.  The Motion and Approval Order provide that proper notice has been given of this proposed sale of assets and of the Sale Hearing, pursuant to applicable bankruptcy laws and regulations, including local rules or orders of the Bankruptcy Court.

2.4    Insurance Coverage.  Trustee will promptly file all appropriate insurance claims on any material losses incurred on the Acquired Assets prior to Closing and will, upon Closing, assign all rights and proceeds with respect to such claims to Coker Tire.

## ARTICLE 3
## REPRESENTATIONS AND WARRANTIES
## OF COKER TIRE

Coker Tire hereby represents and warrants to the Trustee that the following statements, as of the date hereof and as of the Closing Date, are true and correct.

3.1    Organization.  Coker Tire is a corporation duly organized, validly existing and in good standing under the laws of the State of Tennessee.

3.2    Authority.  In accordance with the Motion and Approval Order, Coker Tire has the legal right, power and authority to execute and deliver this Agreement and to perform in accordance with its terms.

4

17479_00/1001/BCB-935936_3

3.3    Litigation. Except for the Case, Coker Tire is not a party to or subject to the provisions of any litigation, legal proceeding, judgment or order of any court, arbitrator or regulatory authority which would adversely affect Trustee, the Acquired Assets or the transactions contemplated hereby.

3.4    Binding Effect; No Violation. All actions on the part of Coker Tire necessary for the authorization, execution, delivery and performance of this Agreement and the consummation of the transactions contemplated hereby have been or will be taken prior to the Closing Date. The individual signing this Agreement on behalf of Coker Tire is duly authorized to bind Coker Tire to the terms of this Agreement. This Agreement shall constitute the valid and binding obligation of Coker Tire, enforceable in accordance with its terms. The execution and delivery of this Agreement by Coker Tire and its performance of its obligations hereunder will not constitute or result in a breach or default under any provision of any organizational document or agreement which is binding upon Coker Tire.

ARTICLE 4
COVENANTS

4.1    Conduct of Business Pending the Closing. From the date hereof until the Closing Date, Trustee shall not:

(a)    sell, lease, or transfer any Acquired Assets;

(b)    subject any of the Acquired Assets to any new lien or allow any new lien to exist;

(c)    take any action that would cause any of the representations and warranties made by Trustee in this Agreement not to be true and correct in all material respects;

(d)    settle, release or forgive any claim or litigation or waive any right thereto which relates to the Acquired Assets;

(e)    incur any material liabilities related to the Acquired Assets;

(f)    agree to take any action prohibited by this Section 4.1; or

(g)    seek or solicit the sale of the Acquired Assets to any person or entity other than Coker Tire.

4.2    Access. From the date hereof until the Closing Date, Trustee shall allow Coker Tire's employees, agents and representatives during regular business hours to make such review and investigation of the Acquired Assets and Denman Tire's books and records (including without limitation business, tax and financial records) related to the Acquired Assets as Coker Tire reasonably deems necessary or advisable, and Trustee

5

10-40855-kw    Doc 50    FILED 04/27/10    ENTERED 04/27/10 15:33:48    Page 15 of 100

shall instruct Denman Tire's employees, agents and representatives to cooperate in any such investigation. From and after the Closing Date, so long as any books, records or other files relating to the Acquired Assets, to the extent that they pertain to such operation of the Acquired Assets prior to the Closing Date, remain in existence and available, Denman Tire or Trustee (at its or their expense) shall have the right, upon reasonable notice, to inspect and to make copies of the same at any time during regular business hours for any proper purpose, including, without limitation, in connection with any third party claim in respect of which a party may have liability hereunder.

      4.3    <u>Reasonable Efforts</u>. Upon the terms and subject to the conditions provided herein, each of the parties hereto shall use its respective reasonable, good faith efforts to take, or cause to be taken, all actions, and to do, or cause to be done, and to assist and cooperate with the other parties hereto in doing, all things necessary, proper or advisable under applicable laws and regulations to ensure that the conditions set forth in this Agreement are satisfied and to consummate and make effective, in the most expeditious manner practicable, the transactions contemplated by this Agreement.

      4.4    <u>Notification of Certain Matters</u>. Trustee shall give prompt notice to Coker Tire, and Coker Tire shall give prompt notice to the Trustee, of (i) any notice or other communication from any person alleging that the consent of such person is or may be required in connection with the transactions contemplated by this Agreement and (ii) any written objection, litigation or administrative proceeding that challenges or otherwise objects to the transactions contemplated hereby or the entry of the Approval Order.

      4.5    <u>Further Agreements</u>. Trustee authorizes and empowers Coker Tire on and after the Closing Date to receive and to open all mail received by Coker Tire relating to the Acquired Assets and to deal with the contents of such communications in any proper manner. Trustee shall promptly deliver to Coker Tire any mail or other communication received by the Debtor's Estate or Trustee after the Closing Date pertaining to the Acquired Assets. Coker Tire shall promptly deliver to Trustee any mail or other communication received by it after the Closing Date pertaining to the Acquired Assets if such mail or communication relates to periods prior to the Closing Date. From and after the Closing Date, Trustee shall refer all inquiries with respect to the Acquired Assets to Coker Tire.

      4.6    <u>Denman Tire's Employees</u>. Coker Tire shall have no obligation to hire any employees of Denman Tire and shall have no liabilities, obligations or responsibilities with respect to any such employees. No portion of the assets of any plan, fund, program or arrangement, written or unwritten, sponsored or maintained by Denman Tire (and no amount attributable to any such plan, fund, program or arrangement), and no liabilities, obligations or responsibilities with respect thereto, shall be transferred to Coker Tire, and Coker Tire shall not be required to continue any such plan, fund, program or arrangement after the Closing Date.

      4.7    <u>Payments Received</u>. Trustee and Coker Tire each agree that after the Closing they will hold and will promptly transfer and deliver to the other (as the case may

6

be), from time to time as and when received by them, any cash, checks with appropriate endorsements (using their best efforts not to convert such checks into cash), or other property that they may receive on or after the Closing Date which properly belongs to the other party.

4.8     Transfer and Removal of Assets.  Coker Tire shall transfer or remove, at its expense, the Acquired Assets within a reasonable time after the Closing:

# ARTICLE 5
## COVENANTS REGARDING BANKRUPTCY PROCEEDINGS

5.1     Motion.  On or before Wednesday, April 28, 2010, Trustee shall file with the Bankruptcy Court the Motion of the Trustee for an Order, pursuant to Sections 105(A) and 363(b) of the Bankruptcy Code, authorizing the Trustee to sell certain assets of Denman Tire (the "Motion", which is attached as Exhibit C).  The Motion requests the Bankruptcy Court to issue an order approving the sale (the "Approval Order", which is attached as Exhibit D) by Trustee of the Acquired Assets to Coker Tire in accordance with this Agreement.  The Motion also sets forth the rules and procedures for possible other bids for the assets of Denman Tire, including minimum overbid amounts, bidder financial ability, cash deposits and bid timing requirements.

5.2     Trustee.  Trustee and CIT Group/Commercial Services, Inc. ("Bank") have agreed with respect to any rights either of them may have with respect to the Acquired Assets that the Purchase Price to be paid by Coker Tire for the Acquired Assets is fair and reasonable under the circumstances and consequently Trustee and Bank support this sale and the terms and provisions of the Agreement.  Trustee and Bank have further agreed that the Acquired Assets shall be sold pursuant to the Motion and Approval Order.

# ARTICLE 6
## CONDITIONS TO OBLIGATIONS

6.1     Conditions Precedent to Obligations of Coker Tire and Trustee.  The obligations of Coker Tire and Trustee to close under this Agreement shall be subject to the satisfaction (or waiver) at or prior to the Closing Date of the following conditions:

(a)     No Injunction.  No preliminary or permanent injunction or other order issued by, and no proceeding or order by or before, any governmental entity in the United States or by any United States governmental entity, nor any law or order promulgated or enacted by any United States governmental entity shall be in effect or pending which materially delays, restrains, enjoins or otherwise prohibits or seeks to restrain, enjoin or otherwise prohibit the transactions contemplated hereby.

(b)     Approval Order.  The Motion shall be approved and the Approval Order shall be entered by the Bankruptcy Court.

17479_00/1001/BCB-935936_3

(c)     Consents and Approvals.  All consents, waivers, authorizations and approvals of third persons as are necessary in connection with the transactions contemplated by this Agreement shall have been obtained, except for such consents, waivers, authorizations and approvals which are not required due to the entry by the Bankruptcy Court of the Approval Order.

6.2     Conditions Precedent to Obligations of Coker Tire.  In addition to satisfaction of the conditions set forth in Section 6.1, the obligations of Coker Tire to close under this Agreement shall be subject to the satisfaction (or waiver) at or prior to the Closing Date of the following conditions:

(a)     Accuracy of Representations and Warranties.  The representations and warranties of Trustee contained herein shall be true and correct in all material respects (unless any such representation or warranty is qualified by materiality in which event it shall be true and correct in all respects) on the date hereof and on and as of the Closing Date, with the same force and effect as though such representations and warranties had been made on and as of the Closing Date.

(b)     Performance of Agreements.  Trustee shall have performed in all material respects all obligations and agreements contained in this Agreement required to be performed by it prior to or at the Closing Date.

(c)     Material Adverse Change.  There shall not have occurred any material adverse change with respect to the Acquired Assets.

(d)     Other Deliveries.  Trustee shall have delivered such other documents and instruments contemplated by this Agreement.

6.3     Conditions Precedent to Obligations of Trustee.  In addition to satisfaction of the conditions set forth in Section 6.1, the obligations of Trustee to close under this Agreement shall be subject to the satisfaction (or waiver) at or prior to the Closing Date of the following conditions:

(a)     Accuracy of Representations and Warranties.  The representations and warranties of Coker Tire contained herein shall be true and correct in all material respects (unless any such representation or warranty is qualified by materiality in which event it shall be true and correct in all respects) the date hereof and on and as of the Closing Date, with the same force and effect as though such representations and warranties had been made on and as of the Closing Date.

(b)     Performance of Agreements.  Coker Tire shall have performed in all material respects all obligations and agreements contained in this Agreement required to be performed by it prior to or at the Closing Date.

(c)     Other Deliveries.  Coker Tire shall have delivered such other documents and instruments contemplated by this Agreement.

8

17479_00/1001/BCB-935936_3

## ARTICLE 7
## MISCELLANEOUS PROVISIONS

7.1    Limitations. The Acquired Assets are being conveyed hereunder on an "as is, where is" basis, and other than as set forth specifically herein, no party hereto is making, and each party hereto hereby specifically disclaims, any warranties regarding the Acquired Assets, including any implied warranty of merchantability or fitness for a particular purpose.

7.2    Further Assurances. At any time and from time to time after the Closing, each party shall execute such additional instruments and take such actions as may be reasonably requested by the other party to transfer clear title to any property transferred hereunder or to otherwise carry out the intent and purposes of this Agreement.

7.3    Waiver. Any failure on the part of any party hereto to comply with any of its obligations, agreements or conditions hereunder may be waived in writing by the party or parties to whom such compliance is owed.

7.4    Broker. Each of Trustee and Coker Tire represents to each other that no broker or finder has acted for it in connection with this Agreement and each of the Trustee and Coker Tire agrees to indemnify and hold harmless such other party against any fee, loss or expense arising out of claims by brokers or finders employed or alleged to have been employed by it.

7.5    Governing Law. This Agreement shall be governed by and construed and enforced in accordance with the laws of the State of Ohio, the limited liability company laws of Delaware and federal bankruptcy laws, including the Bankruptcy Code, as such laws may be applicable.

7.6    Amendments. This Agreement may not be amended or terminated other than by written instrument signed by each of the parties hereto and approved by the Bankruptcy Court.

7.7    Entire Agreement. This Agreement and the agreements referenced herein constitute the sole and only agreements among the parties hereto respecting the sale and purchase described in this Agreement and set forth the obligations of the parties hereto to each other with respect to such sale and purchase as of their respective dates.

7.8    Exhibits and Schedules. All exhibits and schedules referred to in this Agreement shall be attached hereto and are incorporated by reference herein. If any schedules are not complete as of the date of this Agreement, the parties will undertake to complete the schedule at least one business day prior to Closing.

7.9    Notices. Any and all notices or other communications required or permitted by this Agreement or by law to be served on or given to any party hereto by

17479_00/1001/BCB-935936_3

10-40855-kw    Doc 50    FILED 04/27/10    ENTERED 04/27/10 15:33:48    Page 19 of 100

another party to this Agreement shall be in writing and shall be deemed duly served when personally delivered to the party to whom they are directed, or, in lieu of such personal service, when deposited in the United States mail, first-class postage prepaid, or when sent by nationally recognized overnight courier, addressed as follows:

> If to Coker Tire:
>
> Coker Tire Company
> 1317 Chestnut Street
> Chattanooga, TN 37402
> Attn: Joseph D. Coker, President
>
> If to Trustee:
>
> Richard G. Zellers, Esq.
> Trustee of Bankruptcy Estate of Denman Tire, LLC
> 3810 Starrs Centre Drive
> Canfield, OH 44406-8063
> Attention: Richard G. Zellers, Esq.

or at such other address as one party may designate by notice hereunder to the other parties.

7.10   _Assignment_.  Coker Tire shall have the right to assign all of its rights and obligations under this Agreement to an affiliate but shall remain liable for all obligations under this Agreement until Closing to the extent such obligations are not fully performed by such affiliate.  The Trustee may not assign any of its rights or obligations hereunder without obtaining the prior written consent of the other parties hereto.

7.11   _Binding Agreement_.  This Agreement shall be binding on and shall inure to the benefit of the successors and permitted assigns of the parties hereto.

7.12   _Headings_.  The section and other headings contained in this Agreement and in the exhibits and schedules to this Agreement are included for the purpose of convenient reference only and shall not restrict, amplify, modify or otherwise affect in any way the meaning or interpretation of this Agreement or the exhibits and schedules hereto.

7.13   _Fair Meaning_.  This Agreement shall be construed according to its fair meaning and as if prepared by all parties hereto.

7.14   _No Third Party Beneficiary_.  None of the provisions herein contained are intended by the parties, nor shall they be deemed, to confer any benefit on any person not a party to this Agreement.

10

17479_00/1001/BCB-935936_3

7.15 <u>Counterparts</u>. This Agreement may be executed in two or more counterparts, each of which shall be deemed to be an original and all of which taken together shall constitute one and the same instrument.

7.16 <u>Confidentiality</u>. Neither party will disclose to any person any confidential, non-public information related to the other party.

7.17 <u>Expenses</u>. Each party will pay all costs and expenses that it incurs with respect to the negotiation, execution, delivery and performance of this Agreement and the consummation of the transactions contemplated hereby.

**[signatures on the following page]**

17479_00/1001/BCB-935936_3

IN WITNESS WHEREOF, this Agreement has been entered into as of the day and year first above written.

COKER TIRE COMPANY

By:_____
Name: Joseph D. Coker
Title: President


DENMAN TIRE, LLC, BY ITS
CHAPTER 7 BANKRUPTCY TRUSTEE,
RICHARD G. ZELLERS, ESQ.

By:_____
      Richard G. Zellers, Esq., solely in his
      capacity as Chapter 7 Trustee for the
      Bankruptcy Estate of Denman Tire,
      LLC

17479_00/1001/BCB-935936_3

## EXHIBIT A

**See Attached Exhibit A**

13

17479_00/1001/BCB-935936_3

# Exhibit A

## Denman Mold/Mold Ancillaries Tangible Asset Inventory

**As of:** 4/6/2010

## Molds & Ancillary Equipment

| Mold-S/N# | Item-# | Description | | Location | Brand |
|---|---|---|---|---|---|
| **Light truck (RV) Radial** | | | | | |
| P-736* | RV-51R | 32 X 11.50R-15 GROUND HAWG II | BNST  6 PR | Curing | DENMAN |
| | RV-54R | 32 X 11.50R-16 GROUND HAWG II | BNST  6 PR | Curing | DENMAN |
| | RV-62R | 32 X 11.50R-16 GROUND HAWG II | BPST 10 PR | Curing | DENMAN |
| P-778* | RV-52R | 36 X 14.50R-15 GROUND HAWG II | BNST  6 PR | Roll Shop | DENMAN |
| | RV-58R | 36 X 14.50R-16 GROUND HAWG II | BPST 10 PR | Roll Shop | DENMAN |
| | RV-53R | 36 X 14.50R-16.5 GROUND HAWG II | BNST  6 PR | Roll Shop | DENMAN |
| | RV-60R | 36 X 14.50R-16.5 GROUND HAWG II | BPST 10 PR | Roll Shop | DENMAN |
| P-863* | RV-55R | 38 X 15.50R-15 GROUND HAWG II | BNST  6 PR | Curing | DENMAN |
| | RV-57R | 38 X 15.50R-16 GROUND HAWG II | BNST  6 PR | Curing | DENMAN |
| | RV-56R | 38 X 15.50R-16.5 GROUND HAWG II | BNST  6 PR | Curing | DENMAN |
| | RV-61R | 38 X 15.50R-16.5 GROUND HAWG II | BPST 10 PR | Curing | DENMAN |
| P-940* | COY-03R | 245/85R-15 COYOTE RADIAL | BPST  6 PR | Roll Shop | DENMAN |
| | COY-033R | 245/85R-15 COYOTE RADIAL | WPST  6 PR | Roll Shop | DENMAN |
| P-956* | COY-06R | 265/85R-16 COYOTE RADIAL | BPST  6 PR | Roll Shop | DENMAN |
| | COY-10R | 265/85R-16 COYOTE RADIAL | BPST  8 PR | Roll Shop | DENMAN |
| | COY-063R | 265/85R-16 COYOTE RADIAL | WPST  6 PR | Roll Shop | DENMAN |
| | COY-04R | 275/85R-15 COYOTE RADIAL | BPST  6 PR | Roll Shop | DENMAN |
| | COY-043R | 275/85R-15 COYOTE RADIAL | WPST  6 PR | Roll Shop | DENMAN |
| P-957* | COY-07R | 305/85R-16 COYOTE RADIAL | BPST  6 PR | Roll Shop | DENMAN |
| | COY-11R | 305/85R-16 COYOTE RADIAL | BPST 10 PR | Roll Shop | DENMAN |
| | COY-073R | 305/85R-16 COYOTE RADIAL | WPST  6 PR | Roll Shop | DENMAN |
| | COY-05R | 315/85R-15 COYOTE RADIAL | BPST  6 PR | Roll Shop | DENMAN |
| | COY-053R | 315/85R-15 COYOTE RADIAL | WPST  6 PR | Roll Shop | DENMAN |
| P-959* | COY-03R | 245/85R-15 COYOTE RADIAL | BPST  6 PR | Roll Shop | DENMAN |
| | COY-033R | 245/85R-15 COYOTE RADIAL | WPST  6 PR | Roll Shop | DENMAN |
| P-960* | COY-06R | 265/85R-16 COYOTE RADIAL | BPST  6 PR | Roll Shop | DENMAN |
| | COY-10R | 265/85R-16 COYOTE RADIAL | BPST  8 PR | Roll Shop | DENMAN |
| | COY-063R | 265/85R-16 COYOTE RADIAL | WPST  6 PR | Roll Shop | DENMAN |
| | COY-04R | 275/85R-15 COYOTE RADIAL | BPST  6 PR | Roll Shop | DENMAN |
| | COY-043R | 275/85R-15 COYOTE RADIAL | WPST  6 PR | Roll Shop | DENMAN |
| P-961* | COY-07R | 305/85R-16 COYOTE RADIAL | BPST  6 PR | Roll Shop | DENMAN |
| | COY-11R | 305/85R-16 COYOTE RADIAL | BPST 10 PR | Roll Shop | DENMAN |
| | COY-073R | 305/85R-16 COYOTE RADIAL | WPST  6 PR | Roll Shop | DENMAN |
| | COY-05R | 315/85R-15 COYOTE RADIAL | BPST  6 PR | Roll Shop | DENMAN |
| | COY-053R | 315/85R-15 COYOTE RADIAL | WPST  6 PR | Roll Shop | DENMAN |
| **Light truck (RV) Bias** | | | | | |
| P-382* | MUD-15 | 10.50-16 DENMAN NDT | BNC  8 PR | Roll Shop | DENMAN |
| | MUD-15 | 10.50-16 MONSTER MUDDER | BNC  8 PR | Roll Shop | DENMAN |
| P-426* | RV-01 | H78-15 GROUND HAWG | BNT  6 PR | Roll Shop | DENMAN |
| P-428* | RV-05 | L78-16 GROUND HAWG | BNC  6 PR | Roll Shop | DENMAN |

* Each Mold shall include:  Mold, Spacers, Top and Bottom Bead Rings, Sidewall Plates, Mold Drawings, Tire Building Specifications and Tire Compounds/Recipes

A-1

10-40855-kw    Doc 50    FILED 04/27/10    ENTERED 04/27/10 15:33:48    Page 24 of 100

| Mold-S/N# | Item-# | Description | | Location | Brand |
|---|---|---|---|---|---|
| P-466* | RV-16 | 12-15 GROUND HAWG | BNT 4 PR | Curing | DENMAN |
| | RV-07 | 12-15 GROUND HAWG | BNT 6 PR | Curing | DENMAN |
| | RV-17 | 12-16 GROUND HAWG | BNT 6 PR | Curing | DENMAN |
| | RV-04 | 12-16.5 GROUND HAWG | BNT 4 PR | Curing | DENMAN |
| | RV-14 | 12-16.5 GROUND HAWG | BNT 8 PR | Curing | DENMAN |
| P-476* | RV-16 | 12-15 GROUND HAWG | BNT 4 PR | Curing | DENMAN |
| | RV-07 | 12-15 GROUND HAWG | BNT 6 PR | Curing | DENMAN |
| | RV-17 | 12-16 GROUND HAWG | BNT 6 PR | Curing | DENMAN |
| | RV-04 | 12-16.5 GROUND HAWG | BNT 4 PR | Curing | DENMAN |
| | RV-14 | 12-16.5 GROUND HAWG | BNT 8 PR | Curing | DENMAN |
| P-478* | RV-06 | 10-15 GROUND HAWG | BNT 6 PR | Curing | DENMAN |
| | RV-03 | L78-15 GROUND HAWG | BNT 6 PR | Curing | DENMAN |
| P-505* | RV-20 | 10-16.5 GROUND HAWG | BNT 8 PR | Roll Shop | DENMAN |
| | RV-10 | 11-15 GROUND HAWG | BNT 4 PR | Roll Shop | DENMAN |
| | RV-19 | 11-15 GROUND HAWG | BNT 6 PR | Roll Shop | DENMAN |
| P-506* | RV-11 | 14/35-15 GROUND HAWG | BNT 6 PR | Roll Shop | DENMAN |
| | RV-15 | 14/35-16.5 GROUND HAWG | BNT 6 PR | Roll Shop | DENMAN |
| P-525* | RV-16 | 12-15 GROUND HAWG | BNT 4 PR | Curing | DENMAN |
| | RV-07 | 12-15 GROUND HAWG | BNT 6 PR | Curing | DENMAN |
| | RV-17 | 12-16 GROUND HAWG | BNT 6 PR | Curing | DENMAN |
| | RV-04 | 12-16.5 GROUND HAWG | BNT 4 PR | Curing | DENMAN |
| | RV-14 | 12-16.5 GROUND HAWG | BNT 8 PR | Curing | DENMAN |
| P-531* | RV-20 | 10-16.5 GROUND HAWG | BNT 8 PR | Curing | DENMAN |
| | RV-10 | 11-15 GROUND HAWG | BNT 4 PR | Curing | DENMAN |
| | RV-19 | 11-15 GROUND HAWG | BNT 6 PR | Curing | DENMAN |
| P-535* | RV-36 | 15/38.5-15 GROUND HAWG | BNT 6 PR | Curing | DENMAN |
| | RV-37 | 15/38.5-16.5 GROUND HAWG | BNT 6 PR | Curing | DENMAN |
| | RV-35 | 15/38.5-17 GROUND HAWG | BNT 6 PR | Curing | DENMAN |
| P-543* | RV-38 | 27 X 9.50-14 GROUND HAWG | BPT 4 PR | Curing | DENMAN |
| | RV-38 | 27 X 9.50-14 GROUND HAWG ** LEFT WPT 4 PR | | Curing | DENMAN |
| | RV-38 | 27 X 9.50-14 GROUND HAWG ** RIGHT WPT 4 PR | | Curing | DENMAN |
| P-556* | RV-39 | 17/40-15 GROUND HAWG | BNT 6 PR | Roll Shop | DENMAN |
| | RV-40 | 17/40-16.5 GROUND HAWG | BNT 6 PR | Roll Shop | DENMAN |
| | RV-08 | 17/40-17 GROUND HAWG | BNT 6 PR | Roll Shop | DENMAN |
| P-565* | RV-36 | 15/38.5-15 GROUND HAWG | BNT 6 PR | Curing | DENMAN |
| | RV-37 | 15/38.5-16.5 GROUND HAWG | BNT 6 PR | Curing | DENMAN |
| P-683* | RV-44 | 18.5/44-15 GROUND HAWG | BNT 6 PR | Curing | DENMAN |
| | RV-45 | 18.5/44-16.5 GROUND HAWG | BNT 6 PR | Curing | DENMAN |
| P-696* | RV-44 | 18.5/44-15 GROUND HAWG | BNT 6 PR | Curing | DENMAN |
| | RV-45 | 18.5/44-16.5 GROUND HAWG | BNT 6 PR | Curing | DENMAN |
| P-705* | RV-46 | P78-15 GROUND HAWG | BNT 6 PR | Roll Shop | DENMAN |
| | RV-47 | P78-16 GROUND HAWG | BNT 6 PR | Roll Shop | DENMAN |
| P-706* | RV-48 | Q78-15 GROUND HAWG | BNT 6 PR | Roll Shop | DENMAN |
| | RV-49 | Q78-16 GROUND HAWG | BNT 6 PR | Roll Shop | DENMAN |
| P-714* | RV-37 | 15/38.5-16.5 GROUND HAWG | BNT 6 PR | Roll Shop | DENMAN |
| P-446* | **** | 11-15 GROUND HAWG | | Roll Shop | DENMAN |
| P-477* | **** | 12-16 GROUND HAWG | BNT 6 PR | Roll Shop | DENMAN |
| P-506* | **** | 10-16.5 GROUND HAWG | BNT 8 PR | Roll Shop | DENMAN |
| P-719* | **** | P78-15 GROUND HAWG | | Roll Shop | DENMAN |
| P-686* | **** | P78-15 GROUND HAWG | | Roll Shop | DENMAN |
| 5383-2* | TOR-59 | 10-16.5 DENMAN EXPRESS | BNT 8 PR | Roll Shop | DENMAN |
| | TOR-59 | 10-16.5 SIGNET EXPRESS | BNT 8 PR | Roll Shop | DENMAN |
| 5414-2* | TOR-51 | 8.00-16.5 DENMAN EXPRESS | BNT 8 PR | Roll Shop | DENMAN |

* Each Mold shall include:  Mold, Spacers, Top and Bottom Bead Rings, Sidewall Plates, Mold Drawings, Tire Building
Specifications and Tire Compounds/Recipes

A-2

| Mold-S/N# | Item-# | Description | Location | Brand |
|---|---|---|---|---|
| | TOR-51 | 8.00-16.5 SIGNET EXPRESS     BNT  8 PR | Roll Shop | DENMAN |
| 5414-3* | TOR-51 | 8.00-16.5 DENMAN EXPRESS     BNT  8 PR | Roll Shop | DENMAN |
| | TOR-51 | 8.00-16.5 SIGNET EXPRESS     BNT  8 PR | Roll Shop | DENMAN |
| 6658-2* | TOR-52 | 8.75-16.5 DENMAN EXPRESS     BNT  8 PR | Roll Shop | DENMAN |
| | TOR-54 | 8.75-16.5 DENMAN EXPRESS     BNT  10 PR | Roll Shop | DENMAN |
| | TOR-52 | 8.75-16.5 SIGNET EXPRESS     BNT  8 PR | Roll Shop | DENMAN |
| | TOR-54 | 8.75-16.5 SIGNET EXPRESS     BNT  10 PR | Roll Shop | DENMAN |
| 6658-3* | TOR-52 | 8.75-16.5 DENMAN EXPRESS     BNT  8 PR | Curing | DENMAN |
| | TOR-54 | 8.75-16.5 DENMAN EXPRESS     BNT  10 PR | Curing | DENMAN |
| | TOR-52 | 8.75-16.5 SIGNET EXPRESS     BNT  8 PR | Curing | DENMAN |
| | TOR-54 | 8.75-16.5 SIGNET EXPRESS     BNT  10 PR | Curing | DENMAN |
| 6659-1* | TOR-56 | 9.50-16.5 DENMAN EXPRESS     BNT  8 PR | Roll Shop | DENMAN |
| | TOR-57 | 9.50-16.5 DENMAN EXPRESS     BNT  10 PR | Roll Shop | DENMAN |
| | TOR-56 | 9.50-16.5 SIGNET EXPRESS     BNT  8 PR | Roll Shop | DENMAN |
| | TOR-57 | 9.50-16.5 SIGNET EXPRESS     BNT  10 PR | Roll Shop | DENMAN |
| 6659-3* | TOR-56 | 9.50-16.5 DENMAN EXPRESS     BNT  8 PR | Curing | DENMAN |
| | TOR-57 | 9.50-16.5 DENMAN EXPRESS     BNT  10 PR | Curing | DENMAN |
| | TOR-56 | 9.50-16.5 SIGNET EXPRESS     BNT  8 PR | Curing | DENMAN |
| | TOR-57 | 9.50-16.5 SIGNET EXPRESS     BNT  10 PR | Curing | DENMAN |
| BD83031* | FGR-01 | 13.0/30.0-15LT FIRESTONE     BNT  4 PR | Roll Shop | DENMAN |
| P-463* | CK-22 | 14-17.5 QUIET GIANT     BNT  14 PR | Curing | DENMAN |
| | CK-59 | 15/36-15 QUIET GIANT     BNT  6 PR | Curing | DENMAN |
| | CK-60 | 15/36-16.5 QUIET GIANT     BNT  6 PR | Curing | DENMAN |
| | CK-08 | 36 X 15.50-16.5 QUIET GIANT     BPT  6 PR | Curing | DENMAN |
| P-513* | CK-22 | 14-17.5 QUIET GIANT     BNT  14 PR | Curing | DENMAN |
| | CK-59 | 15/36-15 QUIET GIANT     BNT  6 PR | Curing | DENMAN |
| | CK-60 | 15/36-16.5 QUIET GIANT     BNT  6 PR | Curing | DENMAN |
| | CK-07 | 36 X 15.50-15 QUIET GIANT     BPT  6 PR | Curing | DENMAN |
| | CK-08 | 36 X 15.50-16.5 QUIET GIANT     BPT  6 PR | Curing | DENMAN |
| P-435* | **** | 14/36.5-16.5 ON/OFF ROAD     BNT  6 PR | Roll Shop | DENMAN |
| P-465* | **** | 14-17.5 HIGHWAY TRUCK     BNT  14 PR | Roll Shop | DENMAN |

## Grader/Loader/Dozer

| Mold-S/N# | Item-# | Description | Location | Brand |
|---|---|---|---|---|
| 1738* | GRT-42 | 17.5-25 ROCK SERVICE E3-G3-L3     BNT  12 PR | Roll Shop | DENMAN |
| | GRT-39 | 17.5-25 ROCK SERVICE E3-G3-L3     BNT  16 PR | Roll Shop | DENMAN |
| | GRT-41 | 54 X 18-25 BADGER ROCK SERVICE     BNST 24 PR | Roll Shop | DENMAN |
| | GRT-40 | 54 X 18-25 BADGER ROCK SERVICE     BNT  24 PR | Roll Shop | DENMAN |
| 1758* | GRT-05 | 17.5-25 ATD EARTHMOVER TRAC     BNT  12 PR | Curing | DENMAN |
| | GRT-23 | 17.5-25 EARTHMOVER TRACTION     BNST 12 PR | Curing | DENMAN |
| | GRT-05 | 17.5-25 EARTHMOVER TRACTION     BNT  12 PR | Curing | DENMAN |
| | GRT-25 | 17.5-25 EARTHMOVER TRACTION     BNT  16 PR | Curing | DENMAN |
| | GRT-05 | 17.5-25 HERCULES EARTHMOVER     BNT  12 PR | Curing | DENMAN |
| | GRT-05 | 17.5-25 OMNI EARTHMOVER TRAC     BNT  12 PR | Curing | DENMAN |
| | GRT-25 | 17.5-25 OMNI EARTHMOVER TRAC     BNT  16 PR | Curing | DENMAN |
| | GRT-05 | 17.5-25 POWER KING     BNT  12 PR | Curing | DENMAN |
| | GRT-05 | 17.5-25 TEMCO EARTHMOVER TRAC     BNT  12 PR | Curing | DENMAN |
| | GRT-23 | 17.5-25 TEMCO EARTHMOVER TRAC.     BNST 12 PR | Curing | DENMAN |
| | GRT-24 | 17.5-25 TEMCO EARTHMOVER TRAC.     BNST 16 PR | Curing | DENMAN |
| | GRT-25 | 17.5-25 TEMCO EARTHMOVER TRAC.     BNT  16 PR | Curing | DENMAN |
| 1759* | GRT-05 | 17.5-25 ATD EARTHMOVER TRAC     BNT  12 PR | Curing | DENMAN |
| | GRT-23 | 17.5-25 EARTHMOVER TRACTION     BNST 12 PR | Curing | DENMAN |
| | GRT-05 | 17.5-25 EARTHMOVER TRACTION     BNT  12 PR | Curing | DENMAN |

* Each Mold shall include:  Mold, Spacers, Top and Bottom Bead Rings, Sidewall Plates, Mold Drawings, Tire Building Specifications and Tire Compounds/Recipes

A-3

| Mold-S/N# | Item-# | Description | Location | Brand |
|---|---|---|---|---|
| | GRT-25 | 17.5-25 EARTHMOVER TRACTION        BNT  16 PR | Curing | DENMAN |
| | GRT-05 | 17.5-25 HERCULES EARTHMOVER        BNT  12 PR | Curing | DENMAN |
| | GRT-05 | 17.5-25 OMNI EARTHMOVER TRAC       BNT  12 PR | Curing | DENMAN |
| | GRT-25 | 17.5-25 OMNI EARTHMOVER TRAC       BNT  16 PR | Curing | DENMAN |
| | GRT-05 | 17.5-25 POWER KING          BNT  12 PR | Curing | DENMAN |
| | GRT-05 | 17.5-25 TEMCO EARTHMOVER TRAC       BNT  12 PR | Curing | DENMAN |
| | GRT-23 | 17.5-25 TEMCO EARTHMOVER TRAC.     BNST 12 PR | Curing | DENMAN |
| | GRT-24 | 17.5-25 TEMCO EARTHMOVER TRAC.     BNST 16 PR | Curing | DENMAN |
| | GRT-25 | 17.5-25 TEMCO EARTHMOVER TRAC.      BNT  16 PR | Curing | DENMAN |
| 1861* | GRT-13 | 15.5-25 ATD EARTHMOVER TRAC        BNT  12 PR | Curing | DENMAN |
| | GRT-13 | 15.5-25 EARTHMOVER TRACTION        BNT  12 PR | Curing | DENMAN |
| | GRT-13 | 15.5-25 GATEWAY ROAD GRADER        BNT  12 PR | Curing | DENMAN |
| | GRT-13 | 15.5-25 HERCULES EARTHMOVER        BNT  12 PR | Curing | DENMAN |
| | GRT-13 | 15.5-25 OMNI EARTHMOVER TRAC.      BNT  12 PR | Curing | DENMAN |
| | GRT-13 | 15.5-25 TEMCO EARTHMOVER TRAC      BNT  12 PR | Curing | DENMAN |
| 1895* | GRT-07 | 14.00-24 ATD ROAD GRADER       BNT  12 PR | Curing | DENMAN |
| | GRT-07 | 14.00-24 HERCULES GRADER E2-G2    BNT  12 PR | Curing | DENMAN |
| | GRT-04 | 14.00-24 HERCULES ROAD GRADER     BNC  12 PR | Curing | DENMAN |
| | GRT-07 | 14.00-24 OMNI GRADER E2-G2        BNT  12 PR | Curing | DENMAN |
| | GRT-07 | 14.00-24 POWER KING          BNT  12 PR | Curing | DENMAN |
| | GRT-04 | 14.00-24 ROAD GRADER E2-G2        BNC  12 PR | Curing | DENMAN |
| | GRT-28 | 14.00-24 ROAD GRADER E2-G2        BNST 12 PR | Curing | DENMAN |
| | GOV-61 | 14.00-24 ROAD GRADER E2-G2        BNT  12 PR | Curing | DENMAN |
| | GRT-07 | 14.00-24 ROAD GRADER E2-G2        BNT  12 PR | Curing | DENMAN |
| | GOV-62 | 14.00-24 ROAD GRADER E2-G2        BNT  16 PR | Curing | DENMAN |
| | GRT-10 | 14.00-24 ROAD GRADER E2-G2        BNT  16 PR | Curing | DENMAN |
| | GRT-14 | 14.00-24 ROAD GRADER E2-G2-L2     BNC  16 PR | Curing | DENMAN |
| | GRT-29 | 14.00-24 ROAD GRADER E2-G2-L2     BNST 16 PR | Curing | DENMAN |
| | GRT-07 | 14.00-24 SULLIVAN GRADER E2-G2    BNT  12 PR | Curing | DENMAN |
| | GRT-10 | 14.00-24 SULLIVAN GRADER E2-G2-L2 BNT  16 PR | Curing | DENMAN |
| | GRT-04 | 14.00-24 TEMCO ROAD GRADER        BNC  12 PR | Curing | DENMAN |
| | GRT-28 | 14.00-24 TEMCO ROAD GRADER        BNST 12 PR | Curing | DENMAN |
| | GRT-29 | 14.00-24 TEMCO ROAD GRADER        BNST 16 PR | Curing | DENMAN |
| | GRT-07 | 14.00-24 TEMCO ROAD GRADER        BNT  12 PR | Curing | DENMAN |
| | GRT-10 | 14.00-24 TEMCO ROAD GRADER        BNT  16 PR | Curing | DENMAN |
| 1955* | GRT-12 | 13.00-24 ATD GRADER E2-G2       BNT  12 PR | Curing | DENMAN |
| | GRT-47 | 13.00-24 DENMAN GRADER E2-G2      BNT  14 PR | Curing | DENMAN |
| | GRT-55 | 13.00-24 DENMAN GRADER L2        BNT  16 PR | Curing | DENMAN |
| | GRT-47 | 13.00-24 FUJI GRADER E2-G2       BNT  14 PR | Curing | DENMAN |
| | GOV-53 | 13.00-24 GRADER LUG E2/G2        BNT   8 PR | Curing | DENMAN |
| | GRT-12 | 13.00-24 HERCULES GRADER        BNT  12 PR | Curing | DENMAN |
| | GRT-12 | 13.00-24 OMNI GRADER E2-G2       BNT  12 PR | Curing | DENMAN |
| | GRT-12 | 13.00-24 POWER KING          BNT  12 PR | Curing | DENMAN |
| | GOV-55 | 13.00-24 ROAD GRADER E2-G2       BNC  10 PR | Curing | DENMAN |
| | GOV-56 | 13.00-24 ROAD GRADER E2-G2       BNC  12 PR | Curing | DENMAN |
| | GRT-03 | 13.00-24 ROAD GRADER E2-G2       BNC  12 PR | Curing | DENMAN |
| | GOV-58 | 13.00-24 ROAD GRADER E2-G2       BNT  10 PR | Curing | DENMAN |
| | GOV-60 | 13.00-24 ROAD GRADER E2-G2       BNT  12 PR | Curing | DENMAN |
| | GRT-12 | 13.00-24 ROAD GRADER E2-G2       BNT  12 PR | Curing | DENMAN |
| | GRT-03 | 13.00-24 TEMCO ROAD GRADER       BNC  12 PR | Curing | DENMAN |
| | GRT-12 | 13.00-24 TEMCO ROAD GRADER       BNT  12 PR | Curing | DENMAN |
| | GRT-03 | 1300-24 HERCULES GRADER        BNC  12 PR | Curing | DENMAN |
| | GRT-22 | 15.5-25 EARTHMOVER TRACTION        BNST 12 PR | Curing | DENMAN |

*Each Mold shall include:  Mold, Spacers, Top and Bottom Bead Rings, Sidewall Plates, Mold Drawings, Tire Building Specifications and Tire Compounds/Recipes*

A-4

| Mold-S/N# | Item-# | Description | Location | Brand |
|---|---|---|---|---|
| | GRT-26 | 15.5-25 LOADER/DOZER TRACTION      BNT  12 PR | Curing | DENMAN |
| | GRT-22 | 15.5-25 TEMCO EARTHMOVER TRAC.    BNST 12 PR | Curing | DENMAN |
| 1956* | GRT-12 | 13.00-24 ATD GRADER E2-G2         BNT  12 PR | Roll Shop | DENMAN |
| | GRT-47 | 13.00-24 DENMAN GRADER E2-G2     BNT  14 PR | Roll Shop | DENMAN |
| | GRT-55 | 13.00-24 DENMAN GRADER L2         BNT  16 PR | Roll Shop | DENMAN |
| | GOV-53 | 13.00-24 GRADER LUG E2/G2         BNT  8 PR | Roll Shop | DENMAN |
| | GRT-12 | 13.00-24 HERCULES GRADER         BNT  12 PR | Roll Shop | DENMAN |
| | GRT-12 | 13.00-24 OMNI GRADER E2-G2       BNT  12 PR | Roll Shop | DENMAN |
| | GRT-12 | 13.00-24 POWER KING           BNT  12 PR | Roll Shop | DENMAN |
| | GRT-37 | 13.00-24 ROAD GRADER         BNST 12 PR | Roll Shop | DENMAN |
| | GOV-55 | 13.00-24 ROAD GRADER E2-G2       BNC  10 PR | Roll Shop | DENMAN |
| | GOV-56 | 13.00-24 ROAD GRADER E2-G2       BNC  12 PR | Roll Shop | DENMAN |
| | GRT-03 | 13.00-24 ROAD GRADER E2-G2       BNC  12 PR | Roll Shop | DENMAN |
| | GRT-16 | 13.00-24 ROAD GRADER E2-G2       BNSC 12 PR | Roll Shop | DENMAN |
| | GOV-58 | 13.00-24 ROAD GRADER E2-G2       BNT  10 PR | Roll Shop | DENMAN |
| | GOV-60 | 13.00-24 ROAD GRADER E2-G2       BNT  12 PR | Roll Shop | DENMAN |
| | GRT-12 | 13.00-24 ROAD GRADER E2-G2       BNT  12 PR | Roll Shop | DENMAN |
| | GRT-03 | 13.00-24 TEMCO ROAD GRADER       BNC  12 PR | Roll Shop | DENMAN |
| | GRT-37 | 13.00-24 TEMCO ROAD GRADER       BNST 12 PR | Roll Shop | DENMAN |
| | GRT-12 | 13.00-24 TEMCO ROAD GRADER       BNT  12 PR | Roll Shop | DENMAN |
| | GRT-03 | 1300-24 HERCULES GRADER         BNC  12 PR | Roll Shop | DENMAN |
| | GRT-16 | 1300-24 TEMCO ROAD GRADER       BNSC 12 PR | Roll Shop | DENMAN |
| | GRT-10 | 14.00-24 SULLIVAN GRADER E2-G2-L2 BNT  16 PR | Roll Shop | DENMAN |
| | GRT-10 | 14.00-24 TEMCO ROAD GRADER       BNT  16 PR | Roll Shop | DENMAN |
| 1957* | GRT-12 | 13.00-24 ATD GRADER E2-G2         BNT  12 PR | Curing | DENMAN |
| | GRT-47 | 13.00-24 DENMAN GRADER E2-G2     BNT  14 PR | Curing | DENMAN |
| | GRT-55 | 13.00-24 DENMAN GRADER L2         BNT  16 PR | Curing | DENMAN |
| | GRT-47 | 13.00-24 FUJI GRADER E2-G2       BNT  14 PR | Curing | DENMAN |
| | GOV-53 | 13.00-24 GRADER LUG E2/G2         BNT  8 PR | Curing | DENMAN |
| | GRT-12 | 13.00-24 HERCULES GRADER         BNT  12 PR | Curing | DENMAN |
| | GRT-12 | 13.00-24 OMNI GRADER E2-G2       BNT  12 PR | Curing | DENMAN |
| | GRT-12 | 13.00-24 POWER KING           BNT  12 PR | Curing | DENMAN |
| | GRT-37 | 13.00-24 ROAD GRADER         BNST 12 PR | Curing | DENMAN |
| | GOV-55 | 13.00-24 ROAD GRADER E2-G2       BNC  10 PR | Curing | DENMAN |
| | GOV-56 | 13.00-24 ROAD GRADER E2-G2       BNC  12 PR | Curing | DENMAN |
| | GRT-03 | 13.00-24 ROAD GRADER E2-G2       BNC  12 PR | Curing | DENMAN |
| | GRT-16 | 13.00-24 ROAD GRADER E2-G2       BNSC 12 PR | Curing | DENMAN |
| | GOV-58 | 13.00-24 ROAD GRADER E2-G2       BNT  10 PR | Curing | DENMAN |
| | GOV-60 | 13.00-24 ROAD GRADER E2-G2       BNT  12 PR | Curing | DENMAN |
| | GRT-12 | 13.00-24 ROAD GRADER E2-G2       BNT  12 PR | Curing | DENMAN |
| | GRT-03 | 13.00-24 TEMCO ROAD GRADER       BNC  12 PR | Curing | DENMAN |
| | GRT-37 | 13.00-24 TEMCO ROAD GRADER       BNST 12 PR | Curing | DENMAN |
| | GRT-12 | 13.00-24 TEMCO ROAD GRADER       BNT  12 PR | Curing | DENMAN |
| | GRT-03 | 1300-24 HERCULES GRADER         BNC  12 PR | Curing | DENMAN |
| | GRT-16 | 1300-24 TEMCO ROAD GRADER       BNSC 12 PR | Curing | DENMAN |
| 1979* | GRT-21 | 20.5-25 ATD EARTHMOVER TRAC       BNT  12 PR | Roll Shop | DENMAN |
| | GRT-34 | 20.5-25 EARTHMOVER TRACTION       BNST 16 PR | Roll Shop | DENMAN |
| | GOV-65 | 20.5-25 EARTHMOVER TRACTION       BNT  12 PR | Roll Shop | DENMAN |
| | GRT-21 | 20.5-25 EARTHMOVER TRACTION       BNT  12 PR | Roll Shop | DENMAN |
| | GRT-33 | 20.5-25 EARTHMOVER TRACTION       BNT  16 PR | Roll Shop | DENMAN |
| | GRT-21 | 20.5-25 HERCULES EARTHMOVER       BNT  12 PR | Roll Shop | DENMAN |
| | GRT-33 | 20.5-25 HERCULES EARTHMOVER       BNT  16 PR | Roll Shop | DENMAN |
| | GRT-33 | 20.5-25 OMNI EARTHMOVER TRAC     BNT  16 PR | Roll Shop | DENMAN |

*Each Mold shall include:  Mold, Spacers, Top and Bottom Bead Rings, Sidewall Plates, Mold Drawings, Tire Building Specifications and Tire Compounds/Recipes*

A-5

| Mold-S/N# | Item-# | Description | Location | Brand |
|---|---|---|---|---|
|  | GRT-21 | 20.5-25 OMNI EARTHMOVER TRAC.    BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-21 | 20.5-25 POWER KING        BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-35 | 20.5-25 ROAD GRADER        BNT  20 PR | Roll Shop | DENMAN |
|  | GRT-27 | 20.5-25 ROAD GRADER E2-G2-L2    BNST 12 PR | Roll Shop | DENMAN |
|  | GRT-34 | 20.5-25 TEMCO EARTHMOVER TRAC.    BNST 16 PR | Roll Shop | DENMAN |
|  | GRT-21 | 20.5-25 TEMCO EARTHMOVER TRAC.    BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-33 | 20.5-25 TEMCO EARTHMOVER TRAC.    BNT  16 PR | Roll Shop | DENMAN |
|  | GRT-27 | 20.5-25 TEMCO ROAD GRADER        BNST 12 PR | Roll Shop | DENMAN |
|  | GRT-35 | 20.5-25 TEMCO ROAD GRADER        BNT  20 PR | Roll Shop | DENMAN |
| 2386* | GRT-05 | 17.5-25 ATD EARTHMOVER TRAC    BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-23 | 17.5-25 EARTHMOVER TRACTION        BNST 12 PR | Roll Shop | DENMAN |
|  | GRT-05 | 17.5-25 EARTHMOVER TRACTION        BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-25 | 17.5-25 EARTHMOVER TRACTION        BNT  16 PR | Roll Shop | DENMAN |
|  | GRT-05 | 17.5-25 HERCULES EARTHMOVER        BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-36 | 17.5-25 LOADER/DOZER TRACTION        BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-05 | 17.5-25 OMNI EARTHMOVER TRAC        BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-25 | 17.5-25 OMNI EARTHMOVER TRAC        BNT  16 PR | Roll Shop | DENMAN |
|  | GRT-05 | 17.5-25 POWER KING        BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-05 | 17.5-25 TEMCO EARTHMOVER TRAC    BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-23 | 17.5-25 TEMCO EARTHMOVER TRAC.    BNST 12 PR | Roll Shop | DENMAN |
|  | GRT-24 | 17.5-25 TEMCO EARTHMOVER TRAC.    BNST 16 PR | Roll Shop | DENMAN |
|  | GRT-25 | 17.5-25 TEMCO EARTHMOVER TRAC.    BNT  16 PR | Roll Shop | DENMAN |
| 2388* | GRT-05 | 17.5-25 ATD EARTHMOVER TRAC    BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-23 | 17.5-25 EARTHMOVER TRACTION        BNST 12 PR | Roll Shop | DENMAN |
|  | GRT-05 | 17.5-25 EARTHMOVER TRACTION        BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-25 | 17.5-25 EARTHMOVER TRACTION        BNT  16 PR | Roll Shop | DENMAN |
|  | GRT-05 | 17.5-25 HERCULES EARTHMOVER        BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-36 | 17.5-25 LOADER/DOZER TRACTION        BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-05 | 17.5-25 OMNI EARTHMOVER TRAC        BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-25 | 17.5-25 OMNI EARTHMOVER TRAC        BNT  16 PR | Roll Shop | DENMAN |
|  | GRT-05 | 17.5-25 POWER KING        BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-05 | 17.5-25 TEMCO EARTHMOVER TRAC.    BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-23 | 17.5-25 TEMCO EARTHMOVER TRAC.    BNST 12 PR | Roll Shop | DENMAN |
|  | GRT-24 | 17.5-25 TEMCO EARTHMOVER TRAC.    BNST 16 PR | Roll Shop | DENMAN |
|  | GRT-25 | 17.5-25 TEMCO EARTHMOVER TRAC.    BNT  16 PR | Roll Shop | DENMAN |
| 7263* | GRT-01 | 10.00-24 ROAD GRADER E2-G2    BNC  8 PR | Roll Shop | DENMAN |
|  | GRT-09 | 10.00-24 ROAD GRADER E2-G2    BNC  12 PR | Roll Shop | DENMAN |
|  | GRT-44 | 10.00-24 ROAD GRADER E2-G2    BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-01 | 10.00-24 TEMCO ROAD GRADER        BNC  8 PR | Roll Shop | DENMAN |
|  | GRT-09 | 10.00-24 TEMCO ROAD GRADER        BNC  12 PR | Roll Shop | DENMAN |
|  | GRT-18 | 10.00-24 TEMCO TRACTION LOADER    BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-18 | 10.00-24 TRACTION LOADER E2-G2-L2 BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-18 | 1000-24 HERCULES TRACTION LOADER  BNT  12 PR | Roll Shop | DENMAN |
| 7266* | GRT-02 | 9.00-24 ROAD GRADER        BNC  10 PR | Roll Shop | DENMAN |
| 8024* | GRT-08 | 12.00-24 HERCULES GRADER        BNC  12 PR | Roll Shop | DENMAN |
|  | GRT-19 | 12.00-24 HERCULES ROAD GRADER    BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-45 | 12.00-24 JFM GRADER E2-G2    BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-19 | 12.00-24 JFM GRADER L2 75 PSI    BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-06 | 12.00-24 ROAD GRADER E2-G2    BNC  8 PR | Roll Shop | DENMAN |
|  | GRT-08 | 12.00-24 ROAD GRADER E2-G2    BNC  12 PR | Roll Shop | DENMAN |
|  | GRT-45 | 12.00-24 ROAD GRADER E2-G2    BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-19 | 12.00-24 ROAD GRADER L2        BNT  12 PR | Roll Shop | DENMAN |
|  | GRT-06 | 12.00-24 TEMCO ROAD GRADER        BNC  8 PR | Roll Shop | DENMAN |

*Each Mold shall include:  Mold, Spacers, Top and Bottom Bead Rings, Sidewall Plates, Mold Drawings, Tire Building Specifications and Tire Compounds/Recipes*

A-6

| Mold-S/N# | Item-# | Description | Location | Brand |
|---|---|---|---|---|
| | GRT-08 | 12.00-24 TEMCO ROAD GRADER BNC 12 PR | Roll Shop | DENMAN |
| | GRT-19 | 12.00-24 TEMCO ROAD GRADER BNT 12 PR | Roll Shop | DENMAN |
| P-1043* | GRT-12 | 13.00-24 ATD GRADER E2-G2 BNT 12 PR | Curing | DENMAN |
| | GRT-47 | 13.00-24 DENMAN GRADER E2-G2 BNT 14 PR | Curing | DENMAN |
| | GRT-55 | 13.00-24 DENMAN GRADER L2 BNT 16 PR | Curing | DENMAN |
| | GRT-47 | 13.00-24 FUJI GRADER E2-G2 BNT 14 PR | Curing | DENMAN |
| | GRT-12 | 13.00-24 HERCULES GRADER BNT 12 PR | Curing | DENMAN |
| | GRT-12 | 13.00-24 OMNI GRADER E2-G2 BNT 12 PR | Curing | DENMAN |
| | GRT-12 | 13.00-24 POWER KING BNT 12 PR | Curing | DENMAN |
| | GOV-56 | 13.00-24 ROAD GRADER E2-G2 BNC 12 PR | Curing | DENMAN |
| | GOV-58 | 13.00-24 ROAD GRADER E2-G2 BNT 10 PR | Curing | DENMAN |
| | GRT-12 | 13.00-24 ROAD GRADER E2-G2 BNT 12 PR | Curing | DENMAN |
| | GRT-12 | 13.00-24 TEMCO ROAD GRADER BNT 12 PR | Curing | DENMAN |
| P-1044* | GRT-07 | 14.00-24 ATD ROAD GRADER BNT 12 PR | Curing | DENMAN |
| | GRT-07 | 14.00-24 HERCULES GRADER E2-G2 BNT 12 PR | Curing | DENMAN |
| | GRT-04 | 14.00-24 HERCULES ROAD GRADER BNC 12 PR | Curing | DENMAN |
| | GRT-07 | 14.00-24 OMNI GRADER E2-G2 BNT 12 PR | Curing | DENMAN |
| | GRT-07 | 14.00-24 POWER KING BNT 12 PR | Curing | DENMAN |
| | GRT-07 | 14.00-24 ROAD GRADER E2-G2 BNT 12 PR | Curing | DENMAN |
| | GRT-10 | 14.00-24 ROAD GRADER E2-G2 BNT 16 PR | Curing | DENMAN |
| | GRT-07 | 14.00-24 SULLIVAN GRADER E2-G2 BNT 12 PR | Curing | DENMAN |
| | GRT-10 | 14.00-24 SULLIVAN GRADER E2-G2-L2 BNT 16 PR | Curing | DENMAN |
| | GRT-04 | 14.00-24 TEMCO ROAD GRADER BNC 12 PR | Curing | DENMAN |
| | GRT-07 | 14.00-24 TEMCO ROAD GRADER BNT 12 PR | Curing | DENMAN |
| | GRT-10 | 14.00-24 TEMCO ROAD GRADER BNT 16 PR | Curing | DENMAN |
| P-1101* | GRT-21 | 20.5-25 ATD EARTHMOVER TRAC BNT 12 PR | Curing | DENMAN |
| | GRT-21 | 20.5-25 EARTHMOVER TRACTION BNT 12 PR | Curing | DENMAN |
| | GRT-33 | 20.5-25 EARTHMOVER TRACTION BNT 16 PR | Curing | DENMAN |
| | GRT-21 | 20.5-25 HERCULES EARTHMOVER BNT 12 PR | Curing | DENMAN |
| | GRT-33 | 20.5-25 HERCULES EARTHMOVER BNT 16 PR | Curing | DENMAN |
| | GRT-33 | 20.5-25 OMNI EARTHMOVER TRAC BNT 16 PR | Curing | DENMAN |
| | GRT-21 | 20.5-25 OMNI EARTHMOVER TRAC. BNT 12 PR | Curing | DENMAN |
| | GRT-21 | 20.5-25 POWER KING BNT 12 PR | Curing | DENMAN |
| | GRT-21 | 20.5-25 TEMCO EARTHMOVER TRAC. BNT 12 PR | Curing | DENMAN |
| | GRT-33 | 20.5-25 TEMCO EARTHMOVER TRAC. BNT 16 PR | Curing | DENMAN |
| P-1287* | GRT-07 | 14.00-24 ROAD GRADER E2-G2 BNT 12 PR | Curing | DENMAN |
| | GRT-10 | 14.00-24 ROAD GRADER E2-G2 BNT 16 PR | Curing | DENMAN |
| P-1288* | GRT-07 | 14.00-24 ROAD GRADER E2-G2 BNT 12 PR | Curing | DENMAN |
| | GRT-10 | 14.00-24 ROAD GRADER E2-G2 BNT 16 PR | Curing | DENMAN |
| P-889* | GRT-21 | 20.5-25 ATD EARTHMOVER TRAC BNT 12 PR | Roll Shop | DENMAN |
| | GRT-34 | 20.5-25 EARTHMOVER TRACTION BNST 16 PR | Roll Shop | DENMAN |
| | GOV-65 | 20.5-25 EARTHMOVER TRACTION BNT 12 PR | Roll Shop | DENMAN |
| | GRT-21 | 20.5-25 EARTHMOVER TRACTION BNT 12 PR | Roll Shop | DENMAN |
| | GRT-33 | 20.5-25 EARTHMOVER TRACTION BNT 16 PR | Roll Shop | DENMAN |
| | GRT-21 | 20.5-25 HERCULES EARTHMOVER BNT 12 PR | Roll Shop | DENMAN |
| | GRT-33 | 20.5-25 HERCULES EARTHMOVER BNT 16 PR | Roll Shop | DENMAN |
| | GRT-21 | 20.5-25 POWER KING BNT 12 PR | Roll Shop | DENMAN |
| | GRT-35 | 20.5-25 ROAD GRADER BNT 20 PR | Roll Shop | DENMAN |
| | GRT-27 | 20.5-25 ROAD GRADER E2-G2-L2 BNST 12 PR | Roll Shop | DENMAN |
| | GRT-34 | 20.5-25 TEMCO EARTHMOVER TRAC. BNST 16 PR | Roll Shop | DENMAN |
| | GRT-21 | 20.5-25 TEMCO EARTHMOVER TRAC. BNT 12 PR | Roll Shop | DENMAN |
| | GRT-33 | 20.5-25 TEMCO EARTHMOVER TRAC. BNT 16 PR | Roll Shop | DENMAN |
| P-894* | GRT-07 | 14.00-24 ATD ROAD GRADER BNT 12 PR | Roll Shop | DENMAN |

*Each Mold shall include: Mold, Spacers, Top and Bottom Bead Rings, Sidewall Plates, Mold Drawings, Tire Building Specifications and Tire Compounds/Recipes

A-7

| Mold-S/N# | Item-# | Description | Location | Brand |
|---|---|---|---|---|
| | GRT-07 | 14.00-24 HERCULES GRADER E2-G2    BNT  12 PR | Roll Shop | DENMAN |
| | GRT-04 | 14.00-24 HERCULES ROAD GRADER    BNC  12 PR | Roll Shop | DENMAN |
| | GRT-07 | 14.00-24 OMNI GRADER E2-G2    BNT  12 PR | Roll Shop | DENMAN |
| | GRT-07 | 14.00-24 POWER KING    BNT  12 PR | Roll Shop | DENMAN |
| | GRT-04 | 14.00-24 ROAD GRADER E2-G2    BNC  12 PR | Roll Shop | DENMAN |
| | GRT-28 | 14.00-24 ROAD GRADER E2-G2    BNST 12 PR | Roll Shop | DENMAN |
| | GOV-61 | 14.00-24 ROAD GRADER E2-G2    BNT  12 PR | Roll Shop | DENMAN |
| | GOV-62 | 14.00-24 ROAD GRADER E2-G2    BNT  16 PR | Roll Shop | DENMAN |
| | GRT-14 | 14.00-24 ROAD GRADER E2-G2-L2    BNC  16 PR | Roll Shop | DENMAN |
| | GRT-29 | 14.00-24 ROAD GRADER E2-G2-L2    BNST 16 PR | Roll Shop | DENMAN |
| | GRT-07 | 14.00-24 SULLIVAN GRADER E2-G2    BNT  12 PR | Roll Shop | DENMAN |
| | GRT-10 | 14.00-24 SULLIVAN GRADER E2-G2-L2 BNT  16 PR | Roll Shop | DENMAN |
| | GRT-04 | 14.00-24 TEMCO ROAD GRADER    BNC  12 PR | Roll Shop | DENMAN |
| | GRT-28 | 14.00-24 TEMCO ROAD GRADER    BNST 12 PR | Roll Shop | DENMAN |
| | GRT-29 | 14.00-24 TEMCO ROAD GRADER    BNST 16 PR | Roll Shop | DENMAN |
| | GRT-07 | 14.00-24 TEMCO ROAD GRADER    BNT  12 PR | Roll Shop | DENMAN |
| | GRT-10 | 14.00-24 TEMCO ROAD GRADER    BNT  16 PR | Roll Shop | DENMAN |
| 7267* | **** | 14.00-24 PA. ROCK LUG LOGGER | Roll Shop | DENMAN |

## Rear Tractor R-4

| Mold-S/N# | Item-# | Description | Location | Brand |
|---|---|---|---|---|
| P-1008* | RTR-29 | 18.4-28 INDUSTRIAL TRACTOR    BNT  10 PR | Roll Shop | DENMAN |
| | RTR-29 | 18.4-28 DIRTY DAWG IND. TRAC.    BNT  10 PR | Roll Shop | DENMAN |
| P-1009* | RTR-28 | 18.4-24 INDUSTRIAL TRACTOR    BNT  10 PR | Roll Shop | DENMAN |
| | RTR-36 | 18.4-24 INDUSTRIAL TRACTOR    BNT  12 PR | Roll Shop | DENMAN |
| P-1093* | RTR-50 | 10.5/80-18 INDUSTRIAL TRACTOR    BNT  10 PR | Roll Shop | DENMAN |
| | RTR-51 | 10.5/80-18 INDUSTRIAL TRACTOR    BNT  12 PR | Roll Shop | DENMAN |
| P-1094* | RTR-53 | 12.5/80-18 INDUSTRIAL TRACTOR    BNT  12 PR | Curing | DENMAN |
| | RTR-54 | 12.5/80-18 INDUSTRIAL TRACTOR    BNT  14 PR | Curing | DENMAN |
| P-1234* | RTR-53 | 12.5/80-18 INDUSTRIAL TRACTOR    BNT  12 PR | Roll Shop | DENMAN |
| | RTR-54 | 12.5/80-18 INDUSTRIAL TRACTOR    BNT  14 PR | Roll Shop | DENMAN |
| P-1235* | RTR-23 | 19.5L-24 INDUSTRIAL TRACTOR    BNT  10 PR | Curing | DENMAN |
| | RTR-24 | 19.5L-24 INDUSTRIAL TRACTOR    BNT  12 PR | Curing | DENMAN |
| P-1243* | RTR-55 | 12.5/80-20 INDUSTRIAL TRACTOR    BNT  10 PR | Curing | DENMAN |
| P-638* | RTR-01 | 14.9-24 HARVEST KING    BNC  8 PR | Roll Shop | DENMAN |
| | RTR-01 | 14.9-24 INDUSTRIAL TRACTOR    BNC  8 PR | Roll Shop | DENMAN |
| | RTR-01 | 14.9-24 TEMCO IND. TRACTOR    BNC  8 PR | Roll Shop | DENMAN |
| | RTR-12 | 14.9-24 HERCULES IND TRACTOR    BNT  8 PR | Roll Shop | DENMAN |
| | RTR-12 | 14.9-24 INDUSTRIAL TRACTOR    BNT  8 PR | Roll Shop | DENMAN |
| | RTR-12 | 14.9-24 TEMCO IND. TRACTOR    BNT  8 PR | Roll Shop | DENMAN |
| P-715* | RTR-14 | 13.6-28 FARM REAR    BNC  6 PR | Roll Shop | DENMAN |
| P-732* | RTR-03 | 16.9-24 HARVEST KING    BNC 10 PR | Roll Shop | DENMAN |
| | RTR-03 | 16.9-24 INDUSTRIAL TRACTOR    BNC  10 PR | Roll Shop | DENMAN |
| | RTR-03 | 16.9-24 TEMCO IND. TRACTOR    BNC  10 PR | Roll Shop | DENMAN |
| | RTR-04 | 16.9-24 HARVEST KING    BNC  8 PR | Roll Shop | DENMAN |
| | RTR-04 | 16.9-24 INDUSTRIAL TRACTOR    BNC  8 PR | Roll Shop | DENMAN |
| | RTR-04 | 16.9-24 TEMCO IND. TRACTOR    BNC  8 PR | Roll Shop | DENMAN |
| | RTR-08 | 16.9-24 HARVEST KING    BNT  8 PR | Roll Shop | DENMAN |
| | RTR-08 | 16.9-24 HERCULES IND TRACTOR    BNT  8 PR | Roll Shop | DENMAN |
| | RTR-08 | 16.9-24 INDUSTRIAL TRACTOR    BNT  8 PR | Roll Shop | DENMAN |
| | RTR-08 | 16.9-24 TEMCO IND. TRACTOR    BNT  8 PR | Roll Shop | DENMAN |
| | RTR-16 | 16.9-24 HARVEST KING    BNT  10 PR | Roll Shop | DENMAN |
| | RTR-16 | 16.9-24 TEMCO IND. TRACTOR    BNT  10 PR | Roll Shop | DENMAN |

*Each Mold shall include:  Mold, Spacers, Top and Bottom Bead Rings, Sidewall Plates, Mold Drawings, Tire Building Specifications and Tire Compounds/Recipes*

A-8

| Mold-S/N# | Item-# | Description | | Location | Brand |
|-----------|--------|-------------|--|----------|-------|
| | RTR-17 | 16.9-24 TEMCO IND. TRACTOR | BNSC 10 PR | Roll Shop | DENMAN |
| | RTR-18 | 16.9-24 TEMCO IND. TRACTOR | BNST 10 PR | Roll Shop | DENMAN |
| P-767* | RTR-06 | 16.9-28 HARVEST KING | BNC  8 PR | Roll Shop | DENMAN |
| | RTR-06 | 16.9-28 INDUSTRIAL TRACTOR | BNC  8 PR | Roll Shop | DENMAN |
| | RTR-06 | 16.9-28 TEMCO IND. TRACTOR | BNC  8 PR | Roll Shop | DENMAN |
| | RTR-11 | 16.9-28 HARVEST KING | BNT  8 PR | Roll Shop | DENMAN |
| | RTR-11 | 16.9-28 INDUSTRIAL TRACTOR | BNT  8 PR | Roll Shop | DENMAN |
| | RTR-11 | 16.9-28 TEMCO IND. TRACTOR | BNT  8 PR | Roll Shop | DENMAN |
| | RTR-13 | 16.9-28 TEMCO IND. TRACTOR | BNT 10 PR | Roll Shop | DENMAN |
| P-895* | RTR-20 | 17.5L-24 INDUSTRIAL TRACTOR | BNT  8 PR | Curing | DENMAN |
| | RTR-20 | 17.5L-24 OMNI IND. TRACTOR | BNT  8 PR | Curing | DENMAN |
| | RTR-31 | 17.5L-24 INDUSTRIAL TRACTOR | BNT 10 PR | Curing | DENMAN |
| | RTR-31 | 17.5L-24 OMNI IND. TRACTOR | BNT 10 PR | Curing | DENMAN |
| P-896* | RTR-20 | 17.5L-24 INDUSTRIAL TRACTOR | BNT  8 PR | Curing | DENMAN |
| | RTR-20 | 17.5L-24 OMNI IND. TRACTOR | BNT  8 PR | Curing | DENMAN |
| | RTR-31 | 17.5L-24 INDUSTRIAL TRACTOR | BNT 10 PR | Curing | DENMAN |
| | RTR-31 | 17.5L-24 OMNI IND. TRACTOR | BNT 10 PR | Curing | DENMAN |
| | RTR-31 | 17.5L-24 DIRTY DAWG IND. TRAC. | BNT 10 PR | Curing | DENMAN |
| P-897* | RTR-21 | 14.9-24 INDUSTRIAL TRACTOR | BNT  8 PR | Curing | DENMAN |
| | RTR-21 | 14.9-24 DIRTY DAWG IND. TRAC. | BNT  8 PR | Curing | DENMAN |
| P-898* | RTR-22 | 16.9-24 INDUSTRIAL TRACTOR | BNT  8 PR | Curing | DENMAN |
| | RTR-22 | 16.9-24 OMNI IND. TRACTOR | BNT  8 PR | Curing | DENMAN |
| | RTR-30 | 16.9-24 INDUSTRIAL TRACTOR | BNT 10 PR | Curing | DENMAN |
| | RTR-30 | 16.9-24 OMNI IND. TRACTOR | BNT 10 PR | Curing | DENMAN |
| | RTR-30 | 16.9-24 DIRTY DAWG IND. TRAC. | BNT 10 PR | Curing | DENMAN |
| | RTR-35 | 16.9-24 INDUSTRIAL TRACTOR | BNT 12 PR | Curing | DENMAN |
| P-899* | RTR-23 | 19.5L-24 INDUSTRIAL TRACTOR | BNT 10 PR | Curing | DENMAN |
| | RTR-24 | 19.5L-24 INDUSTRIAL TRACTOR | BNT 12 PR | Curing | DENMAN |
| P-907* | RTR-25 | 21L-24 INDUSTRIAL TRACTOR | BNT 12 PR | Curing | DENMAN |
| | RTR-25 | 21L-24 OMNI IND. TRACTOR | BNT 12 PR | Curing | DENMAN |
| | RTR-25 | 21L-24 DIRTY DAWG IND. TRAC. | BNT 12 PR | Curing | DENMAN |
| P-908* | RTR-26 | 16.9-28 INDUSTRIAL TRACTOR | BNT 10 PR | Curing | DENMAN |
| | RTR-26 | 16.9-28 DIRTY DAWG IND. TRAC. | BNT 10 PR | Curing | DENMAN |
| | RTR-27 | 16.9-28 INDUSTRIAL TRACTOR | BNT  8 PR | Curing | DENMAN |
| | RTR-27 | 16.9-28 OMNI IND. TRACTOR | BNT  8 PR | Curing | DENMAN |
| P-955* | RTR-23 | 19.5L-24 INDUSTRIAL TRACTOR | BNT 10 PR | Curing | DENMAN |
| | RTR-23 | 19.5L-24 OMNI IND. TRACTOR | BNT 10 PR | Curing | DENMAN |
| | RTR-24 | 19.5L-24 INDUSTRIAL TRACTOR | BNT 12 PR | Curing | DENMAN |
| | RTR-24 | 19.5L-24 OMNI IND. TRACTOR | BNT 12 PR | Curing | DENMAN |
| | RTR-24 | 19.5L-24 DIRTY DAWG IND. TRAC. | BNT 12 PR | Curing | DENMAN |
| P-968* | RTR-22 | 16.9-24 INDUSTRIAL TRACTOR | BNT  8 PR | Roll Shop | DENMAN |
| | RTR-22 | 16.9-24 OMNI IND. TRACTOR | BNT  8 PR | Roll Shop | DENMAN |
| | RTR-30 | 16.9-24 INDUSTRIAL TRACTOR | BNT 10 PR | Roll Shop | DENMAN |
| | RTR-30 | 16.9-24 OMNI IND. TRACTOR | BNT 10 PR | Roll Shop | DENMAN |
| | RTR-35 | 16.9-24 INDUSTRIAL TRACTOR | BNT 12 PR | Roll Shop | DENMAN |

## Rear Tractor R-3

| Mold-S/N# | Item-# | Description | | Location | Brand |
|-----------|--------|-------------|--|----------|-------|
| P-1006* | RTS-04 | 13.6-28 REAR TRACTOR R-3 | BNT  6 PR | Roll Shop | DENMAN |
| | RTS-03 | 16.9-24 REAR TRACTOR R-3 | BNT  6 PR | Roll Shop | DENMAN |
| | RTS-09 | 16.9-24 REAR TRACTOR R-3 | BNT 10 PR | Roll Shop | DENMAN |
| P-1027* | RTS-07 | 18.4-26 REAR TRACTOR R-3 | BNT  6 PR | Roll Shop | DENMAN |
| | RTS-10 | 18.4-26 REAR TRACTOR R-3 | BNT 12 PR | Roll Shop | DENMAN |

*Each Mold shall include:  Mold, Spacers, Top and Bottom Bead Rings, Sidewall Plates, Mold Drawings, Tire Building Specifications and Tire Compounds/Recipes

A-9

| Mold-S/N# | Item-# | Description | | Location | Brand |
|---|---|---|---|---|---|
| P-1033* | RTS-06 | 12.4-28 REAR TRACTOR R-3 | BNT  4 PR | Roll Shop | DENMAN |
| P-1034* | RTS-05 | 14.9-24 REAR TRACTOR R-3 | BNT  6 PR | Curing | DENMAN |
| P-980* | RTS-01 | 13.6-16 REAR TRACTOR R-3 | BNT  6 PR | Roll Shop | DENMAN |
| P-981* | RTS-02 | 18.4-16.1 REAR TRACTOR R-3 | BNT  6 PR | Curing | DENMAN |

## Industrial

| | | | | | |
|---|---|---|---|---|---|
| 1409* | IL-61 | 11.00-18 N.D.C.C. | BNT 12 PR | Roll Shop | DENMAN |
| | IL-63 | 11.00-18 N.D.C.C. | BNC 10 PR | Roll Shop | DENMAN |
| MD-0738* | IND-50 | 7.50-15 DENMAN COMPACTOR | BNC  6 PR | Curing | DENMAN |
| | IND-51 | 7.50-15 DENMAN COMPACTOR | BNT  6 PR | Curing | DENMAN |
| | IND-52 | 7.50-15 DENMAN COMPACTOR | BNC 12 PR | Curing | DENMAN |
| | IND-53 | 7.50-15 DENMAN COMPACTOR | BNC 14 PR | Curing | DENMAN |
| P-1127* | DTL-25 | 18 X 7-8 INDUSTRIAL LUG | BNC 16 PR | Curing | DENMAN |
| P-1129* | DTL-27 | 28 X 9-15 INDUSTRIAL LUG | BNC 12 PR | Curing | DENMAN |
| | DTL-28 | 28 X 9-15 INDUSTRIAL LUG | BNC 14 PR | Curing | DENMAN |
| P-211* | IND-01 | 6.90-9 INDUSTRIAL HWY | BNC 10 PR | Curing | DENMAN |
| | IND-02 | 6.90-9 INDUSTRIAL HWY | BNC  6 PR | Curing | DENMAN |
| | TR-58 | 6.90-9 TEMCO BOAT TRAILER | BNT  6 PR | Curing | DENMAN |
| | TR-59 | 6.90-9 DENMAN BOAT TRAILER | BNC  6 PR | Curing | DENMAN |
| | TR-59 | 6.90-9 TEMCO BOAT TRAILER | BNC  6 PR | Curing | DENMAN |
| | TR-60 | 6.90-9 DENMAN BOAT TRAILER | BNC 10 PR | Curing | DENMAN |
| | TR-60 | 6.90-9 TEMCO BOAT TRAILER | BNC 10 PR | Curing | DENMAN |
| P-212* | IND-01 | 6.90-9 INDUSTRIAL HWY | BNC 10 PR | Curing | DENMAN |
| | IND-02 | 6.90-9 INDUSTRIAL HWY | BNC  6 PR | Curing | DENMAN |
| P-241* | GOV-24 | 6.50-10 INDUSTRIAL HIGHWAY | BNC 10 PR | Curing | DENMAN |
| | IND-09 | 6.50-10 INDUSTRIAL HWY | BNC  6 PR | Curing | DENMAN |
| | IND-09 | 650-10 B.F. GOODRICH INDUSTRIAL | BNC  6 PR | Curing | DENMAN |
| | IND-10 | 6.50-10 INDUSTRIAL HWY | BNC 10 PR | Curing | DENMAN |
| | IND-11 | 6.50-10 INDUSTRIAL HWY | BNC 10 PR | Curing | DENMAN |
| | TR-61 | 6.50-10 DENMAN BOAT TRAILER | BNC  6 PR | Curing | DENMAN |
| | TR-61 | 6.50-10 TEMCO BOAT TRAILER | BNC  6 PR | Curing | DENMAN |
| | TR-62 | 6.50-10 DENMAN BOAT TRAILER | BNC 10 PR | Curing | DENMAN |
| | TR-62 | 6.50-10 TEMCO BOAT TRAILER | BNC 10 PR | Curing | DENMAN |
| | TR-63 | 6.50-10 TEMCO BOAT TRAILER | BNC 10 PR | Curing | DENMAN |
| P-242* | GOV-24 | 6.50-10 INDUSTRIAL HIGHWAY | BNC 10 PR | Curing | DENMAN |
| | IND-09 | 6.50-10 INDUSTRIAL HWY | BNC  6 PR | Curing | DENMAN |
| | IND-09 | 650-10 B.F. GOODRICH INDUSTRIAL | BNC  6 PR | Curing | DENMAN |
| | IND-10 | 6.50-10 INDUSTRIAL HWY | BNC 10 PR | Curing | DENMAN |
| | IND-11 | 6.50-10 INDUSTRIAL HWY | BNC 10 PR | Curing | DENMAN |
| | TR-61 | 6.50-10 DENMAN BOAT TRAILER | BNC  6 PR | Curing | DENMAN |
| | TR-61 | 6.50-10 TEMCO BOAT TRAILER | BNC  6 PR | Curing | DENMAN |
| | TR-62 | 6.50-10 DENMAN BOAT TRAILER | BNC 10 PR | Curing | DENMAN |
| | TR-62 | 6.50-10 TEMCO BOAT TRAILER | BNC 10 PR | Curing | DENMAN |
| | TR-63 | 6.50-10 TEMCO BOAT TRAILER | BNC 10 PR | Curing | DENMAN |
| P-244* | GOV-54 | 7.50-10 INDUSTRIAL ZZ-T-410E | BNC 14 PR | Curing | DENMAN |
| | IND-12 | 7.50-10 INDUSTRIAL HWY | BNC 12 PR | Curing | DENMAN |
| | IND-15 | 7.50-10 INDUSTRIAL HIGHWAY | BNC  6 PR | Curing | DENMAN |
| | IND-17 | 7.50-10 INDUSTRIAL HWY | BNC 10 PR | Curing | DENMAN |
| | TR-64 | 7.50-10 DENMAN BOAT TRAILER | BNC 10 PR | Curing | DENMAN |
| | TR-64 | 7.50-10 TEMCO BOAT TRAILER | BNC 10 PR | Curing | DENMAN |
| | TR-65 | 7.50-10 TEMCO BOAT TRAILER | BNC 12 PR | Curing | DENMAN |
| | TR-92 | 9.00-10 TEMCO TRAILER | BNC 10 PR | Curing | DENMAN |

*Each Mold shall include:  Mold, Spacers, Top and Bottom Bead Rings, Sidewall Plates, Mold Drawings, Tire Building Specifications and Tire Compounds/Recipes*

A-10

| Mold-S/N# | Item-# | Description | Location | Brand |
|---|---|---|---|---|
| P-245* | GOV-54 | 7.50-10 INDUSTRIAL ZZ-T-410E    BNC 14 PR | Curing | DENMAN |
| | IND-12 | 7.50-10 INDUSTRIAL HWY         BNC 12 PR | Curing | DENMAN |
| P-306* | TR-40 | H78-15 DENMAN SPECIAL TRAILER    BNT 6 PR | Roll Shop | DENMAN |
| | TR-99 | F78-15 DENMAN SPECIAL TRAILER    BNT 6 PR | Roll Shop | DENMAN |
| P-309* | GOV-21 | 7.50-10 RIB IMPLEMENT          BNC 6 PR | Curing | DENMAN |
| | GOV-30 | 7.50-10 RIB IMPLEMENT          BNC 12 PR | Curing | DENMAN |
| | IMP-10 | 7.50-10 TEMCO INDUSTRIAL RIB    BNC 12 PR | Curing | DENMAN |
| | IMP-72 | 7.50-10 RIB IMPLEMENT          BNC 6 PR | Curing | DENMAN |
| | IMP-72 | 7.50-10 TEMCO RIB IMPLEMENT     BNC 6 PR | Curing | DENMAN |
| | IMP-73 | 7.50-10 INDUSTRIAL RIB        BNC 10 PR | Curing | DENMAN |
| | IMP-73 | 7.50-10 TEMCO INDUSTRIAL RIB    BNC 10 PR | Curing | DENMAN |
| | IMP-75 | 7.50-10 TEMCO INDUSTRIAL RIB    BNC 10 PR | Curing | DENMAN |
| | IMP-75 | 7.50-10 TEMCO INDUSTRIAL RIB    BNC 16 PR | Curing | DENMAN |
| P-369* | GOV-57 | 7.50-10 INDUSTRIAL NHS       BNSC 12 PR | Curing | DENMAN |
| | IL-03 | 7.50-10 GATEWAY LUG          BNC 10 PR | Curing | DENMAN |
| | IL-03 | 7.50-10 INDUSTRIAL LUG        BNC 10 PR | Curing | DENMAN |
| | IL-13 | 7.50-10 GATEWAY LUG          BNC 12 PR | Curing | DENMAN |
| | IL-13 | 7.50-10 INDUSTRIAL LUG        BNC 12 PR | Curing | DENMAN |
| | IL-14 | 7.50-10 INDUSTRIAL LUG        BNSC 12 PR | Curing | DENMAN |
| | IL-14 | 7.50-10 INDUSTRIAL LUG        BNSC 12 PR | Curing | DENMAN |
| | IL-44 | 7.50-10 INDUSTRIAL MINE LUG     BNC 16 PR | Curing | DENMAN |
| | IL-44 | 750-10 GATEWAY MINE LUG       BNC 16 PR | Curing | DENMAN |
| | IL-44 | 750-10 MINER'S CHOICE LUG      BNC 16 PR | Curing | DENMAN |
| | IL-44 | 750-10 TEMCO INDUSTRIAL LUG     BNC 16 PR | Curing | DENMAN |
| | IL-44 | 750-10 WILDCAT MINE LUG       BNC 16 PR | Curing | DENMAN |
| P-370* | GOV-04 | 7.00-15 DENMAN ROCK LUG       BNC 12 PR | Roll Shop | DENMAN |
| | GOV-38 | 7.50-15 INDUSTRIAL LUG        BNC 10 PR | Roll Shop | DENMAN |
| | GOV-47 | 7.50-15 INDUSTRIAL LUG        BNC 10 PR | Roll Shop | DENMAN |
| | IL-07 | 7.50-15 GATEWAY LUG          BNC 10 PR | Roll Shop | DENMAN |
| | IL-07 | 7.50-15 INDUSTRIAL LUG        BNC 10 PR | Roll Shop | DENMAN |
| | IL-10 | 7.50-15 INDUSTRIAL LUG        BNSC 10 PR | Roll Shop | DENMAN |
| | IL-10 | 7.50-15 INDUSTRIAL LUG        BNSC 10 PR | Roll Shop | DENMAN |
| | IL-17 | 7.50-15 GATEWAY LUG          BNC 12 PR | Roll Shop | DENMAN |
| | IL-17 | 7.50-15 INDUSTRIAL LUG        BNC 12 PR | Roll Shop | DENMAN |
| | IL-17 | 7.50-15 IRON MAN LUG         BNC 12 PR | Roll Shop | DENMAN |
| | IL-18 | 7.50-15 INDUSTRIAL LUG        BNSC 12 PR | Roll Shop | DENMAN |
| | IL-18 | 7.50-15 TEMCO INDUSTRIAL LUG    BNSC 12 PR | Roll Shop | DENMAN |
| P-373* | GOV-02 | 8.25-15 DENMAN ROCK LUG       BNC 12 PR | Curing | DENMAN |
| | GOV-39 | 8.25-15 INDUSTRIAL LUG        BNSC 12 PR | Curing | DENMAN |
| | IL-09 | 8.25-15 GATEWAY LUG          BNC 12 PR | Curing | DENMAN |
| | IL-09 | 8.25-15 INDUSTRIAL LUG        BNC 12 PR | Curing | DENMAN |
| | IL-09 | 8.25-15 IRON MAN LUG         BNC 12 PR | Curing | DENMAN |
| | IL-21 | 8.25-15 INDUSTRIAL LUG        BNSC 12 PR | Curing | DENMAN |
| | IL-21 | 8.25-15 TEMCO INDUSTRIAL LUG    BNSC 12 PR | Curing | DENMAN |
| | IL-21 | 825-15 GATEWAY LUG          BNSC 12 PR | Curing | DENMAN |
| | IL-53 | 8.25-15 TEMCO INDUSTRIAL LUG    BNSC 12 PR | Curing | DENMAN |
| P-374* | IL-15 | 7.00-15 GATEWAY LUG          BNC 12 PR | Curing | DENMAN |
| | IL-15 | 7.00-15 INDUSTRIAL LUG        BNC 12 PR | Curing | DENMAN |
| | IL-15 | 7.00-15 TEMCO INDUSTRIAL LUG    BNC 12 PR | Curing | DENMAN |
| | IL-16 | 7.00-15 INDUSTRIAL LUG        BNSC 12 PR | Curing | DENMAN |
| | IL-16 | 7.00-15 TEMCO INDUSTRIAL LUG    BNSC 12 PR | Curing | DENMAN |
| P-375* | GOV-66 | 6.90-9 INDUSTRIAL LUG        BNSC 10 PR | Curing | DENMAN |
| | GOV-67 | 6.90-9 INDUSTRIAL LUG        BNC 10 PR | Curing | DENMAN |

*Each Mold shall include: Mold, Spacers, Top and Bottom Bead Rings, Sidewall Plates, Mold Drawings, Tire Building Specifications and Tire Compounds/Recipes*

A-11

10-40855-kw    Doc 50    FILED 04/27/10    ENTERED 04/27/10 15:33:48    Page 34 of 100

| Mold-S/N# | Item-# | Description | Location | Brand |
|---|---|---|---|---|
| | IL-01 | 6.90-9 GATEWAY LUG          BNC  10 PR | Curing | DENMAN |
| | IL-01 | 6.90-9 INDUSTRIAL LUG       BNC  10 PR | Curing | DENMAN |
| | IL-04 | 6.90-9 INDUSTRIAL LUG       BNSC 10 PR | Curing | DENMAN |
| | IL-04 | 6.90-9 INDUSTRIAL LUG       BNSC 10 PR | Curing | DENMAN |
| | IL-04 | 6.90-9 TEMCO INDUSTRIAL LUG      BNSC 10 PR | Curing | DENMAN |
| | IL-50 | 6.90-9 TEMCO INDUSTRIAL LUG      BNSC 12 PR | Curing | DENMAN |
| P-435* | DTL-64 | 14-17.5 GROUND HAWG NHS      BNT  10 PR | Roll Shop | DENMAN |
| | IL-36 | 14-17.5 GROUND HAWG NHS      BNT  14 PR | Roll Shop | DENMAN |
| | IL-64 | 14-17.5 GROUND HAWG NHS      BNT  10 PR | Roll Shop | DENMAN |
| P-465* | IL-36 | 14-17.5 GROUND HAWG NHS      BNT  14 PR | Roll Shop | DENMAN |
| | IL-64 | 14-17.5 GROUND HAWG NHS      BNT  10 PR | Roll Shop | DENMAN |
| P-477* | DTL-64 | 14-17.5 GROUND HAWG NHS      BNT  10 PR | Roll Shop | DENMAN |
| | IL-36 | 14-17.5 GROUND HAWG NHS      BNT  14 PR | Roll Shop | DENMAN |
| | IL-64 | 14-17.5 GROUND HAWG TRAILER      BNT  10 PR | Roll Shop | DENMAN |
| | TR-92 | 9.00-10 TEMCO TRAILER        BNC  10 PR | Roll Shop | DENMAN |
| P-504* | IL-28 | 7.50-16 DENMAN ARMORED LUG      BNC  10 PR | Curing | DENMAN |
| | IL-28 | 750-16 MITCO SOLVER          BNC  10 PR | Curing | DENMAN |
| | IL-68 | 7.50-16 DENMAN ARMORED LUG      BNT  10 PR | Curing | DENMAN |
| | IL-69 | 7.50-16 DENMAN ARMORED LUG      BNST 10 PR | Curing | DENMAN |
| | MCO-32 | 7.50-16 MITCO ARMORED LUG      BNC  10 PR | Curing | DENMAN |
| P-506* | IL-36 | 14-17.5 GROUND HAWG NHS      BNT  14 PR | Roll Shop | DENMAN |
| | IL-64 | 14-17.5 GROUND HAWG NHS      BNT  10 PR | Roll Shop | DENMAN |
| P-522* | GOV-30 | 7.50-10 RIB IMPLEMENT        BNC  12 PR | Curing | DENMAN |
| | IMP-10 | 7.50-10 TEMCO INDUSTRIAL RIB      BNC  12 PR | Curing | DENMAN |
| | IMP-72 | 7.50-10 RIB IMPLEMENT        BNC   6 PR | Curing | DENMAN |
| | IMP-72 | 7.50-10 TEMCO RIB IMPLEMENT      BNC   6 PR | Curing | DENMAN |
| | IMP-73 | 7.50-10 TEMCO INDUSTRIAL RIB      BNC  10 PR | Curing | DENMAN |
| | IMP-75 | 7.50-10 TEMCO INDUSTRIAL RIB      BNC  10 PR | Curing | DENMAN |
| | IMP-75 | 7.50-10 TEMCO INDUSTRIAL RIB      BNC  16 PR | Curing | DENMAN |
| P-588* | DUN-07 | 8.15-15 DUNLOP IND. POWER LIFTER BNC 12 PR | Roll Shop | DENMAN |
| P-611* | GOV-10 | 6.90-9 INDUSTRIAL RIB        BNC   6 PR | Curing | DENMAN |
| | GOV-12 | 6.90-9 INDUSTRIAL RIB        BNC  10 PR | Curing | DENMAN |
| | GOV-37 | 6.90-9 INDUSTRIAL RIB        BNC   8 PR | Curing | DENMAN |
| | GOV-48 | 6.90-9 INDUSTRIAL RIB        BNC   6 PR | Curing | DENMAN |
| P-612* | GOV-10 | 6.90-9 INDUSTRIAL RIB        BNC   6 PR | Curing | DENMAN |
| | GOV-12 | 6.90-9 INDUSTRIAL RIB        BNC  10 PR | Curing | DENMAN |
| | GOV-37 | 6.90-9 INDUSTRIAL RIB        BNC   8 PR | Curing | DENMAN |
| | GOV-48 | 6.90-9 INDUSTRIAL RIB        BNC   6 PR | Curing | DENMAN |
| P-768* | IND-70 | 6.00-16 TRAK SERVICE         BNT  10 PR | Curing | DENMAN |
| P-829* | GOV-22 | 6.90-9 NDT                   BNSC 10 PR | Curing | DENMAN |
| | GOV-49 | 6.90-9 INDUSTRIAL NDT        BNT   6 PR | Curing | DENMAN |
| P-926* | DTL-04 | 7.50-10 INDUSTRIAL LUG       BNC  12 PR | Curing | DENMAN |
| P-928* | DTL-06 | 7.00-15 INDUSTRIAL LUG       BNC  12 PR | Curing | DENMAN |
| P-929* | DTL-07 | 7.50-15 INDUSTRIAL LUG       BNC  12 PR | Curing | DENMAN |
| P-930* | DTL-08 | 8.25-15 INDUSTRIAL LUG       BNC  12 PR | Curing | DENMAN |
| | DTL-08 | 8.25-15 OMNI INDUSTRIAL LUG      BNC  12 PR | Curing | DENMAN |
| | GOV-39 | 8.25-15 INDUSTRIAL LUG       BNSC 12 PR | Curing | DENMAN |
| P-935* | DTL-01 | 5.00-8 INDUSTRIAL LUG        BNC   8 PR | Curing | DENMAN |
| P-1131* | **** | 9.00-20 DEN IND. LUG NHS | Roll Shop | DENMAN |
| P-1132* | **** | 10.00-20 NHS MONO-TREAD IND: LUG | Roll Shop | DENMAN |
| P-1198* | **** | 12.00-20 INDUSTRIAL LUG NHS | Roll Shop | DENMAN |
| P-585* | **** | 6.00-9 DUNLOP POWER LIFTER | Roll Shop | DENMAN |
| P-586* | **** | 7.00-12 DUNLOP POWER LIFTER | Roll Shop | DENMAN |

* Each Mold shall include:  Mold, Spacers, Top and Bottom Bead Rings, Sidewall Plates, Mold Drawings, Tire Building Specifications and Tire Compounds/Recipes

| Mold-S/N# | Item-# | Description | Location | Brand |
|---|---|---|---|---|
| P-587* | **** | 7.00-15 DUNLOP POWER LIFTER | Roll Shop | DENMAN |

## Skid Steer

| Mold-S/N# | Item-# | Description | Location | Brand |
|---|---|---|---|---|
| P-1026* | SKD-13 | 14-17.5 OMNI SKID STEER PLUS     BNT  10 PR | Curing | DENMAN |
|  | SKD-13 | 14-17.5 SKID STEER PLUS          BNT  10 PR | Curing | DENMAN |
|  | SKD-13 | 14-17.5 BIG DAWG SKID STEER       BNT  10 PR | Curing | DENMAN |
|  | SKD-14 | 14-17.5 SKID STEER PLUS          BNT  14 PR | Curing | DENMAN |
|  | SKD-14 | 14-17.5 BIG DAWG SKID STEER      BNT  14 PR | Curing | DENMAN |
| P-1035* | SKD-16 | 12-16.5 OMNI SKID STEER PLUS      BNT  10 PR | Curing | DENMAN |
|  | SKD-16 | 12-16.5 SKID STEER PLUS          BNT  10 PR | Curing | DENMAN |
|  | SKD-23 | 12-16.5 SKID STEER PLUS          BNT  12 PR | Curing | DENMAN |
| P-1036* | SKD-15 | 10-16.5 OMNI SKID STEER PLUS      BNT  8 PR | Curing | DENMAN |
|  | SKD-15 | 10-16.5 SKID STEER PLUS          BNT  8 PR | Curing | DENMAN |
|  | SKD-22 | 10-16.5 SKID STEER PLUS          BNT  10 PR | Curing | DENMAN |
| P-1037* | SKD-06 | 15-19.5 SKID STEER LOADER         BNT  8 PR | Curing | DENMAN |
|  | SKD-07 | 15-19.5 SKID STEER LOADER         BNT  12 PR | Curing | DENMAN |
|  | SKD-11 | 15-19.5 SKID STEER LOADER         BNST 12 PR | Curing | DENMAN |
|  | SKD-12 | 15-19.5 SKID STEER LOADER         BNT  14 PR | Curing | DENMAN |
|  | SKD-24 | 15-19.5 SKID STEER PLUS          BNT  8 PR | Curing | DENMAN |
|  | SKD-25 | 15-19.5 SKID STEER PLUS          BNT  12 PR | Curing | DENMAN |
|  | SKD-26 | 15-19.5 SKID STEER PLUS          BNT  14 PR | Curing | DENMAN |
| P-1115* | SKD-32 | 12-16.5 PREMIUM SKID TRAX         BNT  12 PR | Curing | DENMAN |
| P-1116* | SKD-30 | 10-16.5 PREMIUM SKID TRAX         BNT  10 PR | Roll Shop | DENMAN |
| P-1190* | SKD-35 | 33 X 15.50-16.5 SKID STEER PLUS  BNT  12 PR | Roll Shop | DENMAN |
| P-1191* | SKD-34 | 25 X 8.50-14 SKID STEER LOADER   BNT  6 PR | Curing | DENMAN |
|  | SKD-34 | 25 X 8.50-14 BIG DAWG SKID STEER  BNT  6 PR | Curing | DENMAN |
| P-1192* | SKD-33 | 31 X 15.50-15 SKID STEER PLUS    BNT  8 PR | Curing | DENMAN |
| P-1230* | RSK-50R | 12R-16.5 PREMIUM RAD SKID TRAX   BNST 10 PR | Curing | DENMAN |
| P-1231* | RSK-40R | 10R-16.5 PREMIUM RAD SKID TRAX   BNST  8 PR | Curing | DENMAN |
| P-852* | IL-40 | 15-19.5 TEMCO LOADER             BNT  8 PR | Roll Shop | DENMAN |
|  | IL-41 | 15-19.5 TEMCO LOADER             BNT  12 PR | Roll Shop | DENMAN |
|  | IL-42 | 15-19.5 TEMCO LOADER             BNST  8 PR | Roll Shop | DENMAN |
|  | IL-43 | 15-19.5 TEMCO LOADER             BNST 12 PR | Roll Shop | DENMAN |
|  | IL-65 | 15-19.5 LOADER                   BNT  14 PR | Roll Shop | DENMAN |
|  | SKD-06 | 15-19.5 SKID STEER LOADER         BNT  8 PR | Roll Shop | DENMAN |
|  | SKD-07 | 15-19.5 SKID STEER LOADER         BNT  12 PR | Roll Shop | DENMAN |
|  | SKD-10 | 15-19.5 SKID STEER LOADER         BNT  12 PR | Roll Shop | DENMAN |
|  | SKD-11 | 15-19.5 SKID STEER LOADER         BNST 12 PR | Roll Shop | DENMAN |
|  | SKD-12 | 15-19.5 SKID STEER LOADER         BNT  14 PR | Roll Shop | DENMAN |
| P-901* | SKD-04 | 10-16.5 OMNI SKID STEER          BNT  6 PR | Curing | DENMAN |
|  | SKD-04 | 10-16.5 SKID STEER LOADER         BNT  6 PR | Curing | DENMAN |
|  | SKD-04 | 10-16.5 SKID STEER LOADER         BNT  6 PR | Curing | DENMAN |
|  | SKD-08 | 10-16.5 SKID STEER LOADER         BNST 6 PR | Curing | DENMAN |
| P-902* | SKD-04 | 10-16.5 OMNI SKID STEER          BNT  6 PR | Curing | DENMAN |
|  | SKD-04 | 10-16.5 SKID STEER LOADER         BNT  6 PR | Curing | DENMAN |
|  | SKD-04 | 10-16.5 SKID STEER LOADER         BNT  6 PR | Curing | DENMAN |
|  | SKD-08 | 10-16.5 SKID STEER LOADER         BNST 6 PR | Curing | DENMAN |
| P-903* | SKD-05 | 12-16.5 OMNI SKID STEER          BNT  8 PR | Curing | DENMAN |
|  | SKD-05 | 12-16.5 SKID STEER LOADER         BNT  8 PR | Curing | DENMAN |
|  | SKD-09 | 12-16.5 SKID STEER LOADER         BNST 8 PR | Curing | DENMAN |
| P-904* | SKD-05 | 12-16.5 OMNI SKID STEER          BNT  8 PR | Curing | DENMAN |
|  | SKD-05 | 12-16.5 SKID STEER LOADER         BNT  8 PR | Curing | DENMAN |

*Each Mold shall include:  Mold, Spacers, Top and Bottom Bead Rings, Sidewall Plates, Mold Drawings, Tire Building Specifications and Tire Compounds/Recipes*

A-13

| Mold-S/N# | Item-# | Description | | Location | Brand |
|---|---|---|---|---|---|
| | SKD-09 | 12-16.5 SKID STEER LOADER | BNST 8 PR | Curing | DENMAN |
| P-906* | SKD-01 | 23 X 8.50-12 SKID STEER LOADER | BNT 4 PR | Curing | DENMAN |
| | SKD-20 | 23 X 8.50-12 SKID STEER LOADER | BNT 8 PR | Curing | DENMAN |
| | SKD-36 | 23 X 10.50-12 SKID STEER LOADER | BNT 8 PR | Curing | DENMAN |
| | SKD-38 | 23 X 8.50-12 SKID STEER LOADER | BNST 10 PR | Curing | DENMAN |
| P-934* | SKD-02 | 27 X 8.50-15 SKID STEER LOADER | BNT 4 PR | Curing | DENMAN |
| | SKD-03 | 27 X 10.50-15 SKID STEER LOADER | BNT 6 PR | Curing | DENMAN |
| | SKD-03 | 27 X 10.50-15 BIG DAWG | BNT 6 PR | Curing | DENMAN |
| | SKD-19 | 27 X 8.50-15 SKID STEER LOADER | BNT 8 PR | Curing | DENMAN |
| | SKD-21 | 27 X 8.50-15 SKID STEER LOADER | BNT 6 PR | Curing | DENMAN |
| P-943* | SKD-06 | 15-19.5 SKID STEER LOADER | BNT 8 PR | Roll Shop | DENMAN |
| | SKD-07 | 15-19.5 SKID STEER LOADER | BNT 12 PR | Roll Shop | DENMAN |
| | SKD-10 | 15-19.5 SKID STEER LOADER | BNT 12 PR | Roll Shop | DENMAN |
| | SKD-11 | 15-19.5 SKID STEER LOADER | BNST 12 PR | Roll Shop | DENMAN |
| | SKD-12 | 15-19.5 SKID STEER LOADER | BNT 14 PR | Roll Shop | DENMAN |
| | SKD-25 | 15-19.5 SKID STEER PLUS | BNT 12 PR | Roll Shop | DENMAN |
| | SKD-26 | 15-19.5 SKID STEER PLUS | BNT 14 PR | Roll Shop | DENMAN |

## Ditch Digger

| Mold-S/N# | Item-# | Description | | Location | Brand |
|---|---|---|---|---|---|
| P-1020* | DDD-03 | 26 X 12.00-12 DITCH DIGGER | BNT 6 PR | Curing | DENMAN |
| | DDD-07 | 26 X 12.00-12 DITCH DIGGER | BNST 6 PR | Curing | DENMAN |
| | DDD-11 | 26 X 12.00-12 DITCH DIGGER | BNT 8 PR | Curing | DENMAN |
| | DDD-13 | 26 X 12.00-12 DITCH DIGGER | BNT 10 PR | Curing | DENMAN |
| | DDD-16 | 26 X 12.00-12 DITCH DIGGER | BNT 4 PR | Curing | DENMAN |
| P-1021* | DDD-04 | 31 X 15.50-15 TURF HUGGER | BNT 8 PR | Roll Shop | DENMAN |
| | DDD-06 | 31 X 15.50-15 TURF HUGGER | BNST 8 PR | Roll Shop | DENMAN |
| P-1054* | DDD-09 | 29 X 12.50-15 DITCH DIGGER | BNT 6 PR | Curing | DENMAN |
| | DDD-10 | 29 X 12.50-15 DITCH DIGGER | BNST 8 PR | Curing | DENMAN |
| P-1072* | DDD-02 | 31 X 15.50-15 DITCH DIGGER | BNT 8 PR | Curing | DENMAN |
| | DDD-02 | 31 X 15.50-15 OMNI DITCH DIGGER | BNT 8 PR | Curing | DENMAN |
| | DDD-02 | 31 X 15.50-15 OMNI DITCH DIGGER | BNT 8 PR | Curing | DENMAN |
| | DDD-90 | 31 X 15.50-15 OMNI DITCH DIGGER | BNT 8 PR | Curing | DENMAN |
| P-1080* | DDD-20 | 31 X 15.50-15 OMNI-TRAX | BNT 8 PR | Curing | DENMAN |
| | DDD-21 | 31 X 15.50-15 OMNI-TRAX | BNT 10 PR | Curing | DENMAN |
| P-1095* | DDD-22 | 26 X 12.00-12 OMNI-TRAX | BNT 10 PR | Curing | DENMAN |
| | DDD-31 | 26 X 12.00-12 OMNI-TRAX | BNST 10 PR | Curing | DENMAN |
| P-1201* | DDD-15 | 23 X 10.50-12 DITCH DIGGER | BNT 4 PR | Curing | DENMAN |
| P-1204* | DDD-30 | 20 X 8.00-10 TURF HUGGER | BNT 4 PR | Curing | DENMAN |
| P-971* | DDD-02 | 31 X 15.50-15 DITCH DIGGER | BNT 8 PR | Curing | DENMAN |
| | DDD-02 | 31 X 15.50-15 OMNI DITCH DIGGER | BNT 8 PR | Curing | DENMAN |
| | DDD-02 | 31 X 15.50-15 OMNI DITCH DIGGER | BNT 8 PR | Curing | DENMAN |
| | DDD-08 | 31 X 15.50-15 DITCH DIGGER | BNST 8 PR | Curing | DENMAN |
| | DDD-08 | 31 X 15.50-15 DITCH DIGGER | BNST 8 PR | Curing | DENMAN |
| | DDD-90 | 31 X 15.50-15 DITCH DIGGER | BNST 8 PR | Curing | DENMAN |
| P-997* | DDD-01 | 26 X 12.00-12 TURF HUGGER | BNT 6 PR | Curing | DENMAN |
| | DDD-05 | 26 X 12.00-12 TURF HUGGER | BNST 6 PR | Curing | DENMAN |
| | DDD-12 | 26 X 12.00-12 TURF HUGGER | BNST 8 PR | Curing | DENMAN |

## Farm Implement

| Mold-S/N# | Item-# | Description | | Location | Brand |
|---|---|---|---|---|---|
| 6141* | IMP-15 | 9.5L-15 FARM IMPLEMENT | BNT 8 PR | Curing | DENMAN |
| 6193* | IMP-12 | 11L-15 DENMAN IMPLEMENT | BNT 12 PR | Curing | DENMAN |

* Each Mold shall include: Mold, Spacers, Top and Bottom Bead Rings, Sidewall Plates, Mold Drawings, Tire Building Specifications and Tire Compounds/Recipes

A-14

| Mold-S/N# | Item-# | Description | | Location | Brand |
|---|---|---|---|---|---|
| | IMP-16 | 11L-15 FARM IMPLEMENT | BNT  8 PR | Curing | DENMAN |
| 6141-1* | IMP-42 | 9.5L-15 FARM IMPLEMENT | BNC  8 PR | Roll Shop | DENMAN |
| P-329* | IMP-17 | 9.5L-15 DEL-NAT IMPLEMENT | BNC  8 PR | Roll Shop | DENMAN |
| | IMP-17 | 9.5L-15 FARM IMPLEMENT | BNC  8 PR | Roll Shop | DENMAN |
| | IMP-17 | 9.5L-15 GREENFIELD IMPLEMENT | BNC  8 PR | Roll Shop | DENMAN |
| P-330* | IMP-07 | 11L-15 FARM IMPLEMENT | BNC  12 PR | Roll Shop | DENMAN |
| | IMP-07 | 11L-15 GREENFIELD IMPLEMENT | BNC  12 PR | Roll Shop | DENMAN |
| | IMP-19 | 11L-15 DEL-NAT IMPLEMENT | BNC  8 PR | Roll Shop | DENMAN |
| | IMP-19 | 11L-15 FARM IMPLEMENT | BNC  8 PR | Roll Shop | DENMAN |
| | IMP-19 | 11L-15 GREENFIELD IMPLEMENT | BNC  8 PR | Roll Shop | DENMAN |
| | IMP-59 | 11L-15 FARM IMPLEMENT | BNT  8 PR | Roll Shop | DENMAN |
| | IMP-59 | 11L-15 GREENFIELD IMPLEMENT | BNT  8 PR | Roll Shop | DENMAN |
| | IMP-59 | 11L-15 MIDLAND IMPLEMENT | BNT  8 PR | Roll Shop | DENMAN |
| | IMP-66 | 11L-15 FARM IMPLEMENT | BNC  10 PR | Roll Shop | DENMAN |
| P-340* | IMP-07 | 11L-15 FARM IMPLEMENT | BNC  12 PR | Roll Shop | DENMAN |
| | IMP-07 | 11L-15 GREENFIELD IMPLEMENT | BNC  12 PR | Roll Shop | DENMAN |
| | IMP-19 | 11L-15 DEL-NAT IMPLEMENT | BNC  8 PR | Roll Shop | DENMAN |
| | IMP-19 | 11L-15 FARM IMPLEMENT | BNC  8 PR | Roll Shop | DENMAN |
| | IMP-19 | 11L-15 GREENFIELD IMPLEMENT | BNC  8 PR | Roll Shop | DENMAN |
| | IMP-59 | 11L-15 FARM IMPLEMENT | BNT  8 PR | Roll Shop | DENMAN |
| | IMP-59 | 11L-15 GREENFIELD IMPLEMENT | BNT  8 PR | Roll Shop | DENMAN |
| | IMP-59 | 11L-15 MIDLAND IMPLEMENT | BNT  8 PR | Roll Shop | DENMAN |
| | IMP-66 | 11L-15 FARM IMPLEMENT | BNC  10 PR | Roll Shop | DENMAN |
| P-346* | IMP-17 | 9.5L-15 DEL-NAT IMPLEMENT | BNC  8 PR | Roll Shop | DENMAN |
| | IMP-17 | 9.5L-15 FARM IMPLEMENT | BNC  8 PR | Roll Shop | DENMAN |
| | IMP-17 | 9.5L-15 GREENFIELD IMPLEMENT | BNC  8 PR | Roll Shop | DENMAN |
| P-347* | IMP-09 | 12.5L-15 DEL-NAT IMPLEMENT | BNC  10 PR | Roll Shop | DENMAN |
| | IMP-09 | 12.5L-15 FARM WAGON IMPLEMENT | BNC  10 PR | Roll Shop | DENMAN |
| | IMP-09 | 12.5L-15 GREENFIELD IMPLEMENT | BNC  10 PR | Roll Shop | DENMAN |
| | IMP-09 | 12.5L-15 TEMCO FARM IMPLEMENT | BNC  10 PR | Roll Shop | DENMAN |
| | IMP-21 | 12.5L-15 FARM IMPLEMENT | BNC  8 PR | Roll Shop | DENMAN |
| | IMP-21 | 12.5L-15 GREENFIELD IMPLEMENT | BNC  8 PR | Roll Shop | DENMAN |
| | IMP-71 | 12.5L-15 FARM IMPLEMENT | BNC  14 PR | Roll Shop | DENMAN |

## Front Tractor

| | | | | | |
|---|---|---|---|---|---|
| P-1032* | FT-52 | 14.5/75-16.1 SUPER BACKHOE II | BNT  10 PR | Curing | DENMAN |
| | FT-52 | 14.5/75-16.1 SUPER BACKHOE II | BNT  10 PR | Curing | DENMAN |
| | FT-52 | 14.5/75-16.1 LEAD DAWG F-3 | BNT  10 PR | Curing | DENMAN |
| P-1066* | TAP-01 | 7-16 TRACTOR R-1 | BNT  6 PR | Curing | DENMAN |
| | TAP-01 | 7-16 FARM DAWG R-1 | BNT  6 PR | Curing | DENMAN |
| | TAP-21 | 7-16 TRACTOR R-1 | BNT  4 PR | Curing | DENMAN |
| P-1067* | TAP-03 | 8-16 TRACTOR R-1 | BNT  6 PR | Curing | DENMAN |
| | TAP-03 | 8-16 FARM DAWG R-1 | BNT  6 PR | Curing | DENMAN |
| | TAP-22 | 8-16 TRACTOR R-1 | BNT  4 PR | Curing | DENMAN |
| P-1075* | TAP-04 | 7-14 TRACTOR R-1 | BNT  6 PR | Curing | DENMAN |
| | TAP-04 | 7-14 FARM DAWG R-1 | BNT  6 PR | Curing | DENMAN |
| P-1186* | FT-46 | 11L-15 DEL-NAT INDUSTRIAL F3 | BNT  10 PR | Curing | DENMAN |
| | FT-46 | 11L-15 OMNI SUPER BACKHOE II | BNT  10 PR | Curing | DENMAN |
| | FT-46 | 11L-15 SUPER BACKHOE II | BNT  10 PR | Curing | DENMAN |
| | FT-47 | 11L-16 DEL-NAT INDUSTRIAL F3 | BNT  10 PR | Curing | DENMAN |
| | FT-47 | 11L-16 OMNI SUPER BACKHOE II | BNT  10 PR | Curing | DENMAN |
| | FT-47 | 11L-16 SUPER BACKHOE II | BNT  10 PR | Curing | DENMAN |

*Each Mold shall include:  Mold, Spacers, Top and Bottom Bead Rings, Sidewall Plates, Mold Drawings, Tire Building Specifications and Tire Compounds/Recipes*

A-15

| Mold-S/N# | Item-# | Description | Location | Brand |
|---|---|---|---|---|
| | FT-47 | 11L-16 SUPER BACKHOE II        BNT  10 PR | Curing | DENMAN |
| | FT-47 | 11L-16 LEAD DAWG F-3        BNT  10 PR | Curing | DENMAN |
| | FT-53 | 11L-16 SUPER BACKHOE II        BNT  12 PR | Curing | DENMAN |
| P-1187* | FT-46 | 11L-15 DEL-NAT INDUSTRIAL F3      BNT  10 PR | Curing | DENMAN |
| | FT-46 | 11L-15 OMNI SUPER BACKHOE II      BNT  10 PR | Curing | DENMAN |
| | FT-46 | 11L-15 SUPER BACKHOE II        BNT  10 PR | Curing | DENMAN |
| | FT-47 | 11L-16 DEL-NAT INDUSTRIAL F3      BNT  10 PR | Curing | DENMAN |
| | FT-47 | 11L-16 OMNI SUPER BACKHOE II      BNT  10 PR | Curing | DENMAN |
| | FT-47 | 11L-16 SUPER BACKHOE II        BNT  10 PR | Curing | DENMAN |
| | FT-47 | 11L-16 SUPER BACKHOE II        BNT  10 PR | Curing | DENMAN |
| | FT-47 | 11L-16 LEAD DAWG F-3        BNT  10 PR | Curing | DENMAN |
| | FT-53 | 11L-16 SUPER BACKHOE II        BNT  12 PR | Curing | DENMAN |
| P-1196* | TAP-06 | 9.5-16 AGRI-STAR R-1        BNT  6 PR | Curing | DENMAN |
| | TAP-06 | 9.5-16 TRACTOR R-1        BNT  6 PR | Curing | DENMAN |
| | TAP-06 | 9.5-16 FARM DAWG R-1        BNT  6 PR | Curing | DENMAN |
| P-1228* | TAP-12 | 6-14 TRACTOR R-1        BNT  6 PR | Curing | DENMAN |
| | TAP-12 | 6-14 FARM DAWG R-1        BNT  6 PR | Curing | DENMAN |
| P-1229* | TAP-08 | 5-12 TRACTOR R-1        BNT  6 PR | Curing | DENMAN |
| | TAP-08 | 5-12 FARM DAWG R-1        BNT  6 PR | Curing | DENMAN |
| P-1232* | TAP-10 | 6-16 TRACTOR R-1        BNT  6 PR | Curing | DENMAN |
| | TAP-20 | 6-16 TRACTOR R-1        BNT  4 PR | Curing | DENMAN |
| P-1248* | TAP-09 | 6-12 TRACTOR R-1        BNT  6 PR | Curing | DENMAN |
| | TAP-09 | 6-12 FARM DAWG R-1        BNT  6 PR | Curing | DENMAN |
| P-251* | FH-09 | 6.00-16 FARM HAND FRONT TRACTOR  BNC  6 PR | Curing | DENMAN |
| | FH-09 | 6.00-16 GREENFIELD FRONT TRACTOR  BNC  6 PR | Curing | DENMAN |
| | FH-17 | 6.00-16 FARM HAND FRONT TRACTOR  BNC  4 PR | Curing | DENMAN |
| | FH-17 | 6.00-16 GREENFIELD FRONT TRACTOR  BNC  4 PR | Curing | DENMAN |
| P-328* | FT-09 | 7.50-18 FARM FRONT TRACTOR      BNC  6 PR | Curing | DENMAN |
| P-569* | FT-30 | 7.5L-15 FARM FRONT TRACTOR      BNC  6 PR | Curing | DENMAN |
| | FT-30 | 7.5L-15 GREENFIELD FT. TRACTOR    BNC  6 PR | Curing | DENMAN |
| P-938* | FT-46 | 11L-15 DEL-NAT INDUSTRIAL F3      BNT  10 PR | Curing | DENMAN |
| | FT-46 | 11L-15 OMNI SUPER BACKHOE II      BNT  10 PR | Curing | DENMAN |
| | FT-46 | 11L-15 SUPER BACKHOE II        BNT  10 PR | Curing | DENMAN |
| | FT-47 | 11L-16 DEL-NAT INDUSTRIAL F3      BNT  10 PR | Curing | DENMAN |
| | FT-47 | 11L-16 OMNI SUPER BACKHOE II      BNT  10 PR | Curing | DENMAN |
| | FT-47 | 11L-16 SUPER BACKHOE II        BNT  10 PR | Curing | DENMAN |
| | FT-47 | 11L-16 SUPER BACKHOE II        BNT  10 PR | Curing | DENMAN |
| | FT-53 | 11L-16 SUPER BACKHOE II        BNT  12 PR | Curing | DENMAN |
| P-939* | FT-46 | 11L-15 DEL-NAT INDUSTRIAL F3      BNT  10 PR | Curing | DENMAN |
| | FT-46 | 11L-15 OMNI SUPER BACKHOE II      BNT  10 PR | Curing | DENMAN |
| | FT-46 | 11L-15 SUPER BACKHOE II        BNT  10 PR | Curing | DENMAN |
| | FT-47 | 11L-16 DEL-NAT INDUSTRIAL F3      BNT  10 PR | Curing | DENMAN |
| | FT-47 | 11L-16 OMNI SUPER BACKHOE II      BNT  10 PR | Curing | DENMAN |
| | FT-47 | 11L-16 SUPER BACKHOE II        BNT  10 PR | Curing | DENMAN |
| | FT-47 | 11L-16 SUPER BACKHOE II        BNT  10 PR | Curing | DENMAN |
| | FT-47 | 11L-16 LEAD DAWG F-3        BNT  10 PR | Curing | DENMAN |
| | FT-53 | 11L-16 SUPER BACKHOE II        BNT  12 PR | Curing | DENMAN |
| P-999* | FT-46 | 11L-15 DEL-NAT INDUSTRIAL F3      BNT  10 PR | Curing | DENMAN |
| | FT-46 | 11L-15 OMNI SUPER BACKHOE II      BNT  10 PR | Curing | DENMAN |
| | FT-46 | 11L-15 SUPER BACKHOE II        BNT  10 PR | Curing | DENMAN |
| | FT-47 | 11L-16 DEL-NAT INDUSTRIAL F3      BNT  10 PR | Curing | DENMAN |
| | FT-47 | 11L-16 OMNI SUPER BACKHOE II      BNT  10 PR | Curing | DENMAN |
| | FT-47 | 11L-16 SUPER BACKHOE II        BNT  10 PR | Curing | DENMAN |

*Each Mold shall include:  Mold, Spacers, Top and Bottom Bead Rings, Sidewall Plates, Mold Drawings, Tire Building Specifications and Tire Compounds/Recipes

A-16

| Mold-S/N# | Item-# | Description | | Location | Brand |
|---|---|---|---|---|---|
| | FT-47 | 11L-16 SUPER BACKHOE II | BNT 10 PR | Curing | DENMAN |
| | FT-53 | 11L-16 SUPER BACKHOE II | BNT 12 PR | Curing | DENMAN |
| P-339* | **** | 10.00-16 FARM MULE | | Roll Shop | DENMAN |
| P-345* | **** | 10.00-16 DENMAN FRONT TRACTOR | | Roll Shop | DENMAN |

## Underground Mining

| Mold-S/N# | Item-# | Description | | Location | Brand |
|---|---|---|---|---|---|
| P-1249* | MIN-33 | 32 X 12-15 MINE KING | BNC 24 PR | Curing | DENMAN |
| | MIN-49 | 32 X 15-15 MINE KING | BNC 24 PR | Curing | DENMAN |
| | MIN-50 | 32 X 15-15 MINE KING | BNT 28 PR | Curing | DENMAN |
| | MK-33 | 32 X 12-15 MINE KING II | BNC 24 PR | Curing | DENMAN |
| | MK-49 | 32 X 15-15 MINE KING II | BNC 24 PR | Curing | DENMAN |
| | MK-50 | 32 X 15-15 MINE KING II | BNT 28 PR | Curing | DENMAN |
| P-1250* | MIN-30 | 42 X 13-20 MINE KING | BNC 32 PR | Curing | DENMAN |
| | MIN-30 | 42 X 13-20 MINING MACHINERY | BNC 32 PR | Curing | DENMAN |
| | MK-30 | 42 X 13-20 MINE KING II | BNC 32 PR | Curing | DENMAN |
| | MK-30 | 42 X 13-20 MINING MACHINERY | BNC 32 PR | Curing | DENMAN |
| P-1251* | MIN-39 | 38 X 16-15 MINE KING | BNT 36 PR | Curing | DENMAN |
| | MK-39 | 38 X 16-15 MINE KING II | BNT 36 PR | Curing | DENMAN |
| P-1253* | MIN-37 | 35 X 15-15 MINE KING | BNT 32 PR | Curing | DENMAN |
| | MIN-37 | 35 X 15-15 MINING MACHINERY | BNT 32 PR | Curing | DENMAN |
| | MIN-99 | 35 X 15-15 MINE KING | BNT 32 PR | Curing | DENMAN |
| | MK-37 | 35 X 15-15 MINE KING II | BNT 32 PR | Curing | DENMAN |
| | MK-37 | 35 X 15-15 MINING MACHINERY | BNT 32 PR | Curing | DENMAN |
| | MK-99 | 35 X 15-15 MINE KING | BNT 32 PR | Curing | DENMAN |
| P-1254* | MIN-41 | 14.00-20 MINE KING | BNC 32 PR | Curing | DENMAN |
| | MIN-41 | 14.00-20 MINING MACHINERY | BNC 32 PR | Curing | DENMAN |
| | MK-41 | 14.00-20 MINE KING II | BNC 32 PR | Curing | DENMAN |
| | MK-41 | 14.00-20 MINING MACHINERY | BNC 32 PR | Curing | DENMAN |
| P-1255* | MIN-35 | 8.25-15 MINE KING | BNC 24 PR | Curing | DENMAN |
| | MK-35 | 8.25-15 MINE KING II | BNC 24 PR | Curing | DENMAN |
| P-1256* | MIN-45 | 12.00-20 MINE KING | BNC 28 PR | Curing | DENMAN |
| | MIN-45 | 12.00-20 MINING MACHINERY | BNC 28 PR | Curing | DENMAN |
| | MK-45 | 12.00-20 MINE KING II | BNC 28 PR | Curing | DENMAN |
| | MK-45 | 12.00-20 MINING MACHINERY | BNC 28 PR | Curing | DENMAN |
| P-1258* | MIN-43 | 27 X 15-10 MINE KING | BNC 24 PR | Curing | DENMAN |
| | MK-43 | 27 X 15-10 MINE KING II | BNC 24 PR | Curing | DENMAN |
| P-1259* | MIN-47 | 10.00-15 MINE KING | BNC 24 PR | Curing | DENMAN |
| | MK-47 | 10.00-15 MINE KING II | BNC 24 PR | Curing | DENMAN |
| P-373* | RCI-17 | 8.25-15 BADGER MINE LUG | BNSC 16 PR | Curing | DENMAN |
| P-390* | MIN-29 | 9.00-10 BADGER L.T.S. | BNC 16 PR | Curing | DENMAN |
| | MIN-31 | 9.00-10 GATEWAY (TWIN BEAD) | BNSC 16 PR | Curing | DENMAN |
| P-882* | RCI-42 | 54 X 18-25 BADGER | BNT 24 PR | Roll Shop | DENMAN |
| P-361* | **** | 9.00-10 MINE MULE LUG TYPE | | Roll Shop | DENMAN |

## Mining/Logging 55MPH

| Mold-S/N# | Item-# | Description | | Location | Brand |
|---|---|---|---|---|---|
| P-463* | CK-82 | 14-17.5 QUIET GIANT | BNT 10 PR | Curing | DENMAN |
| P-465* | TR-03 | 14-17.5 GROUND HAWG ML | BNT 14 PR | Roll Shop | DENMAN |
| P-477* | RV-41 | 14-17.5 GROUND HAWG ML | BNT 10 PR | Roll Shop | DENMAN |
| | TR-03 | 14-17.5 GROUND HAWG ML | BNT 14 PR | Roll Shop | DENMAN |
| | TR-90 | 14-17.5 GROUND HAWG ML | BNT 10 PR | Roll Shop | DENMAN |
| P-506* | TR-03 | 14-17.5 GROUND HAWG ML | BNT 14 PR | Roll Shop | DENMAN |

* Each Mold shall include: Mold, Spacers, Top and Bottom Bead Rings, Sidewall Plates, Mold Drawings, Tire Building Specifications and Tire Compounds/Recipes

A-17

| Mold-S/N# | Item-# | Description | Location | Brand |
|---|---|---|---|---|
| P-513* | TR-91 | 14-17.5 DENMAN JUMBO TRAK ML      BNT  10 PR | Curing | DENMAN |

## Bias Passenger

| | | | | |
|---|---|---|---|---|
| 4296* | PAS-31 | 185/75-14 DENMAN EXPRESS      BNT  4 PR | Roll Shop | DENMAN |
| 4358* | PAS-33 | 205/75-15 DENMAN EXPRESS      BNT  4 PR | Curing | DENMAN |
| 4404* | PAS-31 | 185/75-14 DENMAN EXPRESS      BNT  4 PR | Roll Shop | DENMAN |
| 4405* | PAS-31 | 185/75-14 DENMAN EXPRESS      BNT  4 PR | Roll Shop | DENMAN |
| 4432* | PAS-33 | 205/75-15 DENMAN EXPRESS      BNT  4 PR | Curing | DENMAN |
| P-135* | PAS-34 | 205/75B-15 PREMIUM TRACTION      BNT  4 PR | Roll Shop | DENMAN |
| P-219* | DA-09 | G78-14 DUAL ACTION      BPT  4 PR | Roll Shop | DENMAN |
| P-42* | PAS-30 | 6.00-13 GRAN TURISMO      BNT  4 PR | Roll Shop | DENMAN |
| P-768* | TR-04 | 6.00-16 NDT      BNC  4 PR | Curing | DENMAN |
| | TR-04 | 600-16 GLOBE TRUCK      BNC  4 PR | Curing | DENMAN |
| P-769* | TR-04 | 6.00-16 NDT      BNC  4 PR | Curing | DENMAN |
| | TR-04 | 600-16 GLOBE TRUCK      BNC  4 PR | Curing | DENMAN |
| P-96* | PAS-25 | 6.00-16 COLUMBIA DELUXE      BNC  4 PR | Curing | DENMAN |
| | PAS-50 | 6.00-16 COLUMBIA DELUXE      BNC  6 PR | Curing | DENMAN |
| P-272* | **** | H78-15 SUPREME PREMIUM OFT | Roll Shop | DENMAN |
| P-275* | **** | E78-14 SUPREME PREMIUM OFT | Roll Shop | DENMAN |

## Special Trailer Bias

| | | | | |
|---|---|---|---|---|
| 4295* | DST-01 | ST175/80D-13 DEL-NAT ST      BNT  6 PR | Curing | DENMAN |
| | DST-01 | ST175/80D-13 DENMAN EXPRESS ST  BNT  6 PR | Curing | DENMAN |
| | DST-01 | ST175/80D-13 ESQUIRE EXPRESS ST  BNT  6 PR | Curing | DENMAN |
| | DST-01 | ST175/80D-13 ESQUIRE EXPRESS ST  BNT  6 PR | Curing | DENMAN |
| 4300* | CON-02 | 205/75D-14 ELECTRA INTEGRITY      BNT  6 PR | Curing | DENMAN |
| | CON-02 | 205/75D-14 ELECTRA INTEGRITY      WNT  6 PR | Curing | DENMAN |
| | CON-07 | 205/75D-14 ELECTRA INTEGRITY      BNT  4 PR | Curing | DENMAN |
| | DST-03 | ST205/75D-14 DENMAN EXPRESS ST  BNT  6 PR | Curing | DENMAN |
| 4302* | CON-04 | 215/75D-14 ELECTRA INTEGRITY      BNT  6 PR | Curing | DENMAN |
| | CON-04 | 215/75D-14 ELECTRA INTEGRITY      WNT  6 PR | Curing | DENMAN |
| | CON-08 | 215/75D-14 ELECTRA INTEGRITY      BNT  4 PR | Curing | DENMAN |
| | DST-04 | ST215/75D-14 DENMAN EXPRESS ST  BNT  6 PR | Curing | DENMAN |
| 4308* | CON-03 | 225/75D-15 ELECTRA INTEGRITY      BNT  8 PR | Curing | DENMAN |
| | CON-06 | 225/75D-15 ELECTRA INTEGRITY      BNT  6 PR | Curing | DENMAN |
| | DST-07 | ST225/75D-15 DENMAN EXPRESS ST  BNT  6 PR | Curing | DENMAN |
| | DST-08 | ST225/75D-15 DENMAN EXPRESS ST  BNT  8 PR | Curing | DENMAN |
| 4317* | CON-02 | 205/75D-14 ELECTRA INTEGRITY      BNT  6 PR | Curing | DENMAN |
| | CON-02 | 205/75D-14 ELECTRA INTEGRITY      WNT  6 PR | Curing | DENMAN |
| | CON-07 | 205/75D-14 ELECTRA INTEGRITY      BNT  4 PR | Curing | DENMAN |
| | DST-03 | ST205/75D-14 DENMAN EXPRESS ST  BNT  6 PR | Curing | DENMAN |
| 4318* | CON-02 | 205/75D-14 ELECTRA INTEGRITY      BNT  6 PR | Curing | DENMAN |
| | CON-02 | 205/75D-14 ELECTRA INTEGRITY      WNT  6 PR | Curing | DENMAN |
| | CON-07 | 205/75D-14 ELECTRA INTEGRITY      BNT  4 PR | Curing | DENMAN |
| | DST-03 | ST205/75D-14 DENMAN EXPRESS ST  BNT  6 PR | Curing | DENMAN |
| 4320* | CON-05 | 205/75D-15 ELECTRA INTEGRITY      BNT  4 PR | Curing | DENMAN |
| | DST-05 | ST205/75D-15 DENMAN EXPRESS ST  BNT  6 PR | Curing | DENMAN |
| 4358* | CON-01 | 205/75D-15 ELECTRA INTEGRITY      BNT  6 PR | Curing | DENMAN |
| | CON-05 | 205/75D-15 ELECTRA INTEGRITY      BNT  4 PR | Curing | DENMAN |
| | DST-01 | ST175/80D-13 DENMAN EXPRESS ST  BNT  6 PR | Curing | DENMAN |
| 4359* | DST-05 | ST205/75D-15 DENMAN EXPRESS ST  BNT  6 PR | Curing | DENMAN |

* Each Mold shall include:  Mold, Spacers, Top and Bottom Bead Rings, Sidewall Plates, Mold Drawings, Tire Building
Specifications and Tire Compounds/Recipes

| Mold-S/N# | Item-# | Description | Location | Brand |
|---|---|---|---|---|
| 4361* | DST-07 | ST225/75D-15 DENMAN EXPRESS ST   BNT  6 PR | Curing | DENMAN |
| | DST-08 | ST225/75D-15 DENMAN EXPRESS ST   BNT  8 PR | Curing | DENMAN |
| 4432* | CON-01 | 205/75D-15 ELECTRA INTEGRITY     BNT  6 PR | Curing | DENMAN |
| | CON-05 | 205/75D-15 ELECTRA INTEGRITY     BNT  4 PR | Curing | DENMAN |
| | DST-01 | ST175/80D-13 DENMAN EXPRESS ST   BNT  6 PR | Curing | DENMAN |
| | DST-05 | ST205/75D-15 DENMAN EXPRESS ST   BNT  6 PR | Curing | DENMAN |
| 4434* | CON-03 | 225/75D-15 ELECTRA INTEGRITY     BNT  8 PR | Curing | DENMAN |
| | CON-06 | 225/75D-15 ELECTRA INTEGRITY     BNT  6 PR | Curing | DENMAN |
| | DST-07 | ST225/75D-15 DENMAN EXPRESS ST   BNT  6 PR | Curing | DENMAN |
| | DST-08 | ST225/75D-15 DENMAN EXPRESS ST   BNT  8 PR | Curing | DENMAN |
| 4426* | **** | 165/75D13 DENMAN EXPRESS ST | Roll Shop | DENMAN |

## Special Trailer Radial

| Mold-S/N# | Item-# | Description | Location | Brand |
|---|---|---|---|---|
| P-1285* | **** | ST235/80R16 DENMAN EXPRESS S/T | Curing | DENMAN |

## Bias Classic

| Mold-S/N# | Item-# | Description | Location | Brand |
|---|---|---|---|---|
| 535* | DC-42 | 6.00-20 LUCAS                    BPC  6 PR | Curing | DENMAN |
| | DC-42 | 6.00-20 LUCAS                    WPC  6 PR | Curing | DENMAN |
| P-110* | DC-07 | 7.50-16 4-5/8 SUPER SAFETY    WPC  6 PR | Curing | DENMAN |
| P-121* | DC-23 | 5.60-15 2-1/8 ELEGANTE CLASSIC  WNT  4 PR | Curing | DENMAN |
| P-123* | DC-24 | 6.00-15 2.5 ELEGANTE CLASSIC    WNT  4 PR | Curing | DENMAN |
| P-168* | WT-14 | G70-14 COKER CLASSIC REDWALL     WPGT 4 PR | Roll Shop | DENMAN |
| | WT-14 | G70-14 CUSTOM CLASSIC WIDE TRAC 4 WPGT  4 PR | Roll Shop | DENMAN |
| | WT-14 | G70-14 SUPREME CLASSIC      WPGT 4 PR | Roll Shop | DENMAN |
| | WT-14 | G70-14 UNIVERSAL WIDE TRAC       WPGT 4 PR | Roll Shop | DENMAN |
| | WT-14 | G70-14 WIDE TRAC REDWALL       WPGT 4 PR | Roll Shop | DENMAN |
| | WT-16 | G70-14 BEDFORD WIDE TRAC       WPT  4 PR | Roll Shop | DENMAN |
| | WT-16 | G70-14 COKER WIDE TRAC       WPT  4 PR | Roll Shop | DENMAN |
| | WT-16 | G70-14 CUSTOM WIDE TRAC        WPT  4 PR | Roll Shop | DENMAN |
| | WT-16 | G70-14 UNIVERSAL WIDE TRAC       WPT  4 PR | Roll Shop | DENMAN |
| | WT-16 | G70-14 WIDE TRAC            WPT  4 PR | Roll Shop | DENMAN |
| P-18* | DC-03 | 8.20-15 4-7/8 SUPER SAFETY    WPT  4 PR | Curing | DENMAN |
| P-222* | DC-15 | 7.50-17 4 CLASSIC            WPC  6 PR | Curing | DENMAN |
| | DC-15 | 7.50-17 CLASSIC             BPC  6 PR | Curing | DENMAN |
| P-224* | DC-09 | 5.25/5.50-18 3-1/8 CLASSIC     WPC  4 PR | Curing | DENMAN |
| | DC-09 | 5.25/5.50-18 CLASSIC          BPC  4 PR | Curing | DENMAN |
| P-225* | DC-18 | 7.00-18 CLASSIC             BPC  6 PR | Curing | DENMAN |
| | DC-18 | 7.00-18 CLASSIC             WPC  6 PR | Curing | DENMAN |
| P-226* | DC-10 | 4.75/5.00-19 2-7/8 CLASSIC     WPC  4 PR | Curing | DENMAN |
| | DC-10 | 4.75/5.00-19 CLASSIC          BPC  4 PR | Curing | DENMAN |
| P-227* | DC-16 | 6.00-20 2-5/8 CLASSIC         WPC  6 PR | Curing | DENMAN |
| P-228* | DC-17 | 6.50-20 3 CLASSIC           WPC  6 PR | Curing | DENMAN |
| | DC-17 | 6.50-20 CLASSIC             BPC  6 PR | Curing | DENMAN |
| P-230* | DC-11 | 4.40/4.50-21 2-5/8 CLASSIC     WPC  4 PR | Curing | DENMAN |
| | DC-11 | 4.40/4.50-21 CLASSIC          BPC  4 PR | Curing | DENMAN |
| P-298* | DC-44 | G78-15 3.25 DENMAN CLASSIC IV  WPT  4 PR | Curing | DENMAN |
| P-303* | DC-38 | P205/75-14 3-1/4 DENMAN CLASSIC  WPST 4 PR | Roll Shop | DENMAN |
| | UNV-09 | 775-14 UNIVERSAL            WPT  4 PR | Roll Shop | DENMAN |
| | UNV-10 | 7.75-14 UNIVERSAL REDWALL      WPT  4 PR | Roll Shop | DENMAN |
| P-304* | DC-43 | G78-14 3.5 DENMAN CLASSIC IV    WPT  4 PR | Curing | DENMAN |
| P-307* | DC-37 | P235/75-15 DENMAN CLASSIC IV    WPST 4 PR | Curing | DENMAN |

*Each Mold shall include: Mold, Spacers, Top and Bottom Bead Rings, Sidewall Plates, Mold Drawings, Tire Building Specifications and Tire Compounds/Recipes*

A-19

| Mold-S/N# | Item-# | Description | | Location | Brand |
|---|---|---|---|---|---|
| | DC-39 | L78-15 4.5 CUSTOM CLASSIC IV | WPT 4 PR | Curing | DENMAN |
| | DC-45 | L78-15 4.5 DENMAN CLASSIC IV | WPT 4 PR | Curing | DENMAN |
| | UNV-15 | 9.00-15 UNIVERSAL | WPT 4 PR | Curing | DENMAN |
| | UNV-15 | 9.00-15 UNIVERSAL CUSTOM GRIND | WPT 4 PR | Curing | DENMAN |
| P-383A* | DC-08 | 5.25/5.50-17 CLASSIC | BPC 4 PR | Curing | DENMAN |
| | DC-08 | 5.25/5.50-17 CLASSIC | WPC 4 PR | Curing | DENMAN |
| P-398* | DC-32 | 6.70-15 CLASSIC | WPT 4 PR | Curing | DENMAN |
| P-96* | DC-58 | 6.00-16 COLUMBIA DELUXE 2-1/2" | WPC 4 PR | Curing | DENMAN |
| | DC-58 | 6.00-16 COLUMBIA DELUXE 2-1/2" | WPC 4 PR | Curing | DENMAN |
| | DC-74 | 6.00-16 COLUMBIA DELUXE 2" | WPC 4 PR | Curing | DENMAN |
| P-991* | DC-90 | 10.00-20 U.S. ROYAL | WNC 12 PR | Curing | DENMAN |
| P-106* | **** | 6.50-13 MONTEREY | | Curing | DENMAN |
| P-593* | **** | 6.50-16 COMMERCIAL | | Curing | DENMAN |

## Low Platform Trailer (LPT)

| Mold-S/N# | Item-# | Description | | Location | Brand |
|---|---|---|---|---|---|
| 2383* | TR-45 | 11.00-15 LPT HIGHWAY | BNC 16 PR | Roll Shop | DENMAN |
| | TR-96 | 11.00-15 LPT HIGHWAY | BNC 20 PR | Roll Shop | DENMAN |
| 3108* | LPT-28 | 8.25-15 DENMAN LPT | BNC 14 PR | Roll Shop | DENMAN |
| | TR-24 | 8.25-15 ATD LPT | BNC 14 PR | Roll Shop | DENMAN |
| | TR-24 | 8.25-15 DENMAN LPT | BNC 14 PR | Roll Shop | DENMAN |
| | TR-24 | 8.25-15 TEMCO LPT | BNC 14 PR | Roll Shop | DENMAN |
| | TR-47 | 8.25-15 DENMAN LPT | BNC 12 PR | Roll Shop | DENMAN |
| P-1016* | LPT-23 | 10.00-15 DENMAN LPT | BNC 16 PR | Roll Shop | DENMAN |
| | LPT-34 | 10.00-15 DENMAN LPT | BNC 14 PR | Roll Shop | DENMAN |
| | TR-30 | 10.00-15 ATD LPT | BNC 14 PR | Roll Shop | DENMAN |
| | TR-30 | 10.00-15 DENMAN LPT | BNC 14 PR | Roll Shop | DENMAN |
| | TR-30 | 10.00-15 POWER KING LPT | BNC 14 PR | Roll Shop | DENMAN |

## Medium/Heavy (Commercial)

| Mold-S/N# | Item-# | Description | | Location | Brand |
|---|---|---|---|---|---|
| 1313* | GOV-51 | 14.00-24 NDT | BNC 20 PR | Roll Shop | DENMAN |
| | TR-26 | 14.00-24 NDT | BNC 20 PR | Roll Shop | DENMAN |
| 1409* | GOV-50 | 11.00-18 N.D.C.C. | BNT 6 PR | Roll Shop | DENMAN |
| 3108* | TR-01 | 8.25-16 DENMAN TRUCK | BNC 14 PR | Roll Shop | DENMAN |
| | TR-72 | 8.25-16 DENMAN TRUCK | BNC 12 PR | Roll Shop | DENMAN |
| 7972* | TR-35 | 9.00-20 NDCC | BNC 12 PR | Roll Shop | DENMAN |
| 7975* | GOV-09 | 9.00-20 NDCC | BNC 8 PR | Roll Shop | DENMAN |
| | TR-35 | 9.00-20 NDCC | BNC 12 PR | Roll Shop | DENMAN |
| 7978* | GOV-09 | 9.00-20 NDCC | BNC 8 PR | Roll Shop | DENMAN |
| P-1050* | DEX-03 | 10.00-20 DENMAN EXPRESS DXT | BNC 14 PR | Roll Shop | DENMAN |
| | DEX-10 | 10.00-20 DENMAN EXPRESS DXT | BNC 12 PR | Roll Shop | DENMAN |
| P-1244* | TR-94 | 14.00-20 NDCC | BNT 12 PR | Roll Shop | DENMAN |
| P-227* | TR-18 | 6.00-20 RIB TRUCK | BNC 6 PR | Curing | DENMAN |
| | TR-19 | 6.00-20 RIB TRUCK | BNC 8 PR | Curing | DENMAN |
| P-228* | TR-20 | 6.50-20 RIB TRUCK | BNC 6 PR | Curing | DENMAN |
| | TR-21 | 6.50-20 RIB TRUCK | BNC 8 PR | Curing | DENMAN |
| P-238* | TR-23 | 7.00-20 TRUCK | BNC 10 PR | Curing | DENMAN |
| P-243* | GOV-05 | 9.00-16 NDT | BNC 8 PR | Curing | DENMAN |
| P-249* | GOV-16 | 8.25-20 NDT | BNC 12 PR | Curing | DENMAN |
| | TR-67 | 8.25-20 NDT | BNC 12 PR | Curing | DENMAN |
| P-313* | TR-35 | 9.00-20 NDCC | BNC 12 PR | Roll Shop | DENMAN |
| P-463* | GOV-41 | 14-17.5 HIGHWAY TRUCK | BNT 14 PR | Curing | DENMAN |

* Each Mold shall include: Mold, Spacers, Top and Bottom Bead Rings, Sidewall Plates, Mold Drawings, Tire Building Specifications and Tire Compounds/Recipes

A-20

| Mold-S/N# | Item-# | Description | Location | Brand |
|---|---|---|---|---|
| P-513* | GOV-41 | 14-17.5 HIGHWAY TRUCK          BNT  14 PR | Curing | DENMAN |
| P-637* | TR-23 | 7.00-20 TRUCK          BNC  10 PR | Curing | DENMAN |
| P-672* | GOV-20 | 11.00-20 NDCC (MIL. 12459-D)     BNC  12 PR | Roll Shop | DENMAN |
| P-768* | GOV-01 | 6.00-16 NDT (MIL-T-12459D)        BNC  6 PR | Curing | DENMAN |
|  | TR-46 | 6.00-16 NDT          BNC  6 PR | Curing | DENMAN |
| P-769* | GOV-01 | 6.00-16 NDT (MIL-T-12459D)        BNC  6 PR | Curing | DENMAN |
|  | TR-46 | 6.00-16 NDT          BNC  6 PR | Curing | DENMAN |
| P-793* | GOV-28 | 14.00-20 NDCC          BNC  12 PR | Curing | DENMAN |
|  | GOV-44 | 14.00-20 NDCC          BNC  12 PR | Curing | DENMAN |
|  | TR-70 | 750-15 GOOBER GITTER          BNC  12 PR | Curing | DENMAN |
|  | TR-94 | 14.00-20 NDCC          BNT  12 PR | Curing | DENMAN |
| P-991* | DEX-04 | 10.00-20 DENMAN DXA PREMIUM     BNC  12 PR | Curing | DENMAN |
|  | DEX-05 | 10.00-20 DENMAN DXA PREMIUM     BNC  14 PR | Curing | DENMAN |
|  | DEX-08 | 11-22.5 DENMAN DXA PREMIUM     BNT  12 PR | Curing | DENMAN |

## Military

| | | | | |
|---|---|---|---|---|
| 7975* | TR-89 | 9.00-20 NDCC          BNC  8 PR | Roll Shop | DENMAN |
| 7978* | TR-89 | 9.00-20 NDCC          BNC  8 PR | Roll Shop | DENMAN |
| 10961* | TR-15 | 7.50-15 NDT          BNT  6 PR | Curing | DENMAN |
| P-239* | TR-42 | 7.00-16 N.D.C.C.          BNC  6 PR | Curing | DENMAN |
| P-789* | TR-71 | 12.00-20 NDT          BNC  14 PR | Roll Shop | DENMAN |
| P-790* | TR-71 | 12.00-20 NDT          BNC  14 PR | Roll Shop | DENMAN |
| P-793* | TR-70 | 14.00-20 NDCC          BNC  12 PR | Curing | DENMAN |
| P-671* | **** | 9.00-20 MILITARY NDCC | Roll Shop | DENMAN |
| 5050* | **** | 11.00-16 NDCC | Roll Shop | DENMAN |
| 8121* | **** | 11.00-20 NDCC | Roll Shop | DENMAN |
| P-827* | **** | 11.00-18 N.D.C.C. | Roll Shop | DENMAN |

## Parnelli Jones (Dirt Gripz)

| | | | | |
|---|---|---|---|---|
| P-1074* | PJ-02R | 36 X 14.50R-15 DIRT GRIP RADIAL  BPST  6 PR | Curing | PARNELLI JONES |
|  | PJ-11R | 36 X 14.50R-16.5 DIRT GRIP RADIAL BPST 10 PR | Curing | PARNELLI JONES |
|  | PJ-13R | 36 X 14.50R-16 DIRT GRIP RADIAL  BPST 10 PR | Curing | PARNELLI JONES |
| P-1076* | PJ-02R | 36 X 14.50R-15 DIRT GRIP RADIAL  BPST  6 PR | Roll Shop | PARNELLI JONES |
|  | PJ-11R | 36 X 14.50R-16.5 DIRT GRIP RADIAL BPST 10 PR | Roll Shop | PARNELLI JONES |
|  | PJ-13R | 36 X 14.50R-16 DIRT GRIP RADIAL  BPST 10 PR | Roll Shop | PARNELLI JONES |
|  | PJ-32R | 36 X 14.50R-18 DIRT GRIP RADIAL  BPST  8 PR | Roll Shop | PARNELLI JONES |
|  | PJ-33R | 36 X 14.50R-20 DIRT GRIP RADIAL  BPST  8 PR | Roll Shop | PARNELLI JONES |
| P-1081* | PJ-01R | 33 X 12.50R-15 DIRT GRIP RADIAL  BPST  6 PR | Roll Shop | PARNELLI JONES |
|  | PJ-12R | 33 X 12.50R-16 DIRT GRIP RADIAL  BPST 10 PR | Roll Shop | PARNELLI JONES |
|  | PJ-25R | 33 X 12.50R-17 DIRT GRIP RADIAL  BPST 10 PR | Roll Shop | PARNELLI JONES |
|  | PJ-29R | 33 X 12.50R-17 DIRT GRIP RADIAL  BPST 10 PR | Roll Shop | PARNELLI JONES |
| P-1082* | PJ-01R | 33 X 12.50R-15 DIRT GRIP RADIAL  BPST  6 PR | Curing | PARNELLI JONES |
|  | PJ-12R | 33 X 12.50R-16 DIRT GRIP RADIAL  BPST 10 PR | Curing | PARNELLI JONES |
|  | PJ-25R | 33 X 12.50R-17 DIRT GRIP RADIAL  BPST 10 PR | Curing | PARNELLI JONES |
|  | PJ-29R | 33 X 12.50R-17 DIRT GRIP RADIAL  BPST 10 PR | Curing | PARNELLI JONES |
| P-1083* | PJ-03R | 38 X 15.50R-15 DIRT GRIP RADIAL  BPST  6 PR | Curing | PARNELLI JONES |
|  | PJ-18R | 38 X 15.50R-16.5 DIRT GRIP RADIAL BPST 10 PR | Curing | PARNELLI JONES |
|  | PJ-19R | 38 X 15.50R-16 DIRT GRIP RADIAL  BPST 10 PR | Curing | PARNELLI JONES |
|  | PJ-24R | 38 X 15.50R-17 DIRT GRIP RADIAL  BPST 10 PR | Curing | PARNELLI JONES |

* Each Mold shall include:  Mold, Spacers, Top and Bottom Bead Rings, Sidewall Plates, Mold Drawings, Tire Building
Specifications and Tire Compounds/Recipes

A-21

| Mold-S/N# | Item-# | Description | Location | Brand |
|---|---|---|---|---|
| P-1084* | PJ-03R | 38 X 15.50R-15 DIRT GRIP RADIAL  BPST  6 PR | Roll Shop | PARNELLI JONES |
| | PJ-18R | 38 X 15.50R-16.5 DIRT GRIP RADIAL BPST 10 PR | Roll Shop | PARNELLI JONES |
| | PJ-19R | 38 X 15.50R-16 DIRT GRIP RADIAL  BPST 10 PR | Roll Shop | PARNELLI JONES |
| | PJ-24R | 38 X 15.50R-17 DIRT GRIP RADIAL  BPST 10 PR | Roll Shop | PARNELLI JONES |
| P-1085* | PJ-28R | 265/70R-17 DIRT GRIP RADIAL      BPST 10 PR | Curing | PARNELLI JONES |
| P-1136* | PJ-05R | 31 X 10.50R-15 DIRT GRIP RADIAL  BPST  6 PR | Curing | PARNELLI JONES |
| | PJ-06R | 31 X 10.50R-16 DIRT GRIP RADIAL  BPST 10 PR | Curing | PARNELLI JONES |
| P-1137* | PJ-05R | 31 X 10.50R-15 DIRT GRIP RADIAL  BPST  6 PR | Curing | PARNELLI JONES |
| | PJ-06R | 31 X 10.50R-16 DIRT GRIP RADIAL  BPST 10 PR | Curing | PARNELLI JONES |
| P-1138* | PJ-04R | 35 X 12.50R-15 DIRT GRIP RADIAL  BPST  6 PR | Curing | PARNELLI JONES |
| | PJ-07R | 35 X 12.50R-16 DIRT GRIP RADIAL  BPST 10 PR | Curing | PARNELLI JONES |
| | PJ-14R | 35 X 12.50R-16.5 DIRT GRIP RADIAL BPST 10 PR | Curing | PARNELLI JONES |
| | PJ-26R | 35 X 12.50R-17 DIRT GRIP RADIAL  BPST 10 PR | Curing | PARNELLI JONES |
| P-1139* | PJ-04R | 35 X 12.50R-15 DIRT GRIP RADIAL  BPST  6 PR | Curing | PARNELLI JONES |
| | PJ-07R | 35 X 12.50R-16 DIRT GRIP RADIAL  BPST 10 PR | Curing | PARNELLI JONES |
| | PJ-14R | 35 X 12.50R-16.5 DIRT GRIP RADIAL BPST 10 PR | Curing | PARNELLI JONES |
| | PJ-26R | 35 X 12.50R-17 DIRT GRIP RADIAL  BPST 10 PR | Curing | PARNELLI JONES |
| | PJ-30R | 35 X 12.50R-18 DIRT GRIP RADIAL  BPST  8 PR | Curing | PARNELLI JONES |
| P-1161* | PJ-20R | 37 X 12.50R-15 DIRT GRIP RADIAL  BPST  6 PR | Curing | PARNELLI JONES |
| | PJ-21R | 37 X 12.50R-16 DIRT GRIP RADIAL  BPST 10 PR | Curing | PARNELLI JONES |
| | PJ-22R | 37 X 12.50R-16.5 DIRT GRIP RADIAL BPST 10 PR | Curing | PARNELLI JONES |
| | PJ-23R | 37 X 12.50R-17 DIRT GRIP RADIAL  BPST 10 PR | Curing | PARNELLI JONES |
| | PJ-31R | 37 X 12.50R-17 DIRT GRIP RADIAL  BPST 10 PR | Curing | PARNELLI JONES |
| P-1162* | PJ-20R | 37 X 12.50R-15 DIRT GRIP RADIAL  BPST  6 PR | Curing | PARNELLI JONES |
| | PJ-21R | 37 X 12.50R-16 DIRT GRIP RADIAL  BPST 10 PR | Curing | PARNELLI JONES |
| | PJ-22R | 37 X 12.50R-16.5 DIRT GRIP RADIAL BPST 10 PR | Curing | PARNELLI JONES |
| | PJ-23R | 37 X 12.50R-17 DIRT GRIP RADIAL  BPST 10 PR | Curing | PARNELLI JONES |
| | PJ-31R | 37 X 12.50R-17 DIRT GRIP RADIAL  BPST 10 PR | Curing | PARNELLI JONES |
| | PJ-34R | 37 X 12.50R-18 DIRT GRIP RADIAL  BPST  8 PR | Curing | PARNELLI JONES |
| | PJ-35R | 37 X 12.50R-20 DIRT GRIP RADIAL  BPST  8 PR | Curing | PARNELLI JONES |
| P-1208* | PJ-27R | 285/75R-16 DIRT GRIP RADIAL      BPST  8 PR | Curing | PARNELLI JONES |
| P-1209* | PJ-27R | 285/75R-16 DIRT GRIP RADIAL      BPST  8 PR | Curing | PARNELLI JONES |
| P-1218* | PJ-18R | 38 X 15.50R-16.5 DIRT GRIP RADIAL BPST 10 PR | Curing | PARNELLI JONES |
| | PJ-19R | 38 X 15.50R-16 DIRT GRIP RADIAL  BPST 10 PR | Curing | PARNELLI JONES |
| | PJ-36R | 38 X 15.50R-18 DIRT GRIP RADIAL  BPST  8 PR | Curing | PARNELLI JONES |
| | PJ-37R | 38 X 15.50R-20 DIRT GRIP RADIAL  BPST  8 PR | Curing | PARNELLI JONES |

*Each Mold shall include:  Mold, Spacers, Top and Bottom Bead Rings, Sidewall Plates, Mold Drawings, Tire Building Specifications and Tire Compounds/Recipes*

A-22

# **Building Drums**

| Qty | Description | Rim Size |
|---|---|---|
| 2 | R4 Industrial Rear Tractor | 18" |
| 6 | R4 Industrial Rear Tractor<br>L2 Loader/Dozer<br>G2 Road grader<br>R3 Industrial Rear Tractor<br>24" and 25" Rim Size | 24" and 25" |
| 3 | R4 Industrial Rear Tractor<br>L2 Loader/Dozer<br>G2 Road grader<br>R3 Industrial Rear Tractor<br>24" and 25" Rim Size | 26" and 28" |
| 3 | Skid Steer | 16.5" |
| 1 | Skid Steer | 17.5" |
| 1 | Skid Steer | 19.5" |
| 2 | F3 Industrial Front Tractor | 15" and 16" |
| 2 | F1 & F2 Farm Front & I1 Implement | 15" and 16" |
| 1 | Forklift (Tornel) | 8" |
| 1 | Forklift (Tornel) | 9" |
| 1 | Forklift (Tornel) | 10" |
| 2 | Forklift | 12" |
| 2 | Forklift | 15" |
| 1 | R1 Front Agricultural | 12" |
| 1 | R1 Front Agricultural | 14" |
| 1 | R1 Front Agricultural | 16" |
| 1 | Ditch Digger/OmniTrac/Turf Hugger | 12" |
| 1 | Ditch Digger/OmniTrac/Turf Hugger | 15" |
| 1 | 500-16 Motorcycle - Denman #s CTC-02 & CTC-021 | 16" |
| 1 | 520-13 Premium Sport - Denman #s CLR-011 & CLR-021 | 13" |
| 1 | 520-14 Premium Sport - Denman #s CLR-031 & CLR-041 | 14" |
| 2 | Denman Truck - Denman #s TR-18, TR-20 & TR-23 | 20" |
| 1 | Military Duck - Denman # IL-61 | 18" |
| 1 | Military Mule - Denamn # IND-43 | 10" |
| 2 | Military - Denman # TR-15 | 15" |
| 2 | Military - Denman # TR-12 & TR-42 | 16" |
| 1 | Military - Denman # TR-46 | 16" |
| 1 | Military - Denman # TR-56 | 20" |

A-23

| | | |
|---|---|---|
| 1 | Military - Denman # TR-67 | 20" |
| 2 | Military - Denman # TR-70 & TR-94 | 20" |
| 1 | Military - Denman # TR-71 | 20" |
| 1 | Denman Express Special Trailer | 13" |
| 3 | Denman Express Special Trailer | 14" |
| 2 | Denman Express Special Trailer | 15" |

A-24

**EXHIBIT B**

**INTELLECTUAL PROPERTY, TRADEMARKS, ETC.**

Trademarks, service marks, names, trade names, trade dress, brand names, logos, patents, copyrights, domain names, internet URL's, telephone numbers, tire mold blueprints and plans, specifications, recipes and other proprietary materials, intellectual and intangible personal property of Denman Tire, customer lists, digital photographic and videographic files of product images, marketing brochures and catalogs and all copyrights appurtenant thereto, and any and all derivations and variations thereof, whether or not registered with any governmental authority, used in connection with the Acquired Assets, and all goodwill associated therewith, including, without limitation, the following:

    1.     the name Denman Tire;

    2.     the following United States registered and pending trademarks;

|    | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|----|---------------|-------------|-----------|--------------|-----------|
| 1  | 78877726 | 3459593 | Enduratrec | Tarr | Live |
| 2  | 77651124 | 3753804 | Cargo Carrier | Tarr | Live |
| 3  | 75943281 | 2526797 | Denman | Tarr | Live |
| 4  | 75468751 | 2277580 | Turf Hugger | Tarr | Live |
| 5  | 74564991 | 1917826 | Coyote Light Truck Radials | Tarr | Live |
| 6  | 73072254 | 1044788 | Ground Hawg | Tarr | Live |
| 7  | 77808943 | Pending | Ultra Skid | Tarr | Live |
| 8  | 77531582 | Pending | Lift Trax | Tarr | Live |
| 9  | 77528287 | Pending | Denman Lift Trax | Tarr | Live |
| 10 | 77502969 | Pending | X-Treme Hard Trax | Tarr | Live |

    3.     the Internet URLs http://www.denmantire.com
                    & http://www.ibuydenman.com

    4.     the toll telephone numbers  (330) 675-4242  &  (330) 675-4222
              the toll-free telephone numbers (800) 334-5543  &  (866) 768-1054

The rights of Denman Tire under all warranties and guaranties related to the Acquired Assets.

All rights and privileges granted or related to the Acquired Assets, including the right to sue for past, present and future infringement.

14

17479_00/1001/BCB-935936_3

**EXHIBIT C**

**MOTION**

15

17479_00/1001/BCB-935936_3

EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO ·
## EASTERN DIVISION – YOUNGSTOWN

|  |  |
|---|---|
| ) | |
| ) | CASE NO. 10-40855 |
| IN RE: ) | |
| ) | CHAPTER 7 |
| DENMAN TIRE, LLC ) | |
| ) | JUDGE KAY WOODS |
| Debtor. ) | |
| ) | MOTION OF THE TRUSTEE FOR AN |
| ) | ORDER, PURSUANT TO SECTIONS |
| ) | 105(A) AND 363(b) OF THE BANKRUPTCY |
| ) | CODE, AUTHORIZING THE TRUSTEE TO |
| ) | SELL CERTAIN ASSETS OF DENMAN |
| ) | TIRE , LLC BY PRIVATE SALE |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

Pursuant to sections 105(a) and 363(b) of title 11 of the United States Code, (the "Bankruptcy Code"), Richard G. Zellers, Esq., the chapter 7 trustee appointed in this bankruptcy case (the "Trustee"), moves the Court for entry of an order authorizing the Trustee to approve selling certain assets of Denman Tire, LLC ("Debtor" or "Denman") described in the Asset Purchase Agreement attached as Exhibit A ("Asset Agreement"), free and clear of all liens, claims, encumbrances and interests ("Liens") (the "Motion"). In support of the Motion, the Trustee respectfully represents:

### Jurisdiction

1.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## MEMORANDUM IN SUPPORT

2.      On March 17, 2010 (the "Petition Date"), the Debtor filed a voluntary petition under chapter 7 of the Bankruptcy Code.

3.      On March 19, 2010, the United States Trustee appointed Richard G. Zellers, Esq., as the Trustee in the Debtor's chapter 7 case.

4.      The Debtor operated a manufacturing plant in Leavittsburg, Ohio, (a) manufacturing for other tire sellers private label tires and related products at its plant located at 400 Diehl South Road, Leavittsburg, Ohio, 44430, and elsewhere, and (b) making and selling tires and related products under its own name or tradenames.

5.      As of the Petition Date, Debtor was party to a certain Loan Agreement (the "Existing Senior Credit Agreement") with The CIT Group/Commercial Services, Inc., 11 West 42nd St., 11th Floor, New York, New York, 10036 (the "Bank") pursuant to which Bank committed to loan Debtor money. On information and belief, as of the Petition Date, the total due under the Existing Senior Credit Agreement was approximately $7.8 million. On information and belief, the Bank's loan under the Existing Senior Credit Agreement is secured by substantially all of Debtor's assets.

6.      After due deliberation, the Trustee has determined that the sale contemplated herein is in the best interests of the Debtor's bankruptcy estate and the creditors. The Bank concurs.

### The Proposed Sale of the Acquired Assets

A.      **Agreement and Term Sheet**

7.      Authorized representatives of Coker Tire Company ("Coker Tire") negotiated with the Trustee at arms-length and reached an agreement to purchase certain

assets of the Debtor for a purchase price of $1.2 million in cash to be paid at closing. The Acquired Assets are described in the Asset Agreement.

       8.      The Trustee and Coker Tire executed the Asset Agreement, reflecting this negotiated agreement and describing the specific terms and conditions of the sale on April 28, 2010.

       9.      Coker Tire has provided the Trustee a bid deposit of $250,000 (the "Deposit").

**B.**    **Terms of the sale**[1]

      10.    Assets. Coker Tire will purchase certain assets of the Debtor, wherever located, including without limitation

    (a)     all tire molds, bead rings, specified related building drums, and associated tooling and spacers for such tire molds, and related items, wherever located, including those identified on Exhibit A;

    (b)     all trademarks, service marks, trade names, including, but not limited to "Denman Tire," patents, copyrights, domain names, internet URL's, telephone numbers, tire mold blueprints and plans, specifications, recipes and other intellectual property and intangible personal property including those set forth on Exhibit B and associated goodwill; and

    (c) all of Denman Tire's production line information, books, plans, designs, data, customer lists and information, sales and marketing materials, operating manuals,

---

[1] The terms of sale stated herein are qualified in their entirety by the actual terms in the executed Asset Purchase Agreement.

10-40855-kw   Doc 50   FILED 04/27/10   ENTERED 04/27/10 15:33:48   Page 52 of 100

drawings, specifications, service and maintenance information and other materials pertaining to the Acquired Assets; and

11.    Other Bids.  Coker Tire and Trustee have agreed that, as a result of the pendency of the bankruptcy proceeding, Trustee will be required to entertain other offers from prospective bidders for the Acquired Assets, but time is of the essence. Accordingly, subject to approval of this Court, Trustee and Coker Tire have agreed that if other bids are received, they shall be subject to these terms and conditions:

(a)    subsequent minimum overbids shall be in the amount of at least $50,000 each;

(b)    each bidder submitting an overbid shall (1) provide written evidence satisfactory to Trustee, in his discretion, demonstrating that such bidder has the financial ability to consummate the proposed transaction at the overbid amount and (2) post a cash deposit in an amount equal to and not less than the Deposit; and

(c)    each bidder wishing to overbid shall submit a bid to the Trustee in writing that shall contain terms and conditions that are substantially identical to those set forth in the Asset Agreement (and, in any event, overbids shall not contain terms that are more burdensome to Trustee or contain more conditions than as provided in the Asset Agreement), and shall be accompanied by a copy of the Asset Agreement that is marked to show the changes to the Asset Agreement proposed by the competing bidder.  The deadline for submission of higher or better offers or any other bids will be 5:00 p.m. Eastern Daylight Time, seven (7) business days prior to the date of hearing set y this

Court to approve the sale of the Acquired Assets (the "Sale Hearing") or as otherwise ordered by this Court.

12.    Auction. If he receives at least one qualified bid for the Acquired Assets (other than from Coker Tire), Trustee shall conduct an Auction on the date of the Sale Hearing. Only a qualified bidder who has submitted a qualified bid will be eligible to participate in the Auction; provided, however, Coker Tire shall be deemed a qualified bidder that is entitled to participate in the Auction. Trustee shall present to this Court for consideration and approval at the Sale Hearing the qualified bid which Trustee determines, in his reasonable discretion, constitutes the highest or otherwise best offer for the Acquired Assets. If the Trustee has not received any other qualified bid for the Acquired Assets, he shall seek approval of the sale to Coker Tire.

13.    Closing. Within twenty-four (24) hours of the Sale Hearing, Trustee shall return the Deposit of any unsuccessful bidder. Pursuant to the terms of the Asset Agreement, upon determination and acceptance of the winning bid by a qualified bidder at the Sale Hearing, the parties shall close the sale of the Acquired Assets within five (5) business days thereafter.

14.    Transfer Free of All Liens and Liabilities to Seller. The Acquired Assets will be transferred free and clear of all Liens, of any other person or entity. Liens, shall attach to the sale proceeds. Coker Tire shall not be liable or responsible in any way for any liabilities or obligations of, or relating in any way to, Denman Tire or the Acquired Assets, whether fixed or contingent, known or unknown, liquidated or unliquidated, arising now or in the future. Without limiting the foregoing, Coker Tire does not assume, and shall have no obligation or liability for, any liabilities or obligations of, or relating in

10-40855-kw    Doc 50    FILED 04/27/10    ENTERED 04/27/10 15:33:48    Page 54 of 100

any way to, Denman Tire or the Acquired Assets relating to any contracts or agreements, products, products liability claims, employees, employment matters, employee benefit plans, environmental matters, hazardous materials, antitrust matters, income taxes, withholding taxes with respect to employees, sales and use taxes, franchise and excise taxes, real and personal property taxes, litigation, contractual obligations, regulatory compliance or otherwise.

15.     Purchase Price and Closing.  The purchase price will be $1,200,000 (or such higher price received at the Auction), to be paid in cash at closing.. Closing will occur within five (5) business days of the Sale Hearing on a date and at a location agreed to by Coker Tire and the Trustee (the "Closing").

16.     Conditions.  Conditions to Closing will include:

(a)     the Acquired Assets being sold to Coker Tire shall be sold pursuant to an order entered by the Court, pursuant to 11 U.S.C. § 363, at the Sale Hearing;

(b)     all necessary consents and approvals from third parties, if any, must be obtained;

(c)     the absence of any litigation with respect to interests in the Acquired Assets or challenging the transaction (or an order transferring the Acquired Assets free and clear of such litigation or challenges); and

(d)     the absence of any material adverse change with respect to the Acquired Assets.

17.     Earnest Money Deposit.  Upon execution of the Asset Agreement, Coker Tire deposited $250,000 with the Trustee as earnest money, which funds will be credited

toward the purchase price at Closing or refunded to Coker Tire if the Acquired Assets are not sold to Coker Tire.

18. _Expenses._ Each party will bear its own expenses related to the transaction.

19. _Exclusivity._ Prior to Closing, the Trustee will not seek or solicit the sale of the Acquired Assets to any person or entity other than Coker Tire. However, notice of the sale of the Acquired Assets has been served upon all creditors and all parties who have expressed an interest in the Acquired Assets. The Trustee shall advise any such persons that they may present higher and better bids, on the same terms as the Asset Agreement, but they may not be considered.

20. _Due Diligence._ Before the Sale Hearing, Coker Tire shall have the right to conduct such due diligence as Coker Tire deems necessary. The Asset Purchase Agreement is not, however, conditioned on any due diligence. Coker Tire shall be provided access to (i) the Denham facilities, (ii) all records, documents and information relating to the Acquired Assets, and (iii) Debtors' personnel and representatives.

### Requested Relief

21. Pursuant to sections 105 and 363 of the Bankruptcy Code, and Bankruptcy Rules 401 and 6004, the Trustee seeks authority to sell the Acquired Assets by private sale in accordance with the terms and conditions of the Asset Agreement, free and clear of all liens, claims, encumbrances and interests.

### The Proposed Transactions Is In the Best
### Interests of the Debtors, Their Estates and Creditors

22. Section 105 of the Bankruptcy Code provides in pertinent part that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions" of the Bankruptcy Code. 11 U.S.C. § 105(a). Bankruptcy Code

10-40855-kw    Doc 50    FILED 04/27/10    ENTERED 04/27/10 15:33:48    Page 56 of 100

section 363(b) provides, in relevant part, that the Trustee "after notice and hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1). "In determining whether to authorize the use, sale or lease of property of the estate under this section, courts require the debtor to show that a sound business purpose justifies such actions." Dai-ichi Kangyo Bank, Ltd. v. Montgomery Ward Holding Corp. (In re Montgomery Ward Holding Corp.), 242 B.R. 147, 153 (D. Del. 1999) (citing Committee of Equity Sec. Holders v. Lionel Corp. (In re Lionel Corp.), 722 F.2d 1063, 1071 (2d Cir. 1983) (setting forth the "sound business purpose" test in the context of a sale of assets under § 363(b))); see also In re Delaware & Hudson Ry. Co., 124 B.R. 169 (D. Del. 1991) (adoption Lionel in this District in the context of a sale of assets).

23.     Courts have considered four factors in determining whether a sound business purpose exists:  (i) whether a sound business reason exists for the proposed transaction; (ii) whether fair and reasonable consideration is provided; (iii) whether the transaction has been proposed and negotiated in good faith; and (iv) whether adequate and reasonable notice is provided.  Lionel, 722 F.2d at 1071; see also In re Abbotts Dairies, 788 F.2d 143, 145-47 (3d Cir. 1986) (implicitly adopting the articulated business justification test of Lionel and adding the "good faith" requirement); In re Delaware & Hudson Ry. Co., 124 B.R. at 176; Lubrizol Enters. v. Richmond Metal Finishers, Inc. (In re Richmond Metal Finishers, Inc.), 756 F2d 1043, 1047 (4th Cir. 1985), cert. denied, 475 U.S. 1057 (1986) (court should approve debtor's business decision unless that decision is the product of bad faith, whim, or caprice).

24.     The standards set forth above are plainly met in this case. The proposed transaction will allow the Trustee to recover for the estate at least $1.2 million in cash paid immediately upon closing. The assets being sold are depreciating assets with a limited resale market. Absent this sale, the Bank will likely foreclose upon the Acquired Assets. A foreclosure sale will most likely generate a significantly lower sale price for the Acquired Assets because, among other reasons, Coker Tire will not have the benefit of buying the Assets free and clear of liens, claims, encumbrances and interests under section 363 of the Bankruptcy Code. Such an outcome would prejudice the estate and ultimately diminish any recovery for creditors in this case. For these reasons, the private sale contemplated herein is time sensitive and should be approved.

25.     Fair and reasonable consideration is being provided for the Acquired Assets pursuant to the Asset Agreement. The Purchase Price to be paid by Coker Tire for the Acquired Assets is satisfactory to the Bank. Accordingly, the Trustee believes that the Purchase Price represents fair and reasonable consideration for the Acquired Assets.

26.     Further, the Asset Agreement is the product of good-faith, arm's-length negotiations between Coker Tire and the Trustee.

27.     Finally, adequate and reasonable notice of the proposed transaction has been provided. This Motion has been served on all parties scheduled by Debtor on the mailing matrix or having filed a request for service in this chapter 7 case. This motion discloses the Trustee's intent to sell the Acquired Assets pursuant to 11 U.S.C. § 363(b). Accordingly, the Trustee believes that adequate notice has been provided under the circumstances.

**The Assets Should Be Sold Free and Clear of
Liens, Claims and Encumbrances**

28.     Section 363(f) of the Bankruptcy Code provides that the trustee may sell property free and clear of Liens, if one of the following conditions is satisfied:

>   (a)     applicable nonbankruptcy law permits the sale of such property free and clear of such interest;
>   (b)     the lienholder or claimholder consents;
>   (c)     such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
>   (d)     such interest is in bona fide dispute; or
>   (e)     the lienholder or claimholder could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

29.     The court also may authorize the sale of a debtor's assets free and clear of any Liens, under 11 U.S.C. § 105. See e.g., In re Trans Worlds Airlines, Inc., No. 01-0056, 2001 Bankr. LEXIS 723 at *9, 10 (Bankr. D. Del. March 27, 2001) (stating that "bankruptcy courts have long had the authority to authorize the sale of estate assets free and clear even in the absence of § 363(f)"); Volvo White Truck Corp. v. Chambersburg Beverage, Inc. (In re White Motor Credit Corp.), 75 B.R. 944, 948 (Bankr. N.D. Ohio 1987) ("Authority to conduct such sales [free and clear of liens] is within the court's equitable powers when necessary to carry out the provisions of Title 11").

30.     This Court should authorize the Trustee to sell the Acquired Assets free and clear of any and all Liens, with such Liens to be transferred and attached to the net proceeds from the sale with the same validity and priority that such Liens had against the Debtors.

Respectfully submitted,

/s/Richard G. Zellers
Richard G. Zellers, Esq. (0011764)
3810 Starrs Centre Drive
Canfield, OH 44406
Chapter 7 Trustee
(330)702-0780[telephone]
(330)702-0788[facsimile]
zellersesq@cs.com

**EXHIBIT D**

**APPROVAL ORDER**

.

17479_00/1001/BCB-935936_3

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION – YOUNGSTOWN**

|  |  |
|---|---|
| IN RE: | ) CASE NO. 10-40855 |
|  | ) |
| DENMAN TIRE, LLC | ) CHAPTER 7 |
| | ) |
| Debtors. | ) JUDGE KAY WOODS |
| | ) |
| | ) ORDER, PURSUANT TO SECTIONS |
| | ) 105(A) AND 363(b) OF THE BANKRUPTCY |
| | ) CODE, AUTHORIZING THE TRUSTEE TO |
| | ) SELL CERTAIN ASSETS OF DENMAN |
| | ) TIRE COMPANY |

**ORDER UNDER 11 U.S.C. §§ 105(a) AND 363 AUTHORIZING SALE OF CERTAIN ASSETS OF DENMAN TIRE COMPANY LOCATED IN LEAVITTSBURG, OHIO BY PRIVATE SALE AND FREE AND CLEAR OF ANY AND ALL LIENS, CLAIMS AND ENCUMBRANCES.**

This matter having come before the Court for hearing on _____, May ___, 2010, on the Trustee's Motion for Authority to Sell Certain Assets of Denman Tire Company free and clear of any liens, claims and encumbrances (the "Motion"), the Court approves the sale and finds as follows:

The Trustee filed the Motion pursuant to 11 U.S.C. §§ 105(a) and 363 and Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure. The Motion requested

1 of 10

entry of an Order authorizing the sale of certain Acquired Assets[1] of Denman Tire Company to Coker Tire Company ("Coker Tire"). The Acquired Assets are more particularly described in the Asset Purchase Agreement attached to the Motion as Exhibit A. The proposed sale is to be a sale free and clear of any and all liens, claims, and encumbrances in accordance with the terms of the Asset Purchase Agreement ("Proposed Sale") with all liens, claims, and encumbrances attaching to the sales proceeds.

The CIT Group/Commercial Services, Inc. (the "Bank") is the Debtor's primary secured lender, claiming a first, properly perfected security interest with respect to all of the Acquired Assets. The Bank has consented to the sale of the Acquired Assets under the terms of the Asset Purchase Agreement, and the Bank has agreed that it shall release its liens encumbering the Acquired Assets at the closing, with its liens attaching to the sales proceeds, as contemplated by the Motion and this Order. The Bank joined in the Trustee's Motion and requested that this Proposed Sale be approved on the terms stated.

It appearing to the Court that the highest price for the Acquired Assets may be gained by the Debtor's estate by accepting the offer submitted by Coker Tire in the Asset Purchase Agreement; and

It appearing to the Court that the Trustee and Bank have agreed to the sale to and purchase by Coker Tire of the Acquired Assets based on the terms of the Motion and Order; and

---

[1] Such Acquired Assets, being described in full in the Asset Purchase Agreement, and incorporated herein by reference, and any exhibits thereto, shall include without limitation, i) all tire molds, bead rings, specified related building drums, and associated tooling and spacers for such tire molds, and related items as identified on Exhibit A to the Asset Purchase Agreement; ii) along with all trademarks, service marks, trade names, including, but not limited to "Denman Tire," and associated goodwill, patents, copyrights, internet URL's, telephone numbers, tire mold blueprints and plans, specifications, brands, formulas, recipes and other intellectual property of Denman Tire identified in Exhibit B to the Asset Purchase Agreement, iii) finished goods inventory and supplies related to the Acquired Assets, and iv) customer lists, asset schedules, and all other books, records and information relating to the Acquired Assets.

The provisions of §§ 105(a), 363(b), 363(f), 363(m) and 363(n) of the Bankruptcy Code have been complied with and that consummation of the Asset Purchase Agreement is in the best interest of the Debtor, its creditors, and estates; and

Under the circumstances, good, sufficient and timely notice of the relief sought and granted in this Order (the "Order") has been given and no other or further notice need be given; and

After due deliberation and sufficient cause appearing therefore, the Court hereby FINDS, DETERMINES, AND CONCLUDES THAT:

### Jurisdiction

1. This Court has jurisdiction to hear and determine the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for relief requested in the Motion are §§ 105 and 363 of the Bankruptcy Code and Bankruptcy Rules 2002 and 6004.

2. Proper, timely, adequate and sufficient notice of the Motion and hearing has been provided in accordance with (i) §102(1) of the Bankruptcy Code, and (ii) Bankruptcy Rules 2002 and 6004. No other or further notice of the Motion, the Hearing, or the entry of this Order is required.

3. A reasonable opportunity to object and to be heard regarding the relief requested in the Motion has been afforded all parties in interest.

### General Background

4. On March 17, 2010 ("Petition Date"), the Debtor filed a voluntary petition under chapter 7 of the Bankruptcy Code.

3 of 10

5.     On March 19, 2010, the United States Trustee appointed Richard G. Zellers, Esq., as the Trustee in the Debtor's chapter 7 case.

6.     The Debtor operated a manufacturing plant in Leavittsburg, Ohio, 1) manufacturing private label tires and related products at its plant located at 400 Diehl South Road, Leavittsburg, Ohio, 44430, and elsewhere, for other tire sellers, and i) making and selling tires and related products under its own name or tradenames.

7.     As of the Petition Date, Debtor was party to a certain Loan Agreement (the "Existing Senior Credit Agreement") with Bank pursuant to which Bank committed to loan Debtor money. On information and belief, as of the Petition Date, the total due under the Existing Senior Credit Agreement was approximately $7.8 million. The Bank's loan under the Existing Senior Credit Agreement, on information and belief, is secured by substantially all of Debtor's assets, including the Acquired Assets.

8.     After due deliberation, consummation of the Asset Purchase Agreement and of the transactions contemplated thereby is in the best interests of the Debtor, its creditors, and the estate. The Debtor has ceased operations, the tire molds and related equipment are depreciating assets of uncertain value, and the market of potential buyers is limited. Good and sufficient business justification has been established for consummating the sale of the Acquired Assets pursuant to §363(b) of the Bankruptcy Code. The terms and the conditions of the Asset Purchase Agreement are fair and reasonable. The Asset Purchase Agreement represents the highest and best offer for the sale of the Acquired Assets, and the Purchase Price (as defined in the Asset Purchase Agreement) is fair and reasonable.

9.      The Bank and the Trustee have agreed that the immediate sale of the

Acquired Assets to Coker Tire will generate the highest potential price for the Acquired

Assets and that delay diminishes the value likely to be received for the Acquired Assets

by the Debtor's estate or Bank.

10.      The Trustee, Coker Tire, and Bank negotiated the Asset Purchase

Agreement at arms-length and have acted in "good faith" as defined by section 363(m) of

the Bankruptcy Code.

11.      The Court has determined that the legal and factual bases set forth in the

Motion and the Asset Purchase Agreement establish just cause for the relief granted

herein.

NOW THEREFORE, IT IS HEREBY

1.      ORDERED that the Motion is granted and the Trustee's sale of the

Acquired Assets to Coker Tire pursuant to the terms of the Asset Purchase Agreement is

approved, and it is further

2.      ORDERED that the terms, conditions and transaction contemplated by the

Asset Purchase Agreement with Coker Tire are hereby approved in all respects, and the

sale transaction contemplated thereby is hereby approved in all respects and authorized

under Section 363(b) of the Bankruptcy Code, and it is further

3.      ORDERED that, pursuant to § 363(b) of the Bankruptcy Code, the Trustee

is hereby authorized and empowered to perform under, consummate, and implement the

Asset Purchase Agreement, together with all additional instruments and documents that

may be reasonably necessary or desirable to consummate the sale of the Acquired Assets,

and to take all further actions as may be reasonably requested by Coker Tire for the

purpose of selling, assigning, transferring, granting, conveying and conferring to Coker

Tire, or reducing to possession, any or all of the Acquired Assets or as may be necessary

or appropriate to the performance of the Trustee's and Debtor's obligations contemplated

by the Asset Purchase Agreement and this Order (unless agreed to otherwise by Coker

Tire); and no consents or approvals, other than those expressly provided in the Asset

Purchase Agreement, are required by the Trustee or Debtor to consummate the

transactions; and it is further

4.      ORDERED that, subject to the terms and conditions of the Asset Purchase

Agreement, Coker Tire shall execute all instruments and documents and perform all of its

obligations under the Asset Purchase Agreement and this Order, including, without

limitation, payment of the Purchase Price; and it is further

5.      ORDERED that, pursuant to §§ 105(a) and 363(f) of the Bankruptcy

Code, upon the closing under the Asset Purchase Agreement, the Acquired Assets shall

be transferred to Coker Tire free and clear of any and all liens, claims, or encumbrances,

with all such liens, claims, encumbrances, or interests to transfer, affix and attach to the

net proceeds of the sale of the Acquired Assets in the order of their priority, and with the

same validity, force and effect that they had against the Acquired Assets immediately

prior to the sale of the Acquired Assets, subject to the rights, claims, defenses and

objections, if any, of the Trustee or Debtor and all interested parties with respect to such

liens, claims, or encumbrances.  Such transfer free and clear of liens, claims,

encumbrances, and interests shall include, but not be limited to, any personal property

taxes or similar ad valorem obligations levied with respect to any of the Acquired Assets

for any period that concluded prior to the closing, with any lien, claim, encumbrance or

interest for such pre-closing taxes attaching solely to the proceeds of this sale. And it is further

6.     ORDERED that other than liabilities assumed in connection with the assumption of any executory contract, Coker Tire shall not assume any liabilities or obligations of or relating to the Debtor or the Acquired Assets, including without limitation, liabilities relating to products, employees, or environmental matters. The Court specifically finds that Coker Tire is not a successor to the Debtor, that the sale is not a de facto merger or consolidation of the Debtor and Coker Tire, and that Coker Tire business is not a mere continuation or substantial continuation of the Debtor's businesses; and it is further

7.     ORDERED that Coker Tire shall not bear any liability arising prior to the date of closing, relating to the products, employees, or business operations of the Debtor. Pursuant to §105 of the Bankruptcy Code, any holder of a claim is prohibited from taking any action or enforcing any lien or encumbrance for the purpose of obtaining payment on account of such claim from Coker Tire; and it is further

8.     ORDERED that each party will bear its own expenses related to the transaction. It is further

9.     ORDERED that the Asset Purchase Agreement was negotiated, proposed and entered into by the parties without collusion, in good faith, and from arms'-length bargaining positions. Coker Tire is a buyer in good faith under § 363(m) of the Bankruptcy Code and upon consummation of the sale of the Acquired Assets, is entitled to the protections afforded thereby. Neither the Trustee, the Debtor, the Bank, nor Coker Tire has engaged in any conduct that would cause or permit the Asset Purchase

10-40855-kw    Doc 50    FILED 04/27/10    ENTERED 04/27/10 15:33:48    Page 67 of 100

Agreement and the transactions contemplated thereby to be avoided under § 363(m) of the Bankruptcy Code. It is further

10.     ORDERED that the transfer of the Acquired Assets pursuant to the Asset Purchase Agreement (a) are or will be legal, valid and effective transfers of property of the Debtor's estate to Coker Tire, and (b) except as provided in the Asset Purchase Agreement or agreed by the parties, vest or will vest Coker Tire with good title to the Acquired Assets, free and clear of any and all liens, claims, interests, and encumbrances under § 363(f) of the Bankruptcy Code; and it is further

11.     ORDERED that all of the provisions of this Order and the Asset Purchase Agreement are nonseverable; and it is further

12.     ORDERED that this Court retains jurisdiction (i) to enforce and implement the terms and provisions of the Asset Purchase Agreement, all amendments thereto, any waivers and consents thereunder, and of each of the agreements executed in connection therewith, (ii) to compel delivery of the Acquired Assets in accordance with the terms of the Asset Purchase Agreement and this Order, (iii) to compel delivery of the Purchase Price in accordance with the Asset Purchase Agreement and this Order, (iv) to resolve any disputes, controversies or claims arising out of or relating to the Asset Purchase Agreement and this Order, and (v) to interpret, implement and enforce the provisions of this Order; and it is further

13.     ORDERED that the terms and provisions of the Asset Purchase Agreement together with the terms and provisions of this Order, shall be binding in all respects upon the Trustee, the Bank, Debtor, its creditors and estate, Coker Tire, and their respective affiliates, successors and assigns, and any affected third parties, and all

persons asserting a claim against or interest in the Debtor's estate or any of the Acquired Assets to be sold pursuant to the Asset Purchase Agreement and this Order. The Asset Purchase Agreement, and this Order and the transactions contemplated thereby shall be specifically performable, enforceable against, binding upon and not subject to rejection by, any Chapter 7 Trustee of the Debtor or of any Liquidating Agent or other Estate Representative appointed; and it is further

14.    ORDERED that the Asset Purchase Agreement and this Order and any related agreements, documents or other instruments may be modified, amended or supplemented by the parties thereto in accordance with the terms thereof without further order of the Court, provided that any such modification, amendment or supplement is not material; and it is further

15.    ORDERED that, this Order shall (i) be effective, binding and enforceable immediately upon entry, and (ii) not be stayed pursuant to Bankruptcy Rules 6004(g).

###

APPROVED FOR ENTRY:

COUNSEL FOR SECURED CREDITOR          TRUSTEE
CIT Group/Commercial Services, INC.


By: /s/ Matthew E. Tashman            By:/s/Richard G. Zellers
MATTHEW E. TASHMAN                    RICHARD G. ZELLERS
Reed, Smith LLP                       Richard G. Zellers & Associates
2500 One Liberty Place                3810 Starrs Centre Dr.
Philadelphia PA 19103                 Canfield, OH 44406
Telephone: (215) 241-7996             Telephone: 330-702-0780
Email: mtashman@reedsmith.com         Email: zellersesq@cs.com

9 of 10

COUNSEL FOR COKER TIRE COMPANY

By: /s/Bruce C. Bailey
BRUCE C. BAILEY, BPR No. 011217
Chambliss, Bahner & Stophel, P.C.
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402-2500
Telephone: 423/756-3000
Facsimile: 423/508-1209
Email: bbailey@cbslawfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I did send a copy of the foregoing Motion of the Trustee to Sell Certain Assets via regular U.S. Mail or electronic filing on this 27th day of April, 2010 to all parties identified on the attached Service List and to the following:

Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Room 441
Cleveland, OH 44114

Denman Tire, LLC
400 Diehl South Road
Leavittsburg, OH 44430

Attorney Carl D. Rafoth
100 East Federal Street, Ste 300
City Centre One Bldg.
Youngstown, OH 44503-1810

Attorney Matthew E. Tashman
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103

Attorney Kenneth A. Calderone
Hanna, Campbell & Powell, LLP
3737 Embassy Parkway
PO Box 5521
Akron, OH 44334

Attorney Saul Eisen
24100 Chagrin Blvd.
Beachwood, OH 44122

Attorney David M. Fusco
Schwarzwald McNair & Fusco LLP
616 Penton Media Building
1300 East Ninth Street
Cleveland, OH 44114

Attorney Brian J. Green
25101 Chagrin Blvd.
#220
Beachwood, OH 44122

Attorney Grant A. Mason
Miller & Mast
88 S. Monroe St.
Millersburg, OH 44654

Attorney Jon A. Oldham
Oldham Kramer
195 South Main St.
Suite 300
Akron, OH 44308-1314

Attorney Gregory L. Taddonio
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

Attorney Richard J. Thomas
6 Federal Plaza Central
Suite 1300
Youngstown, OH 44503

Attorney Thomas Jeffrey Tumlin
Novak, Robenalt & Pavlik, LLP
Skylight Office Tower, Suite 950
1660 West 2nd Street
Cleveland, OH 44113

/s/ Melody Dugic Gazda
**RICHARD G. ZELLERS (0011764)**
**MELODY DUGIC GAZDA (0047122)**

Label Matrix for local noticing
0647-4
Case 10-40855-kw
Northern District of Ohio
Youngstown
Mon Mar 29 11:23:09 EDT 2010

Alliance Tire Co. (1992) USA Ltd.
P.O. Box B
730 Eastern Avenue
Malden, MA 02148-5924

Denman Tire, LLC
400 Diehl South Road
Leavittsburg, OH 44430-9498

Interco Tire Company
c/o Richard J. Thomas
6 Federal Plaza Central, #1300
Youngstown, OH 44503-1508

U.S. Bankruptcy Court
Fed Bldg & US Courthouse
10 East Commerce Street
Youngstown, OH 44503-1677

A & M TOWING & ROAD SERVICE
P. O. BOX 115
GIRARD, OH 44420-0115

AA BLUEPRINT COMPANY INC.
2757 GILCHRIST RD.
AKRON, OH 44305-4400

ACE CONTROLS, INC.
6745 RELIABLE PARKWAY
CHICAGO, IL 60686-0001

ACTION SUPPLY PRODUCTS, INC.
1065 MONTOUR WEST INDUST. PARK
CORAOPOLIS, PA 15108-9308

AIR TECHNOLOGIES
P.O. BOX 73278
CLEVELAND, OH 44193-0002

AIRGAS
PO BOX 802576
CHICAGO, IL 60680-2576

AKABAS & SPROULE
ATTORNEYS AT LAW
488 MADISON AVE., 11TH FLOOR
NEW YORK, NY 10022-5701

AKROCHEM CORPORATION
255 FOUNTAIN ST.
AKRON, OH  44304
LEHIGH TECHNOLOGIES OF GA.,LLC
PO BOX 934905
ATLANTA, GA 31193-4905

ALAN L. GRANT RUBBER DIVISION
IMPERIAL COMMODITIES CORP.
17 BATTERY PLACE - 6TH FLOOR
NEW YORK, NY 10004-1207

ALLIED WASTE SERVICES
P.O.BOX 9001099
LOUISVILLE, KY 40290-1099

AMERICAN CASTING &
MANUFACTURING CORPORATION
51 COMMERCIAL STREET
PLAINVIEW, NY 11803-2401

AMERICAN INTERNATIONAL
214 SHADY OAKS COURT
MARTINEZ, GA 30907-7916

ANTENUCCI, INC.
1493 PHOENIX ROAD, N.E.
WARREN, OH 44483-2898

APPLIED INDUSTRIAL TECHNOLOGY
22510 NETWORK PLACE
CHICAGO, IL 60673-0001

AQUA SCIENCE
1601 WOODLAND AVENUE
COLUMBUS, OH 43219-1135

ASPEN PUBLISHERS, INC.
4829 INNOVATION WAY
CHICAGO, IL 60682-0001

AUSTIN TAPE & LABEL, INC.
3350 CAVALIER TRAIL
STOW, OH 44224-4906

AVIZNET
PO BOX 182364
COLUMBUS, OH 43218-2364

Aaron Andrella
114 South High Street
Cortland, OH 44410-1416

Aaron Mladenoff
3984 S. Schenley Ave - Apt #3
Youngtown, OH 44511-3463

Albert F. Mason
4900 Spencer Avenue
Newton Falls, OH 44444-9403

Albert J. Johnson Jr.
2010 State Rd. W.
Warren, OH 44481-9477

Albert Patchin
P O Box 245
Leavittsburg, OH 44430-0245

Alice B. Felden
92 South Shore Dr.
Boardman, OH 44512-5927

Althea Mc Curdy
430 Columbia Avenue
Newton Falls, OH 44444-1403

Andrew Alexzulian
532 Taylor Ave.
Cuyahoga Falls, OH 44221-5038

Andrew E. Svoboda
5837 Thompson Clark Road
Bristolville, OH 44402-8725

Andrew J Sigley Sr
4004 Evaline Drive Se
Warren, OH 44484-4004

Andrew J. Cetrone
2405 Tyro Ave.
Akron, OH 44305-3127

Angela Hussar
2111 Woodland N.E.
Warren, OH 44483-5539

Anthony Dejacino
2139 Beechwood
Warren, OH 44483-4205

Anthony Fortney
629 Potic Dr.
Leavittsburg, OH 44430-9622

Anthony Garcia
3424 Green Garden Circle
Virginia Beach, VA 23453-2852

Anthony Krusely Iii
5117 Palmyra Rd
Warren, OH 44481-9711

Anthony M. Chismar Jr.
364 Afton Avenue
Boardman, OH 44512-2310

Anthony Magrini
4625 Yarmouth Lane
Youngstown, OH 44512-1746

Anthony R. Balent
4954 Pritchard-Ohltown Road
Newton Falls, OH 44444-9450

Arlo D. Culp
845 Palmyra Rd.
Warren, OH 44485-3724

Arthur Howard
Lot #15
Middlesboro, KY  40965

Arthur L. Burks Sr.
2759 Randolph N.W.
Warren, OH 44485-2520

Arthur Stroud
4700 Eagle Creek Road
Leavittsburg, OH 44430-9404

Arthur W. Barnby
816 41st Nw
Canton, OH 44709-2539

Ashley Barker
15212 S. Blackfeather Dr.
Olatne, KS 66062-3707

Averil Whetzel
1524 Mcmyler St. N.W.
Warren, OH 44485-2701

BACK ON TRACK
C/O GATEWAY REHIBILITATION CTR
311 ROUSER ROAD
MOON TOWNSHIP, PA 15108-6801

BARTELL MACHINERY SYSTEMS,LLC
NW 5384
PO BOX 1450
MINNEAPOLIS, MN 55485-1450

BEKAERT CORPORATION
P.O. BOX 75204
CHARLOTTE, NC 28275-0204

BLACKHAWK, INCORPORATED
930 BLUE GENTIAN RD. SUITE 400
EAGAN, MN 55121-1675

BRENNER INDUSTRIAL SALES
4200 LAKE PARK ROAD
YOUNGSTOWN, OH 44512-1805

BUCKEYE INDUSTRIAL MINING CO.
P.O. BOX 974752
DALLAS, TX 75397-4752

BUCKEYE WELDER SALES
721 NORTH CANAL STREET
NEWTON FALLS, OH 44444-1316

BUCKINGHAM, DOOLITTLE
& BURROUGHS, LLP
P. O. BOX 71-4085
COLUMBUS, OH 43271-4085

BUSINESS & LEGAL REPORTS, INC.
141 MILL ROCK ROAD EAST
OLD SAYBROOK, CT 06475-4212

Barry Gene Adkins
1605 Larchmont Avenue
Warren, OH 44483-3957

Ben Hudak
868 Kenmore N.E.
Warren, OH 44483-4234

Ben T. Davis, Jr.
16293 E Alameda Place, #103
Aurora, CO 80017-1147

Benedict J. Billock
167 Edward St.
Warren, OH 44483-1117

Benjamin E. Yurko
837 South Street
Niles, OH 44446-3045

Benjamin L. Davis, Jr.
742 Virginia Drive
Warren, OH 44483-1635

Benjamin L. Davis, Sr.
938 Pershing Avenue
Warren, OH 44485-3050

Benny Thompson
914 Tait Road Sw
Warren, OH 44481-9643

Bernard Benson
4498 Helsey Fusselman Road
Southington, OH 44470-9512

Bernard Zickefoose
3176 Warren-Burton Road
Southington, OH 44470-9581

Betty A. Falatic
2058 Reeves Road N.E.
Warren, OH 44483-4326

Bill E. Leonard
611 Scott Avenue
Niles, OH 44446-2915

Blake N. Smith
4365 Columbia Avenue
Newton Falls, OH 44444-1414

Brad Hosmer
353 Park Rd.
Leavittsburg, OH 44430-9503

Bradley Speece
4850 Duck Creek Road
North Jackson, OH 44451-9736

Brandon Jobak
21516 Lakeview St
St.Clair Shores, MI 48080-1439

Brenton Turner
751 St. Rt. 534 Sw
Newton Falls, OH 44444-9560

Brian A. Diglaw
2348 Williams Drive
Cortland, OH 44410-9307

Brian D. Brogdon
1347 Jefferson St. S.W.
Warren, OH 44485-3554

Brian D. Williams
288 Raymond Ave.
Warren, OH 44483-1154

Brian K. Wright
1174 Pearl St. Sw
Warren, OH 44485-3650

Brian L. Pumerola
3331 Warren-Ravenna Rd.
Newton Falls, OH 44444-9762

Brian L. Grunder
2131 Miller Graber Rd.
Newton Falls, OH 44444-9745

Brian Mc Laughlin
182 N. Navarre
Youngstown, OH 44515-2808

Brian Simmons
938 Pershing Ave.
Warren, OH 44485-3050

Bridgette Hopkins
709 S. Schenley
Youngstown, OH 44509-3030

Bruce L. Mitchell
35 N Clover St
Niles, OH 44446-1653

Bryan Davis
4372 Mcconnell East Road
Southington, OH 44470-9528

Bryan Freeborn
194 S. Cleveland
Niles, OH 44446-3704

Burnam L. Cornelius
17299 Galehouse Road
Doylestown, OH 44230-9313

CEL CARDINAL LABORATORIES, LLC
2870 SALT SPRINGS ROAD
YOUNGSTOWN, OH 44509-1036

CENTIMARK CORPORATION
P. O. BOX 360093
PITTSBURGH, PA 15251-6093

CHEM-TREND INCORPORATED
LOCK BOX #22002
22002 NETWORK PLACE
CHICAGO, IL 60673-0001

CHEMSPEC LTD
3570 EXECUTIVE DRIVE, SUITE 21
UNIONTOWN, OH 44685-6713

CINTAS CENTRALIZED
A/R (310)
PO BOX 2778
NORTH CANTON, OH 44720-0778

CINTAS FIRST AID & SAFETY
1 ANDREWS CIRCLE
BRECKSVILLE, OH  44141
CINTAS DOCUMENT MANAGEMENT
1 ANDREWS CIRCLE
BRECKSVILLE, OH 44141-3250

CONTEMPORARY BUSINESS PRODUCTS
154 YOUNSTOWN-HUBBARD RD STE E
P.O. BOX 189
HUBBARD, OH 44425-0189

CONTINENTAL CARBON CO.
15169 COLLECTIONS CENTER DR.
CHICAGO, IL 60693-0001

CONTINENTAL TIRE NORTH AMERICA
CGT FUNDING INC
PO BOX 60049
CHARLOTTE, NC 28260-0049

CONTROL ASSOCIATES, INC.
P.O. BOX 187
CHAGRIN FALLS, OH 44022-0187

CORTLAND TRACTOR SALES CO.
6192 WARREN ROAD N.E.
CORTLAND, OH 44410-8799

COUNTRYWIDE TIRE AND RUBBER
LOCK #CTR SDS 12-2014
P.O. BOX 86
MINNEAPOLIS, MN 55486-0086

CUTTING EDGE LANDSCAPING
5415 KUSZMAUL AVE. NW.
WARREN, OH 44483-1269

Calvin Grant
10195 Silica Sand Rd.
Garrettsville, OH 44231-9418

Carl H. Byer
3954 West River Road
Newton Falls, OH 44444-9426

Carl J. Byer
3513 Lynwood Dr., N.W.
Warren, OH 44485-1316

Carl L. Ruttig
2352 Spring Lake Circle
Atwater, OH 44201-9366

Carlton R. Derr, Jr.
7517 Balint Ave
Masury, OH 44438-1401

Carmen Bernadella
6862 Youngstown-Conneaut Road
Kinsman, OH  44428

Cecil D. Knight
4953 Anderson Anthony Road
Leavittsburg, OH 44430-9765

Cecil L. Haynes, Jr.
3008 Aris St.
Warren, OH 44485-1601

Chad M Brown Sr
2735 Merriweather St. Nw
Warren, OH 44485-2508

Charles E. Aldridge
1421 Castillion N.E.
Warren, OH 44484-1406

Charles E. Ripley
14713 Mock Road
Berlin Center, OH 44401-8748

Charles L. Baldwin
5365 Niles Avenue
Newton Falls, OH 44444-1889

Charles M. Maynard
66 Dogwood Drive
Andover, OH 44003-9487

Charles O. Hunt, Jr.
326 Center St. East
Warren, OH 44481-9312

Charles R. Collins
2850 Hewitt Gifford Road
Warren, OH 44481-9112

Charles R. Grimm
6658 Riverside Ave.
Leavittsburg, OH 44430-9745

Charles R. Wright
108 Foxcross Dr.
Hendersonville, TN 37075-2652

Charles Ratcliff
37742 Easy Avenue
Zephyrhills, FL 33542-3227

Charles Rogers
48 Wilson Ave
Niles, OH 44446-1929

Charlotte V. Lemaster
3806 State Route 82
Newton Falls, OH 44444-9581

Christina A. Ring
714 Greenville Road
Bristolville, OH 44402-9790

Christopher M. Miller
3457 Hidden Brook Dr.
Ravenna, OH 44266-9088

Christopher Wright
2615 St Rt 59 Lot 64
Ravenna, OH 44266-1664

Cindy M. Allen
838 Tod Ave N.W.
Warren, OH 44485-2824

Clarence G. Bodnar
2352 West River Road
Newton Falls, OH 44444-9413

Clarence W. Clonch
501 Newton Drive
Newton Falls, OH 44444-1919

Clark E. Christy
1418 Dilley Rd.
Warren, OH 44485-2003

Cleveland G. Hightower Jr.
2524 Volney Rd.
Youngstown, OH 44511-1443

Clifton Harding
613 Ridge Road Apt# 208
Newton Falls, OH 44444-2001

Clyde Mc Adams
1808 Drexel Ave. Nw
Warren, OH 44485-2122

Clyde W. Stimpert
4960 Scott St.
Newton Falls, OH 44444-9405

Constantino F. Navarra
2789 East River Road
Newton Falls, OH 44444-9790

Cory L. Larabee
2080 S. Leavitt Rd.
Warren, OH 44481-9118

Cory Luscombe
580 Afton Ave.
Boardman, OH 44512-2330

Craig A. Wix
807 Columbia Ave.
Newton Falls, OH 44444-1412

Curtis Bieber
7853 A Walnut Street
Boardman, OH 44512-7749

D. B. RICE TIRE CO.
909 EAST STREET
FREDERICK, MD 21701-4695

D. K. STULL EQUIPMENT INC.
618 OPHELIA AVENUE
NEWTON FALLS, OH 44444-1471

DAVIS ROTHWELL EARLE
& XOCHIHUS PC
111 SOUTHWEST FIFTH AVE, #2700
PORTLAND, OR 97204-3650

DENMAN TIRE CORPORATION
PO BOX 33402
CHARLOTTE, NC 28233-3402

DENMAN TIRE RETIREE VEBA
FIVE GATEWAY CENTR, STE 620
60 BLVD OF THE ALLIES
PITTSBURG, PA 15222-1214

DOMINION EAST OHIO
P.O. BOX 26785
#3 4204 0013 0031
RICHMOND, VA 23261-6785

DREW, ECKL & FARNHAM
ATTORNEYS AT LAW
P.O. BOX 7600
ATLANTA, GA 30357-0600

DYNAMIC TIRE CORPORATION
155 DELTA PARK BLVD
BRAMPTON, ON  L6T 5M8

Dale E. Ross
2178 Miller Graber Road
Newton Falls, OH 44444-9745

Dale Garman
4546 N. Leavitt Road
Warren, OH 44485-1145

Dale J. Haag
2465 Manor
Poland, OH 44514-1546

Dale K. Armstrong
4378 Davis Peck Rd
Farmdale, OH 44417-9741

Dale R. Hinzman, Jr.
899 Bentz Road
Leavittsburg, OH 44430-9628

Dale W. Stidham
18 Timber View Drive
Hubbard, OH 44425-8716

Daniel Gillen, Jr.
1231 North Rd. Apt. 249
Niles, OH 44446-2219

Daniel Hall
7300 Phillips Rice Rd
Cortland, OH 44410-9680

Daniel J. Potts
4959 Bedell Rd.
Berlin Center, OH 44401-9729

Daniel L. Poling
1716 Kale Adams Rd Sw
Warren, OH 44481-9716

Daniel L. Seybert
P.O. Box 243
Newton Falls, OH 44444-0243

Daniel M. Evans
3456 Templeton Road
Warren, OH 44481-9139

Daniel T. Fetterolf
2475 Prestonvale Road
Ontario, Canada,    0

Danny Byron Willett
3619 Us Highway 411 Ne
White, GA 30184-2428

Danny L. Showalter
3384 Overlook S.E.
Warren, OH 44484-3638

Darryl Cofield
717 Austen Ave
Warren, OH 44485-3509

Darryl Roberts
2706 Steele St. Sw
Warren, OH 44485-3382

David A. Rowe
636 Cooper Street
Lowellville, OH 44436-1002

David Barker
Hc 67 Box 43
Valley Head, WV 26294-9701

David E. Turner
613 Columbia
Newton Falls, OH 44444-1408

David Elioff
120 W. Main St.
Newton Falls, OH 44444-1102

David Fleming
134 Champion Street West
Warren, OH 44483-1414

David G. Humphrey
622 Fisher St.
Leavittsburg, OH 44430-9746

David G. Miller
2757 East River Road
Newton Falls, OH 44444-9790

David G. Pinney
2810 Rosemont Rd
North Jackson, OH 44451-9718

David J. Campbell
2801 Clearwater N.W.
Warren, OH 44485-2213

David J. Germano
3076 Bazetta Rd.
Cortland, OH 44410-9176

David J. Rapczak
4917 Fairview Ave., S.W.
Newton Falls, OH 44444-9419

David J. Simko
2336 Parkwood Dr. N.W.
Warren, OH 44485-2331

David J. Sinea
429 Wheelock N.E.
Warren, OH 44484-2146

David L. Nevinski
477 Ruth Avenue
Leavittsburg, OH 44430-9428

David M. Mc Gregor
3535 Dickenson Road
Ashtabula, OH 44004-4411

David Mc Cloud
2122 Beechwood Blvd Ne
Warren, OH 44483-4206

David Mickel
4780 Damon Ave.
Warren, OH 44483-1364

David S. Davis
1691 Braceville Robinson Rd
Southington, OH 44470-9529

David Siege
7129 Stewart Sharon Rd.
Hubbard, OH 44425-3033

David W. Smith
255 Kenmore N.E.
Warren, OH 44483-5515

De'haven C. Jordan
4648 Elm St.
Leavittsburg, OH 44430-9720

Dean J. Timko
110 Baker Ave.
Hermitage, PA 16148-1801

Delbert E. Sumpter
4621 Maple Dr., S.W.
Newton Falls, OH 44444-9721

Dennis C. Kuchta
587 Braceville Robinson Road
Newton Falls, OH 44444-9584

Dennis E. Seger
417 Elvina
Leavittsburg, OH 44430-9716

Dennis K. Mc Cune
3007 Bilburstan Rd.
Akron, OH 44312-1707

Dennis M. Copanic
217 Pennsylvania Ave.
Mcdonald, OH 44437-1937

Dennis P. George
28b Hunters Wood Blvd
Canfield, OH 44406-8788

Dion Chaney
3380 Tanya N.W.
Warren, OH 44485-1321

Don Albert
2909 Custer-Orangeville Rd.
Burghill, OH 44404-9708

Don E. Davis
1688 St. Rt. 534
Southington, OH 44470-9527

Don Parise
8495 High St. Ne
Warren, OH 44484-2018

Donald Brown
1746 N Duck Creek Rd
North Jackson, OH 44451
Curt Bryan
5205 Manor Stone St.
Las Vegas, NV 89081-2949

Donald E. Hursell II
3310 Deidrick Rd.
Kent, OH 44240-5222

Donald E. Miller
2865 E. River Road
Newton Falls, OH 44444-8731

Donald J. Gargano
2075 Weir Rd Lot 54
Warren, OH 44483-2866

Donald Jones
9301 South Olive Lane
Sun Lakes, AZ 85248-7028

Donald L. Strock
2011 State Road
Warren, OH 44481-9477

Donald Moore
8131 Burnett Road
Avon, IN 46123-7518

Donald Placer
476 Circle Avenue
Newton Falls, OH 44444-1222

Donald Robinson
2154 Draper Street S.E.
Warren, OH 44484-5329

Douglas A. Hampton
1651 Dodge St. Nw
Warren, OH 44485-1822

Douglas E. Kalbfleisch
7935 Raglan Dr. Ne
Warren, OH 44484-1440

Douglas P. Benson
260 Pleasant Park #97
Warren, OH 44481-9443

Duane Henline
2461 Newton Tomlinson Road
Newton Falls, OH 44444-9725

Dwayne E. Sindledecker
129 Durst Drive
Warren, OH 44483-1156

Dwayne M. Crim
Dwayne M. Crim
3517 Ivy Hill Circle, Suite D
Cortland, OH 44410-9341

EMBARQ
P.O. BOX 660068
DALLAS, TX 75266-0068

ERIE CONCRETE & STEEL SUPPLY
P. O. BOX 10336
ERIE, PA 16514-0336

EUROGLASS
PO BOX 2834
LABELLE, FL 33975-2834

EVERHARD PRODUCTS, INC.
1016 NINTH ST., S.W.
CANTON, OH 44707-4100

EXCEL POLYMERS, LLC
MSC-410693
PO BOX 415000
NASHVILLE, TN 37241-5000

Eddie Blair
741 Linwood
Youngstown, OH 44511-1412

Eddie L. Jones Jr.
1640 Hamilton
Warren, OH 44485-3525

Edley A. Bates
1539 Palmyra Road
Warren, OH 44485-3740

Edmond J. Billion
2145 Grissom Dr., N.E.
Warren, OH 44483-4319

Edward Bellan, Jr.
345 Prentice Road Nw
Warren, OH 44481-9411

Edward Buffone
3565 Meadowbrook
Leavittsburg, OH 44430-9609

Edward Cash
1884 Victoria S.W.
Warren, OH 44485-3545

Edward E. Smith
3275 Barclay Messerly Road
Southington, OH 44470-9756

Edward L. Morrison
17620 Milton Avenue
Lake Milton, OH 44429-9524

Edward M. Klein Jr.
P.O. Box 4302
Austintown, OH 44515-0302

Edward O. Beckner
10600 St Rt 303
Windham, OH 44288-9778

Edward Petela
9001 Sunrise Lakes Blvd
Sunrise, FL 33322-6073

Efthemos Hazinakis
4057 County Line Road
Newton Falls, OH  44444

Eileen A. Oliver
127 Vance Street
New Wilmington, PA 16142-2233

Elliot Jones, Jr.
1223 North Road Se, Apt. 8
Niles, OH 44446-2229

Elliot Jones, Sr.
3133 Williamsburg N.W.
Warren, OH 44485-2256

Elmer L. Perry
5445 West Earl Drive
Golden Valley, AZ 86413-8089

Elmer Small
4959 Oviatt-Windham Road
Newton Falls, OH 44444-9528

Emanuele Cicero
52 Nickleby Down
Brentwood, TN 37027-7623

Emery Kiss, Jr.
1276 Rowe Street
Akron, OH 44306-2666

Emil J. Rossi, Jr.
521 State Road
Warren, OH 44483-1627

Erik John Lesnansky
79 North Turner Road
Austintown, OH 44515-2135

Ernest Humphrey
619 Diehl South Road
Leavittsburg, OH  44430

Ervin R. Lockhart, Jr.
2115 St Rte 534
Southington, OH 44470-9513

Eugene Albani, Jr
1055 North Road Se
Warren, OH 44484-2702

Eugene C. Greathouse
1700 Kale Adams Road S.W.
Warren, OH 44481-9716

| | | |
|---|---|---|
| Eugene Rood<br>60 Bridge St.<br>Newton Falls, OH 44444-1358 | F.D. JOHNSON CO.<br>P.O. BOX 631153<br>CINCINNATI, OH 45263-1153 | FARLEY COMPANY<br>4411 CRYSTAL PARKWAY<br>KENT, OH 44240-8014 |
| FE SOLUTIONS CORP.<br>P.O. BOX 3687<br>AKRON, OH 44309-3687 | FERRELLGAS<br>PO BOX 173940<br>DENVER, CO 80217-3940 | FIMCO<br>P. O. BOX 9283<br>CHATTANOOGA, TN 37412-0283 |
| FIRE FOE<br>999 TRUMBULL AVENUE<br>GIRARD, OH 44420-3400 | FIRST INSURANCE FUNDING CORP.<br>8075 INNOVATION WAY<br>CHICAGO, IL 60682-0080 | FORUM HEALTH SERVICES<br>P.O. BOX 634412<br>CINCINNATI, OH 45263-4412 |
| FRANK GATES SERVICES CO<br>PO BOX 635996<br>CINCINNATI, OH 45263-5996 | FRANK RANDOLPH<br>729 BROCHARDT BLVD<br>KNOXVILLE, TN 37934-0935 | Florence Sumpter<br>4621 Maple Dr. Sw.<br>Newton Falls, OH 44444-9721 |
| Francis D. Gilanyi<br>1500 S. Leavitt Rd.<br>Warren, OH 44481-9163 | Frank A. York<br>8128 Anderson Ave.<br>Warren, OH 44484-1533 | Frank Cash<br>1617 Westwood N.W.<br>Warren, OH 44485-1839 |
| Frank D. Click<br>852 Laird Ave. Ne<br>Warren, OH 44483-5204 | Frank G. Wall<br>468 Flora Ave.<br>Akron, OH 44314-3710 | Frederic K. Frakes<br>333 Howe Road<br>Kent, OH 44240-7268 |
| G. M. ROOT, INC.<br>160 RIDGE ROAD<br>BUFFALO, NY 14218-1035 | GE CAPITAL<br>P.O. BOX 642111<br>PITTSBURGH, PA 15264-2111 | GE FLEET SERVICES<br>P.O. BOX 100363<br>ATLANTA, GA 30384-0363 |
| GECCO ELECTRIC LLC<br>4400 SANDY CT<br>NEW MIDDLETON, OH 44442<br>TRUMBULL INDUSTRIES<br>P.O. BOX 200<br>WARREN, OH 44482-0200 | GENERAL BINDING CORPORATION<br>P. O. BOX 71361<br>CHICAGO, IL 60694-1361 | GODFREY & KAHN ATTORNEYS AT LA<br>780 NORTH WATER STREET<br>MILWAUKEE, WI 53202-3512 |
| GOLDSMITH & EGGLETON, INC.<br>P.O. BOX 631004<br>CINCINNATI, OH 45263-100<br>TECHNICAL PRODUCTS, INC.<br>LOCATION 0442<br>CINCINNATI, OH 45264-0001<br>Garard Bell<br>2610 Duke Ave.<br>Warren, OH 44484-5336 | GRAINGER<br>DEPT. 952 - 811679000<br>PALATINE, IL 60038-0001<br><br><br><br>Garland G. Braniger<br>9606 Preston Spring Dr.<br>Louisville, KY 40229-1181 | GROSSMAN, YANAK & FORD LLP<br>THREE GATEWAY CENTER<br>SUITE 1800<br>PITTSBURGH, PA 15222<br><br><br>Garry A. Padula<br>4551 Warren Road<br>Newton Falls, OH 44444 |

Garry H. Greathouse
1694 Kale Adams
Warren, OH 44481-9716

Garry J. Greathouse
3502 Ravenna Warren Road
Newton Falls, OH 44444-8735

Garry M Womer
504 West Wilson Street
Struthers, OH 44471-1268

Gary A. Hudson
2056 Golfview Drive
Celina, OH 45822-8347

Gary Armstrong
3022 Bradley Brownlee
Cortland, OH 44410-8743

Gary Collins
600 Ticknor Avenue
Newton Falls, OH 44444-1158

Gary E. Morrall
136 Gertrude Street
Warren, OH 44483-1402

Gary L. Barnhart
1961 St. Rt. 534
Southington, OH 44470-9514

Gary L. Dorazio
364 Florine Avenue
Leavittsburg, OH 44430-9792

Gary P. Blascak
P.O. Box 88
Oak Island, NC 28465-9820

Gary P. Zolton
403 Regency Park Dr
Tallmadge, OH 44278-1585

Gary S. Jenkins
2097 Leiby Osborne
Southington, OH 44470-9566

Gary Stephens
3070 Tod Avenue
Warren, OH 44485-1353

Gary W. Green Jr.
2932 Covington Avenue
Mcdonald, OH 44437-1419

Gary W. Riffle
142 Marshall Avenue N.W.
Warren, OH 44483-1425

George Berish
1341 State Road West
Warren, OH 44481-9179

George F. Propst Sr.
1185 Ina Drive
Warren, OH 44481-8636

George F. Propst, Jr.
1180 Ina Drive
Warren, OH 44481-8636

George K. Bayus
2490 Andrews Drive Ne
Warren, OH 44481-9341

George Koundourakis
1666 Hawthorne St
Mogadore, OH 44260-1540

George Monsour
347 Golf Drive S.E.
Brookfield, OH 44403-9641

George S. Noble
5749 Logan Arms Dr.
Girard, OH 44420-1643

George W. Street Iii
4616 State Route 225
Diamond, OH 44412-9717

Gerald G. Calland
2633 S Canal Ext.
Newton Falls, OH 44444-9423

Gerald J. Reider
4506 Shanks-Phalanx Road N.W.
Southington, OH 44470-9405

Glenn E Stewart
1828 Parkdale Wy
San Jose, CA 95127-4642

Glenn P. Needler
2631 W. River Rd. S.W.
Newton Falls, OH 44444-9470

Gloria Clark Welch
2502 Willow Brook
Warren, OH 44483-4661

Gloria Wilson
187 Diamond Way
Cortland, OH 44410-1900

Grant Weimer
4158 Brittany Lane
Sarasota, FL 34233-3700

| | | |
|---|---|---|
| Gregory A. Sole<br>32 West Seventh<br>Newton Falls, OH 44444-1548 | Gregory G. Berish<br>482 Eldon Drive<br>Warren, OH 44483-1348 | Gregory G. Calland<br>2294 Riverside Drive<br>Newton Falls, OH 44444-9451 |
| Gregory G. Finney<br>153 Miles N.W.<br>Warren, OH 44483-1145 | Gregory L. Seger<br>2456 Niles Cortland Road<br>Cortland, OH 44410-1724 | Gregory P. Andrews<br>170 Gertrude St. Nw<br>Warren, OH 44483-1402 |
| Gregory T. Johnson<br>4065 Mcclure East<br>Newton Falls, OH 44444-9722 | Gustave E. Groth<br>4631 Templeton Road<br>Warren, OH 44481-9182 | H B CHEMICAL CORPORATION<br>P. O. BOX 75502<br>CLEVELAND, OH 44101-4755 |
| HANNA, CAMPBELL & POWELL<br>3737 EMBASSY PARKWAY<br>P.O. BOX 5521<br>AKRON, OH 44334-0521 | HESS CORPORATION<br>PO BOX 905243<br>CHARLOTTE, NC 28290-5243 | HKM DIRECT MARKET COMM., INC<br>P.O. BOX #931704<br>CLEVELAND, OH 44193-1812 |
| HORSEHEAD CORP.<br>P.O. BOX 643894<br>PITTSBURGH, PA 15264-3894 | HOWLAND SPRINGS WATER CO.<br>8707 HOWLAND SPRINGS RD. S.E.<br>WARREN, OH 44484-3198 | HUME SMITH GEFFES GREEN AND<br>SIMMONS, LLP<br>54 MONUMENT CIRCLE, 4TH FLOOR<br>INDIANAPOLIS, IN 46204-2942 |
| HUNTINGTON RETIREMENT SERVICES<br>ATTN: YT013 - SUE ANN NIRO<br>23 FEDERAL PLAZA<br>YOUNGSTOWN, OH 44503-1411 | HZW ENVIRONMENTAL<br>CONSULTANTS, INC.<br>6105 HEISLEY ROAD<br>MENTOR, OH 44060-1837 | Harold D. Markel<br>3778 Boydell Drive<br>Brimfield, OH 44240-6508 |
| Harold E. Eastman, III<br>6550 Riverside Avenue<br>Leavittsburg, OH 44430-9745 | Harold Farris, Jr.<br>1231 North Road<br>Niles, OH 44446-2224 | Harold Heltzel<br>4445 Richmond Ave.<br>Newton Falls, OH 44444-1484 |
| Harold W. Hurst<br>3734 Bushnell-Campbell Road<br>Fowler, OH 44418-9715 | Harold Weir<br>4290 Here Fieldhouse Road<br>Southington, OH 44470-9565 | Harvey Barnett<br>3442 State Route #43<br>Kent, OH 44240-6566 |
| Henry Funk<br>529 Potic Dr., N.W.<br>Leavittsburg, OH 44430-9771 | Henry Spell Jr<br>4 E. Jay St.<br>Newton Falls, OH 44444-1348 | Herman L. Bell<br>1742 Bristol-Champion T.L. Rd.<br>Bristolville, OH 44402-9618 |
| Homer Wiland<br>284 Wae Trail<br>Cortland, OH 44410-1642 | Hubert J. Doucette<br>212 Golf Dr.<br>Cortland, OH 44410-1179 | Hysen S. Sait, Jr.<br>390 Stewart N.W.<br>Warren, OH 44483-2136 |

INDSPEC CHEMICAL CORP.
12576 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0001

INTERTEX WORLD RESOURCES LTD.
C/O REGIONS BANK
DEPT #1602
PO BOX 11407
BIRMINGHAM, AL 35246-0100

Interco Tire Company, Inc.
P.O. Drawer 8
Rayne, LA 70578-0008


Ishmael Blakely
685 Maple St., S.W.
Warren, OH 44485-3850

JACKSON LEA
22639 NETWORK PLACE
CHICAGO, IL 60673-0001

JET-O-CHEM, INC.
1371 WARDINGLEY AVE.
P.O. BOX 335
COLUMBIANA, OH 44408-0335


JOE DICKEY ELECTRIC, INC.
P. O. BOX 158
NORTH LIMA, OH 44452-0158

JOHNNY ON THE SPOT
1105 (B) NORTH RIVER RD.
WARREN, OH 44483-1979

Jack E Anderson
6201 State Route #305
Fowler, OH 44418-9716


Jack E. Anderson
6201 State Route # 305
Fowler, OH 44410
Jerry L. Anderson
3998 Radtka Dr. Sw
Warren, OH 44481-9207

James Clarkson
1314 Dominion Drive
Katy, TX 77450-4310

James D. Rosier
59-A Mahoning Court
Newton Falls, OH 44444-2914


James Eakins
Shepherd Of The Valley
Niles, OH  44446

James G. Pearl
4281 Old Dixie Highway
Hapeville, GA 30354-4011

James J. Dyer
1033 Kenmore S.E.
Warren, OH 44484-4368


James J. Smith
222 Cleveland Ave
Warren, OH 44483-1903

James J. Tuschner
1325 Avery Park Lane
Mt. Juliet, TN 37122-8427

James Jones
280 Park Road N.W.
Leavittsburg, OH 44430-9502


James K. Shipp
145 Williamton Dr.
Winfield, MO 63389-2318

James L. Chaney
1137 Prince Drive
Cortland, OH 44410-9319

James L. Kline, Jr.
P.O. Box 288
Leavittsburg, OH 44430-0288


James L. Wishart
1754 Ellsworth Bailey Road
Warren, OH 44481-9731

James L. Woolard, Jr.
4994 State Rt. #59
Ravenna, OH 44266-8886

James O. Smith
5276 Copeland N.W.
Warren, OH 44483-1230


James Preto
176 Bonnie Brae N.E.
Warren, OH 44483-5209

James R. Frantz
240 Grove Drive
Cortland, OH 44410-1430

James R. Roby
4867 Hiram Avenue
Warren, OH 44483-1301


James Tuschner
3119 Hidden Brook Drive
Ravenna, OH 44266-9057

James W. Schuman
1154 Bradford Nw
Warren, OH 44485-1960

James W. Williams
463 West Georgia Avenue
Sebring, OH 44672-1925

Jamie Klinger
864 Hunter St. N.W.
Warren, OH 44485-2836

Jan Marciniak
2931 Pleasant Valley Sw
Warren, OH 44481-9246

Janice K. Shahan
975 Deforest Rd. Se
Warren, OH 44484-4015

Janice Parker
5770 Hoagland Blackstub Rd
Cortland, OH 44410-9523

Jason Carpenter
27 Roberts Street
Vienna, OH 44473-9744

Jason Moore
4640 Lotus
Newton Falls, OH 44444-1719

Jeff S. Ditchey
2722 North River Rd.
Warren, OH 44483-2642

Jeffery Miller
1663 Ridge Road
Newton Falls, OH 44444-1025

Jeffrey A. Carr
4626 Everett Hull Rd
Cortland, OH 44410-9727

Jeffrey A. Quinn
1199 Buckeye Avenue
Salem, OH 44460-1529

Jeffrey Barker
889 Jewell North Road
Newton Falls, OH  44444

Jeffrey Hawkins
4873 Fairview Ave.
Newton Falls, OH 44444-9419

Jeffrey J. Jarman
5525 Oak Hill Dr. Ne
Warren Oh, OH 44481-9019

Jeffrey J. Mc Caslin
8622 Stetson Dr Ne
Warren, OH 44484-1147

Jeffrey Jay Nochta
5288 Scott Street
Newton Falls, OH 44444-1854

Jeffrey L. Leeworthy
4403 Columbia Ave. S.W.
Newton Falls, OH 44444-1416

Jeffrey L. Richards
3548 Birchwood Ave. N.E.
Warren, OH 44483-2404

Jeffrey Newlon
3250 W. Market St.
Akron, OH 44333-3336

Jeffrey R. Bland
149 White Bell Circle
Wellsburg, WV 26070-1248

Jeffrey T. Davies
1149 Mc Myler N.W.
Warren, OH 44485-2860

Jeremy Parker
397 Bonnie Brae Ne
Warren, OH 44483-5212

Jerome Gilligan
627 Notre Dame Avenue
Austintown, OH 44515-4121

Jerome M. Teringo
694 Laurelwood S.E.
Warren, OH 44484-2419

Jerry E. Jones
502 Prentice Road
Warren, OH 44481-9471

Jerry Gibson
532 Diehl South Road
Leavittsburg, OH 44430-9406

Jerry Heck
405 Mahan-Denman Road
Bristolville, OH 44402-9733

Jerry L. Palumbo
173 Bentwillow
Niles, OH 44446-2026

Jimmy C. Peterson
8722 State Route 82
Garrettsville, OH 44231-9488

Jimmy L. Wright
866 State Route 534 N.W.
Newton Falls, OH 44444-8501

Joe G. Capan
1772 St. Rt. 225
Deerfield, OH 44411-8741

John A. Holmes
506 South Davis
Girard, OH 44420-3351

John A. Mitchell
9251 N. Park Extension
Bloomfield, OH 44450-9528

John A. Perkins
2465 Northwest Blvd., N.W.
Warren, OH 44485-2310

John A. Reed
9878 Cabeline Road
Diamond, OH 44412-9713

John Altenos
2386 Sumatran Way
Clearwater, FL 33763-1850

John B. Engle
12707 Woodchuck Way
Hudson, FL 34667-2762

John B. Toles
2300 Penny Lane
Youngstown, OH 44515-4939

John C. Redmond
750 Belvedere S.E.
Warren, OH 44484-4324

John Craciun
103 Troy Place
Cortland, OH 44410-1370

John D. Carter
13238 Summerfield Ave.
Uniontown, OH 44685-8063

John H. Janus
5266 Scott Street
Newton Falls, OH 44444-1854

John J. Barrett
814 St. Rt. 534 N.W.
Newton Falls, OH 44444-8501

John M. Bartolovich, Jr.
336 Champion St., N.W.
Warren, OH 44483-1308

John M. Whitacre Jr.
P.O. Box 254
North Jackson, OH 44451-0254

John Moldovan
9035 Singing Hills Dr. N.E.
Warren, OH 44484-2136

John P. Burt
128 North Canfield Niles Rd.
Austintown, OH 44515-2305

John R. Balentine
1474 South Leavitt Road
Warren, OH 44481-9163

John R. Nafe
642 Apt C Talwood Circle
Brandon, FL 33510-3625

John S. Hightower
326 E Dewey Avenue
Youngstown, OH 44507-1540

John Scott
41 Spur Street, #22
Lyman, SC 29365-1658

John T. Carter
117 Arhaven Drive
Newton Falls, OH 44444-9759

John Turner
252 E Main Street
Newton Falls, OH 44444-1120

John W. Moorehead
2033 East River Road
Newton Falls, OH 44444-8780

Jon B Vaughn
512 Commerce Ave
Warren, OH 44485-2503

Jon Durig
7642 John White Rd.
Hubbard, OH 44425-9772

Joseph A. Boyce
1661 Newton-Portage Road
Newton Falls, OH 44444-9525

Joseph C. Klimczyk
1581 Edgehill Avenue
Warren, OH 44484-4523

Joseph D. Weber
892 Gillmer Road
Leavittsburg, OH 44430-9681

Joseph E. Martorana
2227 Ross Drive
Stow, OH 44224-2742

Joseph Kovacs
5738 State Rt. 303
Windham, OH 44288-9604

Joseph M. Briggs
5370 Nelson Mosier Road
Southington, OH 44470-9401

Joseph H. Cottle
1467 St. Rt. 534
Southington, OH 44470-9535

Joseph M. Vasil, Ii
11122 Bloom Road
Garrettsville, OH 44231-9774

Joseph T Prendak
412 Ravenna Road
Newton Falls, OH 44444-1515

Joseph Yugovich
3804 Jeanette Dr
Warren, OH 44484-2763

Judith L. Kompanik
5540 Lakeview Rd
Cortland, OH 44410-9555

KAY-ZEE, INC.
P.O. BOX 95
NEW PHILADELPHIA, OH 44663-0095

KENNETH O. PRIVAT
P.O.DRAWER 449
CROWLEY, LA 70527-0449

KORDSA, INC.
17780 ARMSTRONG RD.
LAUREL HILL, NC 28351-9394

Kamau Thornton
2477 Brier Street
Warren, OH 44484-5202

Kay Blakely
C/o Andrea Taylor
Warren, OH 44484

Keith A. Huff Sr.
667 Kayser Rd.
Leavittsburg, OH 44430-9625

Keith B. Rader
3704 Newton Tomlinson Road
Warren, OH 44481-9217

Keith D. Perry
4232 Dorothy Ave
Leavittsburg, OH 44430-9643

Keith E. Heltzel
196 Adelaide Ave. S.E.
Warren, OH 44483-6108

Keith P. Miller
996 Miller St Sw
Warren, OH 44485-4154

Kenneth Armstrong Jr.
1940 Irene Avenue
Warren, OH 44483-3533

Kenneth D. Derryberry
6454 State Route 46
Cortland, OH 44410-8629

Kenneth D. Mc Elravy
5315 Federal Avenue
Newton Falls, OH 44444-1827

Kenneth F. Valot
3652 Newton Falls-Bailey Rd
Warren, OH 44481-9718

Kenneth J. Evans
1000 South Leavitt Road
Leavittsburg, OH 44430-9726

Kenneth Jaros
654 Potic Dr.
Leavittsburg, OH 44430-9622

Kenneth L. Hyde
739 Johnson Plank Road
Warren, OH 44481-9326

Kenneth M Immel
3549 Antoinette Drive
Cuyahoga Falls, OH 44223-2813

Kenneth P. Austin, Jr.
2454 Warren Burton Road
Southington, OH 44470-9736

Kenneth R. Woolard Jr.
5351 Liberty Avenue
Newton Falls, OH 44444-1829

Kenneth W. Morris
1749 Larchmont N.E.
Warren, OH 44483-3503

Kenneth Williams
127 Plantation Blvd.
Pt. Pierce, FL 34982-6371

Kevin Mc Kenney
2017 Woull
Niles, OH 44446

L. E. C. LIMITED
5959 W. LIBERTY STREET
P.O. BOX 20
HUBBARD, OH 44425-0020

LIBERTY MUTUAL INSURANCE GROUP
75 REMITTANCE DRIVE, STE 1837
CHICAGO, IL 60675-1837

LINDER OIL COMPANY, INC.
820 INDUSTRIAL PARKWAY
OSSIAN, IN 46777-9122

(c)LARONDE O. CONLEY
3581 IRISH RIDGE RD
TUNNELTON WV  26444-7199

Larry D. Hedglin
324 Hobart Rd.
Leavittsburg, OH 44430-9671

Larry L. Myers Jr.
8205 Anderson Avenue
Warren, OH 44484-1536

Larry R. Augustine
225 Ripley
Akron, OH 44312-2738

Larry T. Barlow
1207 Stillwagon Rd. Se
Warren, OH 44484-3152

Larry Williams
6563 Wayland Rd.
Ravenna, OH 44266-8503

Larson J. Poth
3695 Herbert St.
Mogadore, OH 44260-1113

Lawrence C. Elder
1036 Francis Se
Warren, OH 44484-4332

Lawrence E. Overholt
4883 Woodrow Ave Nw
Warren, OH 44483-1357

Lee Weimer
3511 State Rt. 5
Newton Falls, OH 44444-9565

Leon Mobley
5344 Eagle Creek Rd.
Leavittsburg, OH 44430-9415

Leonard D. Jacobs
8150 Anderson Avenue N.E.
Warren, OH 44484-1533

Leonard F. Stevens
8319 Nichols Road
Windham, OH 44288-9732

Leonard H. Bell
1742 Bristol-Champion T.L. Rd.
Bristolville, OH 44402-9618

Leonard J. Schnetzer, Jr.
720 Seward Ave.
Akron, OH 44320-1712

Leonard P. Corbin
3907 Edwards Street
Mineral Ridge, OH 44440-9566

Leroy R. Chaney
1846 Bonnie Brae Ne
Warren, OH 44483-3514

Leroy Wilson
4006 Woodside Dr. N.W.
Warren, OH 44483-2152

Leslie Angel
1004 Garden Street Nw
Warren, OH 44485-2462

Leslie E. Burky
6725 Bedell Rd
Berlin Center, OH 44401-9714

Lewis G. Downing
407 Champion St., East
Warren, OH 44483-1504

Linda S. Manion
457 Aetna Street
Salem, OH 44460-3748

Lloyd Chambers
1407 Smithsonian Ave.
Youngstown, OH 44505-1288

Lois M. Stockdale
5132 Craig Nw
Warren, OH 44483-1236

Lowell R. Deem
2460 Newton Street
Akron, OH 44305-3932

MANN FLUID POWER CO.
P. O. BOX 98
BATH, OH 44210-0098

MARYLAND WIRE BELTS, INC.
14446 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0001

MASTER MARKING COMPANY
4830 HUDSON DRIVE
STOW, OH 44224-1708

| | | |
|---|---|---|
| MC NEIL & NRM, INC.<br>BOX 200549<br>PITTSBURGH, PA 15251-0549 | MICRO-POISE MEASUREMENT SYSTEM<br>DEPARTMENT 7059<br>CAROL STREAM, IL 60122-0001 | MIDWEST ELASTOMERS, INC.<br>P.O. BOX 631124<br>CINCINNATI, OH 45263-1124 |
| MOMENTUM TECHNOLOGIES, INC.<br>17 BATTERY PLACE<br>SUITE 636<br>NEW YORK, NY 10004-1141 | MURDOCK INDUSTRIAL INC.<br>P.O. BOX 387<br>AKRON, OH 44309-0387 | MYERS TIRE SUPPLY COMPANY<br>DEPT. CH17681<br>PALATINE, IL 60055-0001 |
| Margaret Thomas<br>113 Hickory Circle<br>Cortland, OH 44410-1170 | Marian Sidote<br>P.O. Box 422<br>Cortland, OH 44410-0422 | Mark A. Gargano<br>2250 Whispering Meadows<br>Warren, OH 44483-3671 |
| Mark A. Tvaroch Sr.<br>3240 Clearwater N.W.<br>Warren, OH 44485-2218 | Mark Anthony<br>3012 Robinwood Dr<br>Lordstown, OH 44481-9249 | Mark C. Swonger<br>3245 Templeton Road<br>Warren, OH 44481-9151 |
| Mark E. Miller<br>37 Poplar<br>Niles, OH 44446-3929 | Mark G. Smith<br>9216 State Rt. 45<br>N. Bloomfield, OH 44450 | Mark Limbeck<br>629 Washington<br>Girard, OH 44420-2268 |
| Mark O. Barta<br>361 Orris Road<br>Leavittsburg, OH 44430-9615 | Mark P. Mc Intyre<br>312 Sixth St.<br>Mcdonald, OH 44437-1803 | Mark S. Medallis<br>611 W. Broad St.<br>Newton Falls, OH 44444-1213 |
| Mark S. Morrison<br>157 Hall Ave Nw<br>Warren, OH 44483-3342 | Marlene Hurst<br>4443 Columbia Ave.<br>Newton Falls, OH 44444-1478 | Marti D. Toles<br>940 Dover Street Sw<br>Warren, OH 44485-4116 |
| Martin Chalker<br>615 Ridge Rd.<br>Newton Falls, OH 44444-1079 | Martin G. Smith<br>3095 Greenfield Nw<br>Warren, OH 44485-1344 | Martin Walker<br>1248 Grant St. Se<br>Warren, OH 44483-5965 |
| Matthew B. Stone<br>2080 State Road N.W.<br>Warren, OH 44481-9477 | Matthew Jackson<br>4510 Berkshire Drive<br>Warren, OH 44484-4863 | Max C. Dade<br>4496 Phalanx Herner Road<br>West Farmington, OH 44491-9732 |
| Max L. Decker<br>4090 Herner County Line Road<br>Southington, OH 44470-9551 | Max Roper<br>2261 Lorain Avenue<br>Newton Falls, OH 44444-9446 | Melissa K. Williams<br>9136 Linden Circle<br>Windham, OH 44288-1423 |

Melzia J. Sugick
904 Garden Street Nw
Warren, OH 44485-2460

Michael A. Alexzulian
532 Taylor Ave.
Cuyahoga Falls, OH 44221-5038

Michael A. Craner
1630 Vernon Ave. Nw
Warren, OH 44483-3145

Michael A. Dyer
168 Chapel Hill Drive N
Warren, OH 44483-1181

Michael A. Krol
4985 Market Street S.W.
Newton Falls, OH 44444-1016

Michael A. Lachance
7808 Royal Sydney Drive
Gainesville, VA 20155-2898

Michael A. Williams
524 Washington N.E.
Warren, OH 44483-4933

Michael Boccia
404 Robbins
Niles, OH 44446-2410

Michael D. Stewart
804 State Rd.
Warren, OH 44483-1634

Michael E. Marsh Jr.
4920 South Street
Leavittsburg, OH 44430-9717

Michael F. Sanders
415 Orchard Lane
Cortland, OH 44410-1235

Michael F. Skamai
12 Kings Drive Sw
Warren, OH 44481-9261

Michael G. Gombos
27 Beaver Avenue
Niles, OH 44446-2602

Michael J. Hudak Sr.
642 Cedar Drive
Cortland, OH 44410-1326

Michael J. Poth
3695 Herbert St.
Mogadore, OH 44260-1113

Michael J. Tabor
1707 Difford Dr.
Niles, OH 44446-2833

Michael M. Dorney
6025 Torolo Drive
Lowellville, OH 44436-9515

Michael Padula, Jr.
1707 Dakota Dr.
Findlay, OH 45840-1762

Michael R Bicknell
7682 S Gallup Ct
Littleton, CO 80120-4128

Michael R. Dyer
3267 Pheasant Run, Unit D
Cortland, OH 44410-9128

Michael Tonti
4926 Simon Road
Boardman, OH 44512-1738

Michael W. Johnson
2455 Stephens Ave. Nw
Warren, OH 44485-2320

Mike A Milliner
934 Dana St.
Warren, OH 44483-3916

Mike Padula
6988 S. Lake Rd.
Andover, OH 44003-9532

Mikel J Williams
9136 Linden Circle
Windham, OH 44288-1423

Myron Beyah, Jr
657 2nd Street S.W.
Warren, OH 44483-6409

NATIONAL CORPORATE RESEARCH
10 EAST 40TH ST, 10TH FLOOR
NEW YORK, NY 10016-0201

NEWARK IN ONE
P. O. BOX 94151
PALATINE, IL 60094-4151

NMHG FINANCIAL SERVICES
P O BOX 643749
PITTSBURGH, PA 15264-3749

NORTH AMERICAN SEAL & SUPPLY
P. O. BOX 71-4351
COLUMBUS, OH 43271-4351

NRS
2304 TARPLEY ROAD, SUITE 134
CARROLLTON, TX 75006-2470

Ned G. Roden
3528 Main Street
Mineral Ridge, OH 44440-9530

Nick Petiya
1875 Southwest Blvd.
Warren, OH 44485-3971

Nick Stoian
145 Louis Blvd.
Cortland, OH 44410-8725

OHIO BLASTING EQUIPMENT &
MEDIA, INC.
144 WEST WILBETH ROAD
AKRON, OH 44301-2415

OHIO DRILL & TOOL COMPNAY
23255 GEORGETOWN ROAD
PO BOX 164
HOMEWORTH, OH 44634-0164

(p)OHIO EDISON
BANKRUPTCY DEPARTMENT
6898 MILLER ROAD
BRECKSVILLE OH 44141-3222

OHIO MATERIALS HANDLING
8155 ROLL & HOLD PARKWAY
MACEDONIA, OH 44056-2146

OHIO VALLEY WASTE SERVICE INC
PO BOX 432
MARS, PA 16046-0432

Olen D. Ellison
1905 Southern Blvd
Warren, OH 44485-1655

P & E SALES, LTD.
P. O. BOX 382
NORTH BENTON, OH 44449-0382

P. E. M. S.
4693 IROQUOIS AVENUE
ERIE, PA 16511-2343

PAIN ENTERPRISES, INC.
PO BOX 364
BROOKFIELD, WI 53008-0364

PAPER CENTER (THE)
493 BEV ROAD
BUILDING 2-A
BOARDMAN, OH 44512-6454

PC MALL
FILE 55327
LOS ANGELES, CA 90074-0001

PESCO, LLC
4548 INDUSTRIAL OPKWY
CLEVELAND, OH 44135-4542

PHOENIX UNITED CORPORATION
RM 1211 TIANBOO INT'L BLDG 11
NO 61 HAIER ROAD
QINGDAO, CHINA, 266071

PLANTE & MORAN, LLP
P.O. BOX 79001
DRAWER 2003
DETROIT, MI 48279-0001

PLATE ENGRAVING
2324 SHARON-COPLEY ROAD
MEDINA, OH 44256-9773

POLYMER INDUSTRIAL PRODUCTS
P. O. BOX 1537
HERMITAGE, PA 16148-0537

POLYMER VALLEY CHEMICALS, INC.
1872 AKRON-PENINSULA ROAD
AKRON, OH 44313-4808

POWER TOOL & SUPPLY CO.
3699 LE HARPS ROAD
YOUNGSTOWN, OH 44515-1437

PTE DRIVES, INC
PO BOX 6246
AKRON, OH 44312-0246

PURCHASE POWER
PO BOX 8560422
LOUISVILLE, KY 40285-604

Pamela S. Clifford
316 Tinderbox Lane
Fort Mill, SC 29708-9347

Patricia A. Durkin
11270 Diehl Lake Drive
Berlin Center, OH 44401-9662

Patricia A. Hermison
1369a Adelaide Avenue Se
Warren, OH 44484-4967

Patrick D. Thompson
1756 Lexington Ave N.W.
Warren, OH 44485-1723

Patrick M. Russell
2328 Clearview N.W.
Warren, OH 44483-1366

Patty Franks
1704 St. Rt. 534
Southington, OH 44470-9545

Paul A. Wagner
479 Ridge Road  Apt #e-2
Newton Falls, OH 44444-1283

Paul Andrews
3087 Aris Drive N.W.
Warren, OH 44485-1602

Paul Bryant
1739 Parkman Road Nw Apt 5
Warren, OH 44485-2166

Paul D. Seese
132 Livingston Circle N.W.
Warren, OH 44483-1710

Paul F. Chaney, Jr.
1873 Salt Springs Sw
Warren, OH 44481-9787

Paul G. Capito, Jr.
4146 Allenwood Dr., S.E.
Warren, OH 44484-2928

Paul Henning
313 Albert Street
Newton Falls, OH 44444-1052

Paul Jenkins
Po Box 528
Newton Falls, OH 44444-0528

Paul Kolessar
3603 N. Park Avenue
Warren, OH 44483-1519

Paul R. Santone
3199 Warren Burton Road
Southington, OH 44470-9581

Paul S. Spitak, Iii
112 Bentwillow Dr.
Niles, OH 44446-2027

Percy Bussard Jr
43266 Sr154
Lisbon, OH  44432

Perry M. Richards
324 Stewart Avenue
Hubbard, OH 44425-1513

Peter C. Newberry
1177 Surrey Pointe
Warren, OH 44484-2849

Philip A. Davis
15054 Mock Rd.
Berlin Center, OH 44401-8731

Philip B. Fannin
756 Perry Ave.
Ravenna, OH 44266-3420

Philip L. Ryder
207 Sumter Court
Havelock, NC 28532-9797

Phillip Grant
933 South Water St.
Kent, OH 44240-3831

Phillip L. Quick
10277 Wentworth Rd
Streetsboro, OH 44241-5158

Phillip W. Burbridge
183 Idaho Road
Austintown, OH 44515-2621

QUALITY MACHINE LLC
P.O.  BOX 749
YOUNGSTOWN, OH 44501-0749

QUALITY MOLD INCORPORATED
2200 MASSILLON ROAD
AKRON, OH 44312-4234

R. E. CARROLL, INC.
1570 N. OLDEN AVENUE
TRENTON, NJ 08638-3204

R.A.K. MACHINE, INC.
5814 WALWORTH AVE.
CLEVELAND, OH 44102-4463

RADIATION DETECTION COMPANY
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 22300
GILROY, CA 95021-2340

RADWELL INTERNATIONAL, INC.
PO BOX 822828
PHILADELPHIA, PA 19182-2828

RAP FLUID POWER, INC.
6750 ARNOLD MILLER PARKWAY
SOLON, OH 44139-4363

RCMA AMERICAS, INC.
P.O. BOX 7247-6735
PHILADELPHIA, PA 19170-0001

REGIONAL CHAMBER
11 FEDERAL PLAZA CENTRAL
SUITE 1600
YOUNGSTOWN, OH 44503-1592

RHEIN CHEMIE CORPORATION
P. O. BOX 404821
ATLANTA, GA 30384-4821

| | | |
|---|---|---|
| RHIEL SUPPLY CO.<br>3735 OAKWOOD AVENUE<br>YOUNGSTOWN, OH 44515-3050 | ROBINSON & WOOD INC<br>227 NORTH FIRST STREET<br>SAN JOSE, CA 95113-1000 | RRR DEVELOPMENT COMPANY INC.<br>8817 PLEASANTWOOD AVE., NW<br>NORTH CANTON, OH 44720-4759 |
| RUBBER RESOURCES<br>P.O. BOX 437<br>6200 AK MAASTRICHT<br>HOLLAND   - | Ralph Davis<br>995 Chasewood Lane, Box L3<br>Conway, SC 29526-8256 | Ralph Kelley<br>160 Winter Ln<br>Cortland, OH 44410-1130 |
| Randal S. Grunder<br>1360 State Route 534<br>Newton Falls, OH 44444-9520 | Randall L. Jewell<br>3276 N. Park Ext.<br>Warren, OH 44483 | Randall Rader<br>176 Maple Leaf Dr<br>Austintown, OH 44515-2228 |
| Randolph N. Jones Jr.<br>127 Maywood Drive<br>Youngstown, OH 44512-1255 | Randy J. Dietz<br>4332 Sunnybrook Drive Se<br>Warren, OH 44484-2240 | Randy Sinn<br>3658 Warren Ravenna Road<br>Newton Falls, OH 44444-8785 |
| Randy W. Sarber<br>3949 Warren Ravenna Road<br>Newton Falls, OH 44444-8736 | Ray Gardner, Sr.<br>3197 Warren Ravenna Road<br>Newton Falls, OH 44444-8734 | Ray Lockhart<br>2115 State Route 534<br>Southington, OH 44470-9513 |
| Ray Patchin<br>357 Burwell Rd.<br>Leavittsburg, OH 44430-9649 | Ray Sickle<br>c/o Patti Lewis<br>Warren, OH  44481 | Raymond A. Schumacher<br>2033 East River Road<br>Newton Falls, OH 44444-8780 |
| Raymond B. Loomis<br>358 Burwell Road<br>Leavittsburg, OH 44430-9649 | Raymond E. Dickson<br>2920 Hamilton Ave.<br>Mcdonald, OH 44437-1429 | Raymond E. Gardner, Jr.<br>3741 Painesville-Warren St.Rd.<br>Southington, OH 44470-9730 |
| Raymond L. Adkins<br>3840 Northwoods Ct NE #6<br>Warren, OH 44483-4578 | Raymond R. Patchin, Jr.<br>478 Burwell Road<br>Leavittsburg, OH 44430-9649 | Regina D. Scott<br>P.O. Box 492<br>Campbell, OH 44405-0492 |
| Richard A. Newbrough<br>989 Railroad Street<br>Grafton, OH 44044-1425 | Richard D. Shaw<br>202 Chapel Hill Dr. N.W.<br>Warren, OH 44483-6704 | Richard E. Blose<br>826 Homewood Avenue S.E.<br>Warren, OH 44484-4225 |
| Richard E. Perry<br>3940 South Leavitt Road<br>Warren, OH 44481-9196 | Richard E. Yale<br>318 Warren Avenue<br>Niles, OH 44446-1609 | Richard L. Aldridge, Jr.<br>3252 Templeton Road<br>Warren, OH 44481-9139 |

| | | |
|---|---|---|
| Richard L. Smith<br>3350 S. Canal<br>Newton Falls, OH 44444-9430 | Richard M. Shontz<br>1930 Youll St.<br>Niles, OH 44446-4044 | Richard R. Hawkins, Jr.<br>1590 Huffman Drive<br>Warren, OH 44481-9741 |
| Richard Sample<br>315 Tropicana Blvd.<br>Chippewa Falls, WI 54729-2079 | Richard Urso<br>1430 Moncrest Dr., N.W.<br>Warren, OH 44485-1927 | Rick Snyder<br>9155 Linden Circle<br>Windham, OH 44288-1423 |
| Robert A. Agona<br>3440 Woodside Dr., N.W.<br>Warren, OH 44483-2140 | Robert A. Jones<br>829 State Route 534 N.W.<br>Newton Falls, OH 44444-9513 | Robert A. Moorman<br>462 Charles Ave. Se<br>Warren, OH 44483-5959 |
| Robert A. Silman<br>5579 Chapel Hill Court North<br>Warren, OH 44483-1176 | Robert B. Mc Climans<br>729 Mcclure St<br>Sharon, PA 16146-4114 | Robert Boring<br>Po Box 385<br>Windham, OH 44288-0385 |
| Robert C. Click<br>1871 Victoria Street Sw<br>Warren, OH 44485-3546 | Robert C. Seybert<br>125 Dalmagro Road, Lot 28<br>Butler, PA 16002-9331 | Robert Derov<br>4860 N Broadway Road<br>Geneva, OH 44041-7755 |
| Robert E. Harnar<br>49101 Gladiolus Street<br>Indian Land, SC 29707-7679 | Robert E. Hiney<br>3695 Orchard St.<br>Mogadore, OH 44260-1121 | Robert E. Lonsbrough<br>1975 Bonnie Brae Ne<br>Warren, OH 44483-3515 |
| Robert E. Lorraine Jr.<br>195 Haymaker Nw<br>Warren, OH 44485-2740 | Robert E. Wilmoth<br>725 Ohio St. N.W.<br>Warren, OH 44485-2759 | Robert E. Wright<br>751 S.R. 534 S.W.<br>Newton Falls, OH  44444 |
| Robert F. Delbane<br>563 Meadowland Drive<br>Hubbard, OH 44425-2612 | Robert F. Todd<br>361 Overlook Drive Ne<br>Warren, OH 44483-5662 | Robert H. Mc Donald<br>6295 Love Warner Road<br>Cortland, OH 44410-9621 |
| Robert J. Moldovan<br>9035 Singing Hills<br>Warren, OH 44484-2136 | Robert J. Webster<br>530 Thorn Dr., N.E.<br>Warren, OH 44484-2060 | Robert Kerr<br>2635 Warren-Burton Road<br>Southington, OH 44470-9776 |
| Robert L. Mines<br>Box 22<br>Orangeville, OH 44453-0022 | Robert L. Ratcliff<br>8030 Bluebell Lane<br>Zephyr Hills, FL 33540-5730 | Robert L. Woolard<br>344 South Leavitt Road<br>Leavittsburg, OH 44430-9714 |

Robert Lemaster
3206 Red Fox Run
Warren, OH 44485-1578

Robert Hocker
2929 Tamarack Drive
Sharpsville, PA 16150-8550

Robert Morgan
199 Porter Ne
Warren, OH 44483-5016

Robert O. Wiland, Sr.
1065 Prince Drive
Cortland, OH 44410-9319

Robert P. Mitchell
18197 Mumford Rd.
Burton, OH 44021-9694

Robert Padula
2851 Parkman Rd., #127
Warren, OH 44485-1649

Robert R. Resh
1721 Ferndale S.W.
Warren, OH 44485-3952

Robert S. Ocheltree
478 St. Rt. 534
Newton Falls, OH 44444-9527

Robert T. Johnson
2415 S. Center Street
Newton Falls, OH 44444-9408

Robert T. King
2075 Weir Road Ne
Warren, OH 44483-2876

Robert T. Wilmoth
2552 Pico Street
Lake Milton, OH 44429-9624

Robert W. Cook
735 Perkinswood S.E.
Warren, OH 44483-6227

Robert W. Farner
1040 Partridge Dr
Wadsworth, OH 44281-8800

Robert W. Snyder
647 Chathmam Court
Chalfont, PA 18914-2061

Robert W. Walker
2631 Lexington Avenue N.W.
Warren, OH 44485-1533

Robert Wiland Jr
8399 Main St.
Kinsman, OH 44428-9326

Rocco Melia
3948 South Schenley
Boardman, OH 44511-3429

Roger Marsh
6107 Highland Ave Sw
Warren, OH 44481-8609

Ronald A. Weir
607 Ridge Rd.
Newton Falls, OH 44444-1013

Ronald C. Dydell
10631 Cable Line Road
Newton Falls, OH 44444-9203

Ronald D. Sumpter
703 Packard Nw
Warren, OH 44483-3126

Ronald Hipple
1165 Ina Drive
Warren, OH 44481-8636

Ronald J. Whitsel
4340 Kibler-Toot Road
Warren, OH 44481-9158

Ronald L. Sowers
1483 East State St.
Salem, OH 44460-2328

Ronald L. Speck
205 Bane Avenue
Newton Falls, OH 44444-1504

Ronald L. Williams
3740 Bazetta Road
Cortland, OH 44410-9214

Ronald W. Cain
3509 Porter Rd.
Rootstown, OH 44272-9781

Ronnie L. Hurt
364 Parkman Road
Warren, OH 44485-3640

Ronnie L. Weber
1621 Denison N.W.
Warren, OH 44485-1716

Roy E Shaw
1433 Oak Street
Warren, OH 44485-3567

| | | |
|---|---|---|
| Roy K. Davis<br>2142 Parkman Rd. N.W.<br>Warren, OH 44485-1749 | Russell H. Delancey<br>641 Burwell Road<br>Leavittsburg, OH 44430-9651 | Russell J. Mitchner<br>276 Sunset Dr.<br>Cortland, OH 44410-1051 |
| Ryan Robeson<br>9835 Belden Dr.<br>Windham, OH 44288-1403 | SAGE<br>CUSTOMER #403204<br>PO BOX 404927<br>ATLANTA, GA 30384-4927 | SANDY'S TIRE SALES, INC.<br>2604 MAHONING AVE., N.W.<br>WARREN, OH 44483-2097 |
| SECURITAS SECURITY<br>SERVICES USA, INC.<br>P.O. BOX 403412<br>ATLANTA, GA 30384-3412 | SHEPHERD CHEMICAL COMPANY<br>P.O. BOX 630095<br>CINCINNATI, OH 45263-0095 | SID RICHARDSON CARBON CO.<br>P. O. BOX 916105<br>FORT WORTH, TX 76191-6105 |
| SHITHERS SCIENTIFIC<br>SERVICES, INC.<br>PO BOX 76172<br>CLEVELAND, OH 44101-4755 | SOCIETE GENERALE<br>C/O SRI TRANG USA, INC.<br>300 PRESTON AVENUE, SUITE 400<br>CHARLOTTESVILLE, VA 22902-5044 | SOVEREIGN CHEMICAL CO.<br>1225 W MARKET STREET<br>AKRON, OH 44313-7107 |
| SPECIALTY HOSE CORP.<br>7800 FREEDOM AVE NW<br>NORTH CANTON, OH 44720-6908 | STATE ALARM SYSTEMS, INC.<br>5956 MARKET STREET<br>YOUNGSTOWN, OH 44512-2991 | STATE STREET GLOBAL ADVISORS<br>BOX 5488<br>FINANCE DEPARTMENT<br>BOSTON, MA 2206 |
| STATE STREET RETIREE SERVICES<br>ACCOUNTS RECEIVABLE DEPT<br>P.O BOX 5607<br>BOSTON, MA 02206-5607 | STEELWORKERS PENSION TRUST<br>FIVE GATEWAY CENTER<br>SUITE 600<br>PITTSBURGH, PA 15222 | STERICYCLE,INC.<br>PO BOX 9001590<br>LOUISVILLE, KY 40290-1590 |
| STRUKTOL COMPANY<br>P.O. BOX 1649<br>STOW, OH 44224-0649 | Sam Ranttila<br>5702 Autumn Shire<br>Zephyrhills, FL 33541-1961 | Samuel M. Finelli<br>600 Churchhill Road<br>Girard, OH 44420-2005 |
| Sandra White<br>Rr #4 Box 237<br>Grafton, WV 26354-9336 | Sanford Pensler<br>132 Elm Road<br>Princeton, NJ 08540-2504 | Scott A Ewing<br>207 Diehl South Road<br>Leavittsburg, OH 44430-9405 |
| Scott A. Mc Elravy<br>1568 North Ellsworth Ave.<br>Salem, OH 44460-1125 | Scott J. Perry<br>730 Mc Manus<br>Leavittsburg, OH 44430-9531 | Scott Tackett<br>140 St. Andrews<br>Cortland, OH 44410-8720 |
| Sean L. Diglaw<br>2474 Cadwallader Sonk Rd<br>Cortland, OH 44410-9425 | Shannon Lamb<br>1385 Emmet St.<br>Niles, OH 44446-1266 | Shariff Malik<br>649 Lener Ave S.W.<br>Warren, OH 44485-3373 |

| | | |
|---|---|---|
| Sharyn Mc Curdy<br>3169 Randolph N.W.<br>Warren, OH 44485-2526 | Shawn C. Huffman Sr<br>6901 Giddings Rd.<br>Atwater, OH 44201-9538 | Shawn F Burton<br>1 Karean Dr.<br>Taunton, MA 02780-3741 |
| Shawn Scott<br>3820 Niles Rd.<br>Warren, OH 44484-3547 | Sheldon M. Beaver<br>4350 Berkshire Drive Apt 101<br>Warren, OH 44484-4817 | Sherry Ann Killin<br>6576 Stoddard Hayes<br>Farmdale, OH 44417-9775 |
| Sherry L. Moliterno<br>1701 Braceville-Robinson Rd.<br>Southington, OH 44470-9540 | Stacie M. Sisler<br>Po Box 801<br>Cortland, OH 44410-0801 | Stan Zaucha<br>1159 Westover Drive S.E.<br>Warren, OH 44484-2739 |
| Stanley W. Baker<br>1029 Oaktree Rd.<br>Akron, OH 44320-1429 | Stephen D. Whiteley<br>1552 Arthur Drive Nw<br>Warren, OH 44485-1801 | Stephen J. Sideropolis<br>340 Ridge Rd., Apt. 4-C<br>Newton Falls, OH 44444-1243 |
| Stephen Newell<br>4676 Beech Court<br>Canfield, OH 44406-8097 | Steve A. Rusk<br>233 Pleasant Park Ct.<br>Warren, OH 44481-9442 | Steve C. Cooper<br>946 Indianola Road<br>Youngstown, OH 44512-1707 |
| Steven H. Poth<br>2482 Newton St.<br>Akron, OH 44305-3932 | Steven J. Shinoskie<br>1945 Sheridan<br>Warren, OH 44483-3541 | Steven J. Williams<br>50 Cherry Street<br>Niles, OH 44446-2420 |
| Steven L. Bell<br>3658 Barclay Messerly Rd.<br>Southington, OH 44470-9747 | Steven M. Engster<br>428 Elm Road N.E.<br>Warren, OH 44483-5008 | Steven P. Vingle<br>2540 North Rd Ne  Apt C-5<br>Warren, OH 44483-3036 |
| Steven Petkovich<br>1075 Park Avenue<br>Girard, OH 44420-1802 | Steven W. Smith<br>5511 St. Rt. 303 N.W.<br>Newton Falls, OH 44444-8508 | T. L. SQUIRE & CO., INC.<br>P.O.BOX 73665<br>CLEVELAND, OH 44193-0002 |
| TAYLOR-WESTERFIELD, INC.<br>4705 BELMONT AVE.<br>YOUNGSTOWN, OH 44505-1092 | TECHNICAL TRAFFIC<br>CONSULTANTS CORP.<br>30 HEMLOCK DRIVE<br>CONGERS, NY 10920-1402 | TELESIS MANUFACTURING CO., INC<br>P.O. BOX 909<br>PIQUA, OH 45356-0909 |
| TENNANT<br>P. O. BOX 71414<br>CHICAGO, IL 60694-1414 | TERNION, INC<br>8600 SWEET VALLEY DRIVE<br>CLEVELAND, OH 44125-4212 | THORNTON, DAVIS & FEIN, P.A.<br>BRICKELL BAYVIEW CENTRE<br>80 SW 8TH ST - SUITE 2900<br>MIAMI, FL 33130-3036 |

TIRE & RIM ASSOCIATION INC
175 MONTROSE WEST AVE.,STE 150
COPLEY, OH 44321-2793

TIRE CURING BLADDERS
ATTN: ACCOUNTS RECEIVABLE
5701 MURRAY STREET
LITTLE ROCK, AR 72209-2540

TIRE INDUSTRY ASSOCIATION
1532 POINTER RIDGE PLACE
SUITE G
BOWIE, MD 20716-1874

TORQUE DRIVES, INC.
P. O. BOX 1830
WARREN, OH 44482-1830

TRANSWORLD PLASTIC FILMS INC.
150 NORTH 15TH STREET
ROCHELLE, IL 61068-1218

TREASURER OF THE STATE OF OHIO
OHIO EPA
DEPT. L-2711
COLUMBUS, OH 43260-0001

TRI R SALES, INC.
401 PENN AVENUE
KEYSTONE COMMONS PORTAL 9
TURTLE CREEK, PA 15145-2092

TRIPLE 'T' SERVICES, INC.
15575 BERLIN STATION RD.
BERLIN CENTER, OH 44401-9617

TRUMBULL COUNTY
WATER/SEWER DEPARTMENT
842 YOUNGSTOWN KINGSVILLE RD.
VIENNA, OH 44473-9737

TRUMBULL COUNTY TREASURER
160 HIGH ST. NW
WARREN, OH 44481-1090

Terrance May
2254 Dell Sw
Warren, OH 44485-4105

Terry J Hickey
1253 North Park Circle
Brookfield, OH 44403-9514

Terry K. Hardbarger
4109 State Route 225
Diamond, OH 44412-9720

Theresa M. Denichael
3364 Sandalwood Lane
Youngstown, OH 44511-2549

Thomas Ditchey
3882 Devon Drive Se
Warren, OH 44484-2630

Thomas E. Benning
591 Center St. West
Warren, OH 44481-9384

Thomas J. Ozanich
6071 Ridge Run Drive Nw
Warren, OH 44481-9022

Thomas K. Gay
6814 Paxton
Boardman, OH 44512-4530

Thomas Lorden
13030 Duck Creek Road
Salem, OH 44460-9126

Thomas P. Lampe
893 Hammel
Akron, OH 44306-1942

Thomas Postlethwait, Sr.
1605 Robbins Ave.
Niles, OH 44446-3951

Thomas Stevey
4514 Shanks Phalanx Rd.
Southington, OH 44470-9405

Thomas W. Harkless
622 Arlington Rd.
Newton Falls, OH 44444-8764

Tim Wade
663 Rex Blvd
Warren, OH 44483-3131

Timothy A. Boyer
19 Spring Creek Drive
Cortland, OH 44410-1662

Timothy A. Eakin, Sr.
3433 Niles Cortland Rd
Cortland, OH 44410-1753

Timothy A. Nolan
P. O. Box 124
Leavittsburg, OH 44430-0124

Timothy G. Bower
1117 Layer Rd.
Leavittsburg, OH 44430-9729

Timothy G. Ulrich
3483 Durst Clagg Road
Cortland, OH 44410-9502

Timothy Heltzel
2181 Miller Graber Rd
Newton Falls, OH 44444-9745

Timothy M. Arcuri
2600 Mc Cleary Jacoby Road
Cortland, OH 44410-1708

Todd A. Hawkins
446 Circle Drive
Newton Falls, OH 44444-1222

Tonya L. Walker
342 Cohasset Dr.
Youngstown, OH 44511-1662

Torry Cato
214 Trumbull
Girard, OH 44420-3327

Tracy D. Thomas
467 Meadowbrook S.E.
Warren, OH 44483-6330

UARF
THE UNIVERSITY OF AKRON
GOODYEAR SCIENCE BLDG, RM 312
AKRON, OH 44325-0001

UIC, INC.
P.O. BOX 491
MAHWAH, NJ 07430-0491

ULINE
ATTN: ACCOUNTS RECEIVABLE
2200 S. LAKESIDE DRIVE
WAUKEGAN, IL 60085-8311

UNITED CONVEYOR SUPPLY CO
75 REMITTANCE DRIVE
SUITE 1295
CHICAGO, IL 60675-1295

USA CALIBRATION SERVICES
1332 SACKETT AVENUE
CUYAHOGA FALLS, OH 44223-2353

VALLEY OFFICE SOLUTIONS
8534 SOUTH AVENUE
YOUNGSTOWN, OH 44514-3620

VALLEY RUBBER MIXING INC.
520 S MAIN STREETL
SUITE #2445
AKRON, OH 44311-1087

VOLTRONICS, INC
7746 WEST ADDISON ST.
CHICAGO, IL 60634-3095

Vaughn Agona
959 Lantania Pl.
Oviedo, FL 32765-6975

Virgil Hoover
579 Ruth Avenue
Leavittsburg, OH 44430-9750

Virgil Wagner
134 Champion Street W
Warren, OH 44483-1414

WARD'S AUTO PARTS, INC.
605 PINE ST., S.E.
WARREN, OH 44483-6545

WARREN DOOR SALES CO.
P.O. BOX 70
NILES, OH 44446-0070

WARREN FIRE EQUIPMENT, INC.
6880 TOD AVE.
WARREN, OH 44481-8628

WARREN SANITARY SERVICE INC.
8848 E. MARKET ST.
WARREN, OH 44484-2394

WESTERN RESERVE CHEMICAL CORP.
P. O. BOX 75500
CLEVELAND, OH 44101-4755

WESTERN RESERVE CO-OP
467 CLEVELAND ROAD
RAVENNA, OH 44266-2009

WESTERN RESERVE MECHANICAL
EQUIPMENT SERVICE & MAINT.
3041 SOUTH MAIN STREET
NILES, OH 44446-1313

WILDMAN, HARROLD, ALLEN
& DIXON
225 WEST WACKER DRIVE
CHICAGO, IL 60606-1224

Walter Toles
3170 Lodwick, Apt 4
Warren, OH 44485-1555

Wayne R. Knight
412 East Main St.
Alliance, OH 44601-2427

Willard C. Crislip
189 Diehl South Road
Leavittsburg, OH 44430-9405

Willard L. Ball
507 North Street N.W.
Warren, OH 44483-3723

William A. Berry
1629 Freemont Ave Ne
Warren, OH 44483-2723

William A. Caldwell
309 Superior Street
Newton Falls, OH 44444-1750

William A. Halt
7171 Youngstown Pittsburgh Rd.
Poland, OH 44514-2512

William A. Truss
670 Ravine Court
Warren, OH 44481-8635

William A. Woodley
3900 Hoffman Norton Road
West Farmington, OH 44491-9749

William Antal
546 Forest Hill Drive
Austintown, OH 44515-3325

William C. Bare
1533 Summer Wood Lane
Uniontown, OH 44685-7798

William Channell
35 West Church St.
Newton Falls, OH 44444-1628

William D. Kerr
3342 Templeton Road
Warren, OH 44481-9139

William F. Duncan
486 Freenan St.
Warren, OH 44483-3710

William H. Gibson
664 5th St.
Niles, OH 44446-1012

William J. Mc Cartney
7010 Belmont Court
Bradenton, FL 34202-5018

William Lamancusa
8887 Howland Springs
Warren, OH 44484-3182

William M. Barr, Jr.
4915 Park St.
Newton Falls, OH 44444-1023

William Marsh
4254 Palmyra Rd S.W.
Warren, OH 44481-9709

William Morvay
1100 Western Reserve Rd
Poland, OH  44514

William P. Jenkins
P.O. Box 82
Leavittsburg, OH 44430-0082

William R. Martin
409 Willard Avenue Sw
Warren, OH 44483-5531

William R. Pope
6173 Erie N.W.
Canal Fulton, OH 44614-9731

William R. Popson, Sr.
3188 Clearwater N.W.
Warren, OH 44485-2216

William Spencer
5432 Kuszmaul Ave. Nw.
Warren, OH 44483-1263

William T. Miller
1945 Robbins Avenue
Niles, OH 44446-3947

William T. White
748 Kale Adams Rd.
Leavittsburg, OH 44430-9735

William W. Wilson
187 Diamond Way
Cortland, OH 44410-1900

YOUNGSTOWN PROPANE, INC.
P. O. BOX 2447
YOUNGSTOWN, OH 44509-0447

YUGO MOLD, INC.
1733 AKRON WADSWORTH ROAD
AKRON, OH  44320

Yvonne L. Gutierrez
3307 Mc Cartney Road
Youngstown, OH 44505-5039

Carl D Rafoth
Friednan & Rummell Co., L.P.A.
100 East Federal Street, Suite 300
City Centre One Bldg.
Youngstown, OH 44503-1810

Richard G Zellers
Richard G. Zellers & Associates
3810 Starrs Centre Dr
Canfield, OH 44406-8003

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).