IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: DENMAN TIRE CORPORATION | ) | CASE NO. 10-40855 |
| | ) | HON. KAY WOODS |
| DEBTOR | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

Richard G. Zellers, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

Jon Vaughn
512 Commerce Ave.
Warren, OH  44483                $438.79

William Morvay
1100 Western Reserve Rd.
Poland, OH  44514                $438.79

Kevin McKenny
2017 Woull
Niles, OH  44446                 $534.90

Jason Carpenter
27 Roberts St.
Vienna, OH  44473                $438.79

Terry Hickey
1253 N. Park Circle
Brookfield, OH  44403            $438.79

Mark Anthony
3012 Robinwood Dr.
Lordstown, OH  44481             $438.79

Efthemos Hazinakis
4057 County Line Road
Newton Falls, OH  44444        $238.49

Phillip Quick
10277 Wentworth Rd.
Streetsboro, OH  44241         $5,118.25


Mellissa Williams
9136 Linden Circle
Windham, OH  44288             $560.25


2.   Your Trustee's Check for $8,645.84 to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.


Date: 5/1/15                       /s/Richard G. Zellers
                                   RICHARD G. ZELLERS(0011764)
                                   TRUSTEE
                                   3810 STARRS CENTER DR.
                                   CANFIELD, OH 44406
                                   330-702-0780